1   Roberto Anguizola
    Illinois Bar # 6270874
2   (Admitted in the D. Nev. pursuant to LR IA 11-3)
    Tel. (202) 326-3284
3   Email: ranguizola@ftc.gov

4   Miry Kim
    Washington Bar # 31456
5   (Seeking admission pursuant to LR IA 11-3)
    Tel. (202) 326-3622
6   Email: mkim@ftc.gov

7   Gregory J. Evans
    DC Bar # 1033184
8   (Seeking admission pursuant to LR IA 11-3)
    Tel. (202) 326-3425
9   Email: gevans2@ftc.gov

10  Federal Trade Commission
    600 Pennsylvania Avenue, NW
    Mail Drop CC-8528
11  Washington, DC 20580

12  Attorneys for Plaintiff
    FEDERAL TRADE COMMISSION

13

                    UNITED STATES DISTRICT COURT
14                      DISTRICT OF NEVADA

15  FEDERAL TRADE COMMISSION,

16          Plaintiff,                      **2:18-cv-00442-JCM-PAL**

17          v.

18  AWS, LLC, a Nevada limited liability company;    **FILED UNDER SEAL**
    FBA DISTRIBUTORS, LLC, a Massachusetts
19  limited liability company; FBA STORES, LLC, a    **PLAINTIFF FEDERAL TRADE**
    Nevada limited liability company; INFO PROS,     **COMMISSION'S EXHIBITS**
20  LLC, a Nevada limited liability company; ONLINE
    AUCTION LEARNING CENTER, INC., a                 **VOLUME VIII**
21  Massachusetts corporation; ONLINE AUCTION
    LEARNING CENTER, INC., a Nevada corporation;     **Px. 80**
22  CHRISTOPHER F. BOWSER; ADAM S.
    BOWSER; and JODY MARSHALL,                       **FTC-001824 TO FTC-002032**

23          Defendants.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

        Plaintiff,

        v.

AWS, LLC, a Nevada limited liability company;
FBA DISTRIBUTORS, LLC, a Massachusetts
limited liability company; FBA STORES, LLC, a
Nevada limited liability company; INFO PROS,
LLC, a Nevada limited liability company;
ONLINE AUCTION LEARNING CENTER,
INC., a Massachusetts corporation; ONLINE
AUCTION LEARNING CENTER, INC., a
Nevada corporation; CHRISTOPHER F.
BOWSER; ADAM S. BOWSER; and JODY
MARSHALL,

        Defendants.

CASE NO. _____

**FILED UNDER SEAL**

**PLAINTIFF FEDERAL TRADE
COMMISSION'S EXHIBITS**

**VOLUME VIII**

**Px. 80**

**FTC-001824 TO FTC-002032**

| Px. # | Exhibit Description | Bates Start Range | Bates End Range |
|-------|---------------------|-------------------|----------------|
| Px. 80 | Transcript of Day 3 of Defendants' Three-Day Workshop in Oakland, CA Attended by FTC Investigator Tyndall & Expert Hlavac (Dec. 10, 2017) | FTC-001824 | FTC-002032 |

**Px. 80   Transcript of Day 3 of Defendants' Three-Day Workshop in Oakland, CA Attended by FTC Investigator Tyndall & Expert Hlavac (Dec. 10, 2017)**

1

1          OFFICIAL TRANSCRIPT PROCEEDING

2

          FEDERAL TRADE COMMISSION

3

4

5

   MATTER NO.      1723149

6

   TITLE          FBA STORES

7

   DATE           RECORDED: DECEMBER 10, 2017

8                 TRANSCRIBED:  JANUARY 10, 2018

9  PAGES          1 THROUGH 208

10

11

12          FBA STORES SEMINAR - DAY 3

13

14

15

16

17

18

19

20

21

22

23

24          For The Record, Inc.

25    (301) 870-8025 - www.ftrinc.net - (800) 921-5555

PLAINTIFF'S
EXHIBIT

80

2

```
 1                    FEDERAL TRADE COMMISSION

 2                         I N D E X

 3

 4    RECORDING:                              PAGE:

 5    Seminar - Day 3                           4

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                    FEDERAL TRADE COMMISSION

2

3      In the Matter of:          )

4      FBA Stores                 )   Matter No. 1723149

5                                 )

6      ------------------------------)

7                                     December 10, 2017

8

9

10

11             The following transcript was produced from a

12     digital file provided to For The Record, Inc. on

13     December 11, 2017.

14

15

16

17

18

19

20

21

22

23

24

25

4

```
1                    P R O C E E D I N G S

2                      --    --    --    --    --

3                 FBA STORES SEMINAR - DAY 3

4              (Background chatter and music upon entry.)

5              UNIDENTIFIED MALE:  Yes --

6              MR. TYNDALL:  I -- I have a question about

7    the -- the crashing, the price.

8              UNIDENTIFIED MALE:  Yep.

9              MR. TYNDALL:  So are those -- does each

10   store have the same, like, description and -- and

11   listing?

12             UNIDENTIFIED MALE:  The same product with

13   the same price, the same description, the same

14   listing, the same everything.

15             MR. TYNDALL:  Okay, okay.

16             UNIDENTIFIED MALE:  It's just (inaudible) --

17             MR. TYNDALL:  And, so, then you -- you just

18   -- you go in and you change --

19             UNIDENTIFIED MALE:  Yep.

20             MR. TYNDALL:  -- the price.  Okay.  How long

21   does that usually take?

22             UNIDENTIFIED MALE:  It's realtime.

23             MR. TYNDALL:  Realtime?

24             UNIDENTIFIED MALE:  They're doing -- you're

25   sitting, and it's happening (inaudible) as it's
```

5

1    happening, right?

2              MR. TYNDALL:  Okay.

3              UNIDENTIFIED MALE:  So it can take -- it

4    could take minutes; it could take hours.

5              MR. TYNDALL:  Okay.

6              UNIDENTIFIED MALE:  But, I mean, it's

7    happening in realtime.  It's not like you're -- it's

8    over a week or two-week period.  I mean, it's -- it's,

9    like --

10             MR. TYNDALL:  Okay.

11             UNIDENTIFIED MALE:  -- now.

12             MR. TYNDALL:  Now, will -- will our mentors,

13   like, show us how to do that and --

14             UNIDENTIFIED MALE:  Mm-hmm.

15             MR. TYNDALL:  Okay.

16             UNIDENTIFIED MALE:  They're going to show

17   you how to win the buy box and (inaudible) that's

18   only, like, four techniques.

19             MR. TYNDALL:  Okay.

20             UNIDENTIFIED MALE:  Right?  There's like 12

21   different strategies.

22             MR. TYNDALL:  Huh.  Okay.

23             UNIDENTIFIED MALE:  Yep.

24             MR. TYNDALL:  Cool.  Thanks.

25             (Background chatter and music.)

6

1          MR. TYNDALL:  Hey.  Oh, okay, yeah.  Am I

2    going to miss anything?

3          UNIDENTIFIED MALE:  Sorry?

4          MR. TYNDALL:  Am I going to miss anything

5    important?

6          UNIDENTIFIED MALE:  No, we can do it quickly

7    --

8          MR. TYNDALL:  Okay.  Okay, let me get my...

9          (Background chatter and music.)

10          UNIDENTIFIED MALE:  How was your night?

11          MR. TYNDALL:  It was good.  Yeah, I really

12    liked that sushi.

13          UNIDENTIFIED MALE:  Yeah, that was a good

14    place.

15          MR. TYNDALL:  Yeah.  Yeah, I -- I talked to

16    my mom and my uncle, and I think I -- I think I might

17    have enough for the -- for the gold.

18          UNIDENTIFIED MALE:  I'm sorry?

19          MR. TYNDALL:  For -- enough for the gold.

20          UNIDENTIFIED MALE:  Okay.

21          MR. TYNDALL:  But I had a couple of

22    questions.

23          UNIDENTIFIED MALE:  Sure.

24          MR. TYNDALL:  So my -- my -- so I can put in

25    2,500, and my uncle said he could put in 2,500.

1          UNIDENTIFIED MALE:  Mm-hmm.

2          MR. TYNDALL:  And then my mom and dad said

3     they might be willing to put in 5,000.

4          UNIDENTIFIED MALE:  Mm-hmm.

5          MR. TYNDALL:  But -- so my mom -- my mom's

6     worried that I'm not going to get the money back.

7          UNIDENTIFIED MALE:  Mm-hmm.

8          MR. TYNDALL:  Like, you said that you'll

9     work -- you'll work with us.

10          UNIDENTIFIED MALE:  Yes.

11          MR. TYNDALL:  Okay.

12          UNIDENTIFIED MALE:  The guarantee basically

13     is that (inaudible) money you invest (inaudible)

14     $10,000 for the program that we will work with you

15     until you make the 10,000 back.

16          MR. TYNDALL:  Okay.

17          UNIDENTIFIED MALE:  Now, how that looks

18     like, well, first of all, you will have (inaudible)

19     six -- let me double check (inaudible).

20          MR. TYNDALL:  Well, I know I -- I wrote

21     it down somewhere.  Sorry, there's like coffee all

22     over --

23          UNIDENTIFIED MALE:  Yeah, I think it's four

24     plus two, so it would be six.

25          MR. TYNDALL:  Okay.

1              UNIDENTIFIED MALE:  So six weeks you will

2    have coaching.

3              MR. TYNDALL:  Okay.

4              UNIDENTIFIED MALE:  One a week.

5              MR. TYNDALL:  Okay.

6              UNIDENTIFIED MALE:  One -- one session a

7    week, an hour long.

8              MR. TYNDALL:  Okay.

9              UNIDENTIFIED MALE:  That's -- that is one

10   thing.  Another thing is you will have an access to a

11   member area where they will (inaudible) where you will

12   be able to see the videos, information and everything

13   right there.

14             MR. TYNDALL:  Okay.

15             UNIDENTIFIED MALE:  Now, the sessions are

16   not going to be in the way of can you teach me how to

17   do Amazon.

18             MR. TYNDALL:  Okay.

19             UNIDENTIFIED MALE:  Right?  So the way it

20   works is that they -- they will give you tasks to do.

21             MR. TYNDALL:  Okay.

22             UNIDENTIFIED MALE:  And they will keep track

23   of if you're doing them.

24             MR. TYNDALL:  Okay.

25             UNIDENTIFIED MALE:  And they will make

1    adjustments if necessary along the way.

2              MR. TYNDALL:  Okay.

3              UNIDENTIFIED MALE:  Now, if after those six

4    weeks you haven't made the money back --

5              MR. TYNDALL:  Okay.

6              UNIDENTIFIED MALE:  -- those $10,000, then

7    they will still work with you to make sure, you know,

8    how far, how (inaudible) going, you know, guiding you.

9    What makes the (inaudible) adjusted change in order

10   for you to get, you know, where you want to get to get

11   to that 10,000 and from there on.

12             MR. TYNDALL:  Okay.  So -- so you think it's

13   pretty doable in the first six weeks?

14             UNIDENTIFIED MALE:  It depends on you.

15             MR. TYNDALL:  Okay.  Okay.

16             UNIDENTIFIED MALE:  Now, the question,

17   though, is is that 10,000, is that all that you have,

18   because the question is you will need to buy also the

19   inventory.

20             MR. TYNDALL:  Yeah.  I mean, I might be able

21   to get some additional money --

22             UNIDENTIFIED MALE:  Okay, okay.

23             MR. TYNDALL:  -- maybe from my parents.

24             UNIDENTIFIED MALE:  Now, the question also

25   is are you computer-savvy?

1                MR. TYNDALL:  Pretty computer-savvy.

2                UNIDENTIFIED MALE:  Okay.

3                MR. TYNDALL:  I have a computer, yeah.

4       It -- so my -- my uncle kept asking about a business

5       plan.

6                UNIDENTIFIED MALE:  Mm-hmm.

7                MR. TYNDALL:  Is that something that you

8       guys can show me how to do, or --

9                UNIDENTIFIED MALE:  Not necessarily.  I

10      mean, you could write a business plan.  Obviously

11      we're not going to write it out for you.

12               MR. TYNDALL:  Okay.

13               UNIDENTIFIED MALE:  However, we can give you

14      pointers of the things that you would need to do.  In

15      some ways, it comes back to that system that you will

16      have the members area that you will have the access

17      to.

18               MR. TYNDALL:  Okay.

19               UNIDENTIFIED MALE:  Because it gives you a

20      good insight of the first steps that would be what you

21      need to do along the way.  Also, once you enroll, they

22      will give you -- there's going to be a webinar where

23      they're going to give you the first steps to take,

24      what -- what is it going to take to do that.

25               MR. TYNDALL:  Okay.

1          UNIDENTIFIED MALE:  So in the fullest sense

2    of a business plan, when it's all laid out and

3    everything, not necessarily what we would do --

4          MR. TYNDALL:  Okay.

5          UNIDENTIFIED MALE:  -- however, we -- we can

6    give you pointers, you know, things that you'll need

7    to be considering, aware of, and all those kind of

8    things.  And we will (inaudible).

9          MR. TYNDALL:  Okay.  Because he kept talking

10   about like keeping track of my costs and stuff like

11   that.

12         UNIDENTIFIED MALE:  Mm-hmm.

13         MR. TYNDALL:  Is that something that you

14   guys will help out with?

15         UNIDENTIFIED MALE:  Keeping track of costs,

16   there are different spreadsheets and stuff that we --

17   we -- yeah, we would get those for you.

18         MR. TYNDALL:  Okay, okay.  And then my mom

19   also asked, like, because she's worried that I'm going

20   to get in trouble and like -- if like I sell something

21   and I don't know, someone like sues me or --

22         UNIDENTIFIED MALE:  Sure.

23         MR. TYNDALL:  -- I can get in trouble, will

24   you guys help me out?

25         UNIDENTIFIED MALE:  Well, there are two

1    sides of it.

2         MR. TYNDALL:  Okay.

3         UNIDENTIFIED MALE:  One, as anybody who

4    starts any business, I always recommend them to do --

5    to open an entity.

6         MR. TYNDALL:  Okay.

7         UNIDENTIFIED MALE:  And that's the reason

8    why I asked if you have any additional money that you

9    would be able to (inaudible) because here's the thing,

10   you can -- you can go and open the entity, you know,

11   on your -- on your own (inaudible) file, you know,

12   paperwork and all that stuff, or you can go to

13   LegalZoom or any of those things.  However, the

14   problem with that is you're not going to get the full

15   protection.

16        MR. TYNDALL:  Okay.

17        UNIDENTIFIED MALE:  So the best way to do

18   that is to have an attorney that -- attorney that

19   understands the business and understands the industry

20   so that you -- he can actually set it up for you so

21   that you're fully protected.

22        MR. TYNDALL:  Okay.

23        UNIDENTIFIED MALE:  Now, that costs a little

24   bit of money, depending of the state, depending on

25   different things.  However, I always tell people I'd

1 rather pay a little bit up front --

2    MR. TYNDALL:  Sure.

3    UNIDENTIFIED MALE:  -- and then I know I'm

4 fully protected, and then whatever happens, I'm

5 protected.

6    MR. TYNDALL:  Okay.

7    UNIDENTIFIED MALE:  The reason I'm saying

8 protected is I'll give you an example.  If -- if

9 you're not fully -- if you're fully protected, but

10 even if everything goes horribly wrong, and I mean it

11 has to go really horribly wrong in this kind of

12 (inaudible) then you -- the worst-case scenario --

13    MR. TYNDALL:  Okay.

14    UNIDENTIFIED MALE:  -- you just scrap the

15 business --

16    MR. TYNDALL:  Okay.

17    UNIDENTIFIED MALE:  -- you scrap the entity.

18    MR. TYNDALL:  Okay.

19    UNIDENTIFIED MALE:  And you're fully, you

20 know, free to go.

21    MR. TYNDALL:  Okay.

22    UNIDENTIFIED MALE:  However, if you just --

23 if you don't -- if you're not set up the right way,

24 then you can't do that because you're still tied to

25 the company.

1          MR. TYNDALL:  Okay.

2          UNIDENTIFIED MALE:  And that is where that

3    difference comes if it's set up the right way or not

4    the right way.  Now, the other thing is, and I think

5    that Nathan might have touched on it yesterday --

6          MR. TYNDALL:  Okay.

7          UNIDENTIFIED MALE:  -- and he's going to

8    definitely talk about it today more.

9          MR. TYNDALL:  Sure.

10          UNIDENTIFIED MALE:  Is if -- if -- if

11    it's -- if it's a product that somebody else is

12    producing --

13          MR. TYNDALL:  Okay.

14          UNIDENTIFIED MALE:  -- and you are just

15    coming onboard to sell it --

16          MR. TYNDALL:  Okay.

17          UNIDENTIFIED MALE:  -- then any liability

18    that is regarding the product assumes the

19    manufacturer.

20          MR. TYNDALL:  Oh, okay.

21          UNIDENTIFIED MALE:  And not the seller.

22          MR. TYNDALL:  Okay.  So I wouldn't need to

23    worry at all.

24          UNIDENTIFIED MALE:  So as long as you are

25    not claiming something --

```
 1              MR. TYNDALL:  Okay.

 2              UNIDENTIFIED MALE:  -- that the manufacturer

 3    is not saying --

 4              MR. TYNDALL:  Okay.

 5              UNIDENTIFIED MALE:  -- you're not liable.

 6              MR. TYNDALL:  Okay.

 7              UNIDENTIFIED MALE:  So --

 8              MR. TYNDALL:  Yeah, my mom was just worried

 9    about, like, the fidget spinners like lawsuits, if

10    people get injured.

11              UNIDENTIFIED MALE:  Sure.

12              MR. TYNDALL:  Yeah.

13              UNIDENTIFIED MALE:  Sure.

14              MR. TYNDALL:  Yeah.

15              UNIDENTIFIED MALE:  And then again, you

16    know, again it's -- if -- if a manufacturer -- if you

17    just -- you're selling -- you're not naming it as your

18    fidget spinner, you're not naming that as your

19    product.

20              MR. TYNDALL:  Okay.

21              UNIDENTIFIED MALE:  You're not product

22    labeling it, then it's the manufacturer who assumes.

23              MR. TYNDALL:  Okay.  And the -- the --

24    Nathan was talking a lot -- a little bit, the -- like

25    buying from Alibaba.  Is that -- is that hard, or?
```

1           UNIDENTIFIED MALE: Meaning?

2           MR. TYNDALL: Like, I don't know. I wrote

3   down somewhere it was like $500 to ship the stuff.

4           UNIDENTIFIED MALE: I'm sure there will be

5   some costs and -- you know, that you're going to have

6   to assume because you're obviously shipping it from

7   overseas.

8           MR. TYNDALL: Okay.

9           UNIDENTIFIED MALE: And if you're buying

10  from Alibaba, most likely you're buying a significant

11  bulk.

12          MR. TYNDALL: Okay.

13          UNIDENTIFIED MALE: When you're buying a

14  bulk and you're shipping from overseas, the -- there

15  is going to be some costing, you know, that is going

16  to mean --

17          MR. TYNDALL: Okay.

18          UNIDENTIFIED MALE: -- you know, that you're

19  going to -- you're going to have to (inaudible).

20          MR. TYNDALL: Okay, because my uncle was

21  telling me about a cash flow and like -- like it might

22  take a while to get the products.

23          UNIDENTIFIED MALE: Yeah, it takes a little

24  while, mm-hmm.

25          MR. TYNDALL: Okay. But you think that

1    would be a -- I mean, will you guys show me how that

2    works?  Because I don't know -- I've never bought

3    anything --

4                  UNIDENTIFIED MALE:  Sure.

5            MR. TYNDALL:  -- from Alibaba or anything.

6                  UNIDENTIFIED MALE:  There is also in

7    those -- in that members area --

8            MR. TYNDALL:  Okay.

9                  UNIDENTIFIED MALE:  -- there's also some

10   videos on that, as well.

11           MR. TYNDALL:  Okay.

12                 UNIDENTIFIED MALE:  It gives an explanation

13   (inaudible).

14           MR. TYNDALL:  Okay.  And my mom also wanted

15   to know whether this was, like, sustainable, like, you

16   know, I can keep doing this as, you know, as a living

17   as opposed to like a one-time thing.

18                 UNIDENTIFIED MALE:  Well, obviously, you're

19   building a business for yourself.

20           MR. TYNDALL:  Okay.

21                 UNIDENTIFIED MALE:  Again, it's like any

22   other business, as long as you keep working it, you

23   can keep building it.

24           MR. TYNDALL:  Okay.

25                 UNIDENTIFIED MALE:  And especially that's

18

```
 1      the difference between arbitrage and the wholesale is
 2      that in wholesale you -- basically you can find these
 3      core products, you put them in, and all you're doing
 4      is you're just managing the price, you're just
 5      managing the volume.
 6                 MR. TYNDALL:  Okay.
 7                 UNIDENTIFIED MALE:  If you need to order
 8      more, you order more, so it comes in, you just keep
 9      selling it.
10                 MR. TYNDALL:  Okay.
11                 UNIDENTIFIED MALE:  So it's a business that
12      you're building, so it sustains as long as you're
13      building it.
14                 MR. TYNDALL:  Okay.
15                 UNIDENTIFIED MALE:  In arbitrage it's
16      also -- it's a little different.  You basically just
17      have to keep looking for the product --
18                 MR. TYNDALL:  Okay.
19                 UNIDENTIFIED MALE:  -- you know, and as long
20      as you keep looking for those products and you keep
21      sell -- putting them in the store and selling them --
22                 MR. TYNDALL:  Okay.
23                 UNIDENTIFIED MALE:  -- yeah, it's working,
24      because you're -- you're building your own business.
25      You're not building our business.
```

1          MR. TYNDALL:  Yeah.

2          UNIDENTIFIED MALE:  So you're building it

3    for yourself, so as long as you keep building it for

4    yourself, it's, you know, sustainable.

5          MR. TYNDALL:  Okay.

6          UNIDENTIFIED MALE:  As long as you're

7    buying, obviously, products that has a profit in it.

8    As long as you're selling with significant profit and

9    of course you're going to make money.

10          MR. TYNDALL:  And, so, you mentioned, like,

11    costs after the 10,000.  Do you guys have financing

12    options or ways to pay that?

13          UNIDENTIFIED MALE:  Did you get to talk to

14    Ryan?

15          MR. TYNDALL:  Oh, I did -- I -- I told him

16    my mom told me not to give out my Social.

17          UNIDENTIFIED MALE:  Mm-hmm.

18          MR. TYNDALL:  But --

19          UNIDENTIFIED MALE:  Well, the only financing

20    that would be, you know, borrowing money --

21          MR. TYNDALL:  Okay.

22          UNIDENTIFIED MALE:  -- that would be the

23    financing that --

24          MR. TYNDALL:  Okay, okay.  And, so, the --

25    the -- Nathan was saying that we should -- someone

20

1    asks, like, when -- when do we get the money back.

2    And someone said like ten years or something.

3              UNIDENTIFIED MALE:  (Laughs).

4              MR. TYNDALL:  No?  Okay.

5              UNIDENTIFIED MALE:  No.

6              MR. TYNDALL:  I mean, is it -- do you think

7    after six weeks I can get this up and running?

8              UNIDENTIFIED MALE:  Well, it depends really

9    how you work it.

10             MR. TYNDALL:  Okay.

11             UNIDENTIFIED MALE:  Yeah, it would just come

12   back to, you know, how are we going to build it.

13             MR. TYNDALL:  Okay.  Okay.  Well --

14             UNIDENTIFIED MALE:  (Inaudible).

15             MR. TYNDALL:  What's the members area?  Do I

16   -- do I already have -- I signed up for AWS Tracker.

17   I got an email about that.  Is that the same thing?

18             UNIDENTIFIED MALE:  Can you show me that,

19   please?

20             MR. TYNDALL:  Sure.  My internet's super

21   slow.  The AWS Tracker.

22             UNIDENTIFIED MALE:  That is something new.

23   I don't even know what that is.

24             MR. TYNDALL:  Oh.

25             UNIDENTIFIED MALE:  I'll find out, though.

1              MR. TYNDALL:  Okay.  But that's not the --

2      the members area?

3              UNIDENTIFIED MALE:  No, no (inaudible) so

4      what happens is the students that enroll --

5              MR. TYNDALL:  Okay.

6              UNIDENTIFIED MALE:  -- they would get the

7      access to like the (inaudible) system website.

8              MR. TYNDALL:  Okay.

9              UNIDENTIFIED MALE:  Where they can actually,

10     you know, see the videos and all those things that,

11     you know, what Nathan was teaching sort of.

12             MR. TYNDALL:  Okay.  Okay.  And how -- my

13     uncle asked in addition to the 10,000 how much should

14     I expect to -- to put into my business during --

15             UNIDENTIFIED MALE:  It depends on

16     (inaudible) --

17             MR. TYNDALL:  Okay.

18             UNIDENTIFIED MALE:  -- how much you want to,

19     you know, really put in it.

20             MR. TYNDALL:  Okay.  What do you think would

21     be --

22             UNIDENTIFIED MALE:  (Inaudible) there are

23     some additional costs that you're going to have to,

24     you know, consider.

25             MR. TYNDALL:  Okay.

1              UNIDENTIFIED MALE:  For example, for setting

2    up an entity.

3              MR. TYNDALL:  Okay.

4              UNIDENTIFIED MALE:  That could be

5    (inaudible) depending on the state, I would say it

6    would be between 700 to 1,200.

7              MR. TYNDALL:  Okay.

8              UNIDENTIFIED MALE:  That's the (inaudible)

9    set it up safe and everything.

10             MR. TYNDALL:  Wait, was that?  700 to 1,200?

11   What -- what is -- what do you mean, entity?

12             UNIDENTIFIED MALE:  Kind of the company.

13             MR. TYNDALL:  Okay.  Like a corporation.

14             UNIDENTIFIED MALE:  Mm-hmm.

15             MR. TYNDALL:  Okay.  This is like all --

16   like I've never even sold anything on Amazon.

17             UNIDENTIFIED MALE:  Mm-hmm.

18             MR. TYNDALL:  So --

19             UNIDENTIFIED MALE:  You can sell on Amazon

20   without creating an entity.

21             MR. TYNDALL:  Okay.

22             UNIDENTIFIED MALE:  There are two reasons

23   why you would want to do the entity.  One is the

24   protection side of it.

25             MR. TYNDALL:  Okay.

23

1           UNIDENTIFIED MALE:  The other side of it is

2      it's the tax optimization --

3           MR. TYNDALL:  Okay.

4           UNIDENTIFIED MALE:  -- services.  Like

5      Nathan was saying, when you sell it (inaudible) is a

6      private person, then what happens is that whatever

7      income, you know, you're making from selling the

8      product --

9           MR. TYNDALL:  Okay.

10          UNIDENTIFIED MALE:  -- you're basically

11     taxed on it as an income.

12          MR. TYNDALL:  Okay.

13          UNIDENTIFIED MALE:  But when you set up an

14     entity and you sell it with the entity, then you --

15     then whatever expenses you have and you can create,

16     even expenses if you, you know, you are creative --

17          MR. TYNDALL:  Okay.

18          UNIDENTIFIED MALE:  -- so whatever is the

19     leftover, that's the profit --

20          MR. TYNDALL:  Okay.

21          UNIDENTIFIED MALE:  -- then you're basically

22     paying that tax from the profit portion of it.

23          MR. TYNDALL:  Okay.

24          UNIDENTIFIED MALE:  So if you would look at

25     this folder, then this is the income part of it --

1            MR. TYNDALL:  Okay.

2            UNIDENTIFIED MALE:  -- then you're paying

3    the tax on the whole income if you're a private

4    person.

5            MR. TYNDALL:  Okay.

6            UNIDENTIFIED MALE:  But if you have an

7    entity, you can lower this by adding every, you know,

8    expense that you have regarding the business.

9            MR. TYNDALL:  Okay.

10           UNIDENTIFIED MALE:  So this number becomes

11   smaller and smaller, and then you are taxed instead of

12   on the whole thing, you're taxed as some part of it.

13           MR. TYNDALL:  Okay.  Okay.  I mean, do you

14   think -- do you think it's realistic for a guy like me

15   to -- to make money with this?

16           UNIDENTIFIED MALE:  What do you mean, a guy

17   like you?

18           MR. TYNDALL:  I mean, I've never -- I've

19   never sold anything --

20           UNIDENTIFIED MALE:  Sure.

21           MR. TYNDALL:  -- on Amazon before.  And now,

22   like, I don't know, it just seems like a lot, a lot.

23           UNIDENTIFIED MALE:  And -- and it takes --

24   it takes work.

25           MR. TYNDALL:  Okay.

1           UNIDENTIFIED MALE:  It's not, obviously, you

2    know --

3           MR. TYNDALL:  Yeah.

4           UNIDENTIFIED MALE:  -- you're going to wake

5    up tomorrow and suddenly everything works for you.

6           MR. TYNDALL:  Yeah.

7           UNIDENTIFIED MALE:  So you're going to have

8    to put work in it.

9           MR. TYNDALL:  Okay.

10          UNIDENTIFIED MALE:  So as long as you're

11   willing to learn --

12          MR. TYNDALL:  Okay.

13          UNIDENTIFIED MALE:  -- as long as you're

14   willing to work --

15          MR. TYNDALL:  Okay.

16          UNIDENTIFIED MALE:  -- it's doable.

17          MR. TYNDALL:  Okay.  I mean, do you -- are

18   you guys pretty successful with people like me who

19   don't really have very much experience?

20          UNIDENTIFIED MALE:  Well, again, it comes

21   back to, you know, how -- how much those people really

22   want to put the work.

23          MR. TYNDALL:  Okay.

24          UNIDENTIFIED MALE:  In many cases, what

25   happens is the people, they are just expecting things

1   to happen without work.

2             MR. TYNDALL:  Okay.

3             UNIDENTIFIED MALE:  You know, so the ones

4   that do not succeed and they are having a hard time,

5   you know, getting where they want to be --

6             MR. TYNDALL:  Okay.

7             UNIDENTIFIED MALE:  -- but people that

8   actually really wanted to achieve something and they

9   wanted to make money, then, yeah, they -- they made

10  it.

11            MR. TYNDALL:  Okay, okay.  And the six -- is

12  that -- so that's every -- every week?

13            UNIDENTIFIED MALE:  Mm-hmm.  You would

14  set -- email's sent that day, and the day --

15            MR. TYNDALL:  Okay.

16            UNIDENTIFIED MALE:  -- what day is it going

17  to be and what time --

18            MR. TYNDALL:  Okay.

19            UNIDENTIFIED MALE:  -- and then every week

20  at that same time, you will have that call.

21            MR. TYNDALL:  Oh, the call.

22            UNIDENTIFIED MALE:  Mm-hmm.

23            MR. TYNDALL:  Okay.  And do I need to be

24  near the internet when --

25            UNIDENTIFIED MALE:  Yes.

1                MR. TYNDALL:  Okay.

2                UNIDENTIFIED MALE:  Mm-hmm.

3                MR. TYNDALL:  Okay.  So I'd need to be home.

4                UNIDENTIFIED MALE:  That would be great.

5                MR. TYNDALL:  At that time, okay.

6                UNIDENTIFIED MALE:  Mm-hmm.

7                MR. TYNDALL:  And what if, like, I can't

8    make a call for a week?

9                UNIDENTIFIED MALE:  You can reschedule it.

10               MR. TYNDALL:  I can reschedule it.

11               UNIDENTIFIED MALE:  Mm-hmm.

12               MR. TYNDALL:  Okay, okay.

13               UNIDENTIFIED MALE:  You just let them know

14   early enough.

15               MR. TYNDALL:  Okay.

16               UNIDENTIFIED MALE:  Sometimes they have to

17   reschedule --

18               MR. TYNDALL:  Oh.

19               UNIDENTIFIED MALE:  -- and they will work it

20   out.

21               MR. TYNDALL:  Okay.  And then what --

22   what -- what happens if I -- if I finish the six weeks

23   and I -- I need more help?

24               UNIDENTIFIED MALE:  Then you will have a

25   hotline --

1          MR. TYNDALL:  Okay.

2          UNIDENTIFIED MALE:  -- you will have a

3   hotline as well.

4          MR. TYNDALL:  A hotline?  Okay.  Oh, is that

5   the -- what did Nathan call it?  The concierge line?

6          UNIDENTIFIED MALE:  Yeah, mm-hmm.

7          MR. TYNDALL:  Okay.  Okay.  So if I have any

8   questions?

9          UNIDENTIFIED MALE:  Mm-hmm.

10          MR. TYNDALL:  For that.  Okay.

11          UNIDENTIFIED MALE:  But you will find tons

12   of answers in that members area.

13          MR. TYNDALL:  Okay, okay.

14          UNIDENTIFIED MALE:  Most -- most likely most

15   of your answers you will find there.

16          MR. TYNDALL:  Okay.  Let's see.  Oh, my mom

17   asked me how long have you guys been in business.

18          UNIDENTIFIED MALE:  This company?

19          MR. TYNDALL:  Yeah.

20          UNIDENTIFIED MALE:  Good question.  I think

21   it's about ten years or so.

22          MR. TYNDALL:  I thought ten years, okay.  My

23   mom was just really worried.

24          UNIDENTIFIED MALE:  And I understand that.

25          MR. TYNDALL:  Yeah.

1           UNIDENTIFIED MALE:  I absolutely understand

2      that.

3           MR. TYNDALL:  Yeah.

4           UNIDENTIFIED MALE:  And that's why -- that's

5      why I'm not pressuring anybody.

6           MR. TYNDALL:  Okay.

7           UNIDENTIFIED MALE:  You know, I want you to

8      feel comfortable.  If you don't feel comfortable, I

9      don't want you to do it.

10          MR. TYNDALL:  Okay.  Okay.  I mean, you guys

11     have been pretty successful, right?

12          UNIDENTIFIED MALE:  Mm-hmm.

13          MR. TYNDALL:  Can I tell my mom that, or?

14          UNIDENTIFIED MALE:  (No audible response.)

15          MR. TYNDALL:  Okay.  If my mom has any

16     questions, can she call somebody or call you or --

17          UNIDENTIFIED MALE:  She can call the

18     company, mm-hmm.

19          MR. TYNDALL:  Okay.  What's -- what's the

20     phone number?

21          UNIDENTIFIED MALE:  I don't know off the top

22     of my head, but it's going to be on the agreement.

23          MR. TYNDALL:  Oh, on the agreement?

24          UNIDENTIFIED MALE:  Yeah, and you will get

25     the agreement.

1          MR. TYNDALL:  Okay, okay.  Okay.  Is there

2    anything else I should know?

3          UNIDENTIFIED MALE:  I don't know.

4          MR. TYNDALL:  I don't know.  This is a lot

5    to take in.

6          UNIDENTIFIED MALE:  Sure.  I mean, it is.

7    There's a lot of information.  Obviously we have

8    crammed a lot in three days because we have -- it's

9    kind of sort of a lot, 30 hours, that we're spending

10   with you.  It's actually a little less than 30

11   hours --

12         MR. TYNDALL:  Okay.

13         UNIDENTIFIED MALE:  -- however, there's so

14   much information --

15         MR. TYNDALL:  Yeah.

16         UNIDENTIFIED MALE:  -- you know, that we're

17   trying to get to you guys, kind of, you know, in --

18         MR. TYNDALL:  Yeah.

19         UNIDENTIFIED MALE:  -- so it kind of feels

20   kind of overwhelming in a -- in a way.

21         MR. TYNDALL:  Okay.

22         UNIDENTIFIED MALE:  But -- so it's

23   understandable.

24         MR. TYNDALL:  Okay.

25         UNIDENTIFIED MALE:  And -- but that's why it

1    is and that's why we have also the members area, which

2    you can kind of go over --

3            MR. TYNDALL:  Sure.

4            UNIDENTIFIED MALE:  -- the information and

5    everything so that when it's impossible to remember

6    everything that you've heard this weekend.

7            MR. TYNDALL:  Yeah.  Now, the -- when I --

8    when I work with the mentor, the six weeks, are they

9    going to go over the -- are they going to, like, go

10   over, like, reinforce what -- what I did this weekend?

11   Or are they going to go over new stuff?

12           UNIDENTIFIED MALE:  Not necessarily.  It's

13   more going to be in a sense of a -- they will give you

14   some specific tasks to make sure that you're doing the

15   business.

16           MR. TYNDALL:  Okay.

17           UNIDENTIFIED MALE:  And then they will

18   follow up with you to see if you are doing those

19   tasks, and they will give you new tasks, so it's kind

20   of like helping you to stay on track, but we'll make

21   sure that you are doing things the right way.

22           MR. TYNDALL:  Okay.

23           UNIDENTIFIED MALE:  And if they will see

24   that there are some things that you may not be doing

25   quite exactly the way, they might make little

32

1    adjustments just to make sure we keep on track.

2              MR. TYNDALL:  Okay.  Well, my mom also

3    wanted me to ask the -- the -- like are they --

4    because I know Nathan had, like -- he has his own

5    Amazon business.

6              UNIDENTIFIED MALE:  Mm-hmm.

7              MR. TYNDALL:  Do the mentors have --

8              UNIDENTIFIED MALE:  Yeah, we all do.

9              MR. TYNDALL:  Okay, okay.

10             UNIDENTIFIED MALE:  The only reason we can

11   be here is because we're successful in our store.

12             MR. TYNDALL:  Okay.  Sorry, I had, like, a

13   two-conversation with my mom last night.

14             UNIDENTIFIED MALE:  That's good.  Sure.

15             MR. TYNDALL:  Okay.

16             UNIDENTIFIED MALE:  That's why -- that's

17   why --

18             MR. TYNDALL:  I might be forgetting

19   something.

20             UNIDENTIFIED MALE:  -- I had these followup

21   -- you know --

22             MR. TYNDALL:  Yeah.

23             UNIDENTIFIED MALE:  -- so that I can answer

24   all the questions.

25             MR. TYNDALL:  Yeah.  Okay.  Well, maybe --

1    how late are -- how late will it go today?

2              UNIDENTIFIED MALE:  It will go probably

3    until about 2:00.

4              MR. TYNDALL:  Okay.  Okay.  Is it all right

5    if I call my mom at lunch?

6              UNIDENTIFIED MALE:  Yeah, yeah, yeah.

7              MR. TYNDALL:  Okay.

8              UNIDENTIFIED MALE:  That's -- that's fine.

9    Yeah, lunch, talk to her again.

10             MR. TYNDALL:  Okay.

11             UNIDENTIFIED MALE:  And -- and then after

12   that, you know, say if you feel comfortable about it,

13   if you do, then, you know, we can go from there.  If

14   you don't, then we can have a quick -- a quick sit-

15   down.  I can just quickly run over a couple of things

16   that, you know, you should be aware of because if

17   you're not doing that then, you know, what steps are

18   you going to take on Monday and stuff like that.

19             MR. TYNDALL:  Okay.  Okay.  Okay, well, I'll

20   call my mom, I guess, at lunch.

21             UNIDENTIFIED MALE:  Sure, sure.

22             MR. TYNDALL:  Okay.

23             UNIDENTIFIED MALE:  Okay.

24             MR. TYNDALL:  Okay.  Thank you.

25             UNIDENTIFIED MALE:  Yep.  And then let me

34

1    know if you have any questions.

2              MR. TYNDALL:  Yep.  Okay.  Thank you.

3              UNIDENTIFIED MALE:  Absolutely.

4              MR. TYNDALL:  Thank you.

5              (Mr. Tyndall enters seminar presentation.)

6              NATHAN ROSSI:  -- white label is where

7    you're going to take an existing product that's

8    already out in the marketplace, and you're going to

9    brand your version of it.  So a great example would be

10   you're going to take an undercoat brush for puppies or

11   whatever it is; we're going to get a generic and we

12   put a white label because it's just a blank label, and

13   I'm going to put my logo, my name, my company name,

14   whatever it is, on it, and now it becomes a bench-made

15   brush, it becomes Nathan's Awesome Brush, right?  And

16   I sell it as mine.

17             So from the consumer's perspective, it's

18   seen as my product.  It's not a brand new, never-

19   before-seen product.  It's just my product.  And, you

20   know, one thing that I learned with white label is

21   there's a few benefits of doing it, but understand

22   this.  You don't have to have the best product to make

23   a lot of money.  Okay, you don't have to have the best

24   product.

25             McDonald's is a great example of that.  Does

1    McDonald's have the best hamburger?  No way, not at

2    all, but they're probably the most profitable

3    hamburger chain on Planet Earth.  Does Apple have the

4    best phone?  No way.  Heck, no, it's not the best

5    phone.  I mean, so, you know, you don't have to have

6    the best product.  Really, what it comes down to, you

7    just have to have the best system, okay, the best

8    system.  You can have a mediocre product that you

9    deliver in a very excellent way, and you can make

10   great money.

11         Right?  Some companies, that's all they

12   focus on.  They focus on the -- a B or a C-level

13   product, but they're just really good at delivering

14   that B and C-level product.  Right?  We don't always

15   have to be the best.  You do it, you know, the top of

16   the top, the creme de la creme.  You can have a

17   mediocre product that's economic, that's satisfactory,

18   that meets the expectation, and it can still be -- you

19   can still make good money on that.

20         The third one is what we call controlling

21   other brands on Amazon.  Right out next to this one,

22   just in parentheses, write five years.  Five years.  I

23   think that this strategy -- I think to the core of me,

24   this has about a five-year shelf life.  And here's

25   what this looks like.  Right now, the marketplace, the

1   economy, the retail world is in a complete upheaval.

2   It's -- it's been disrupted.

3          I mean, it's just -- stuff is all over the

4   place, and what you have are a bunch of companies --

5   big and small -- that look and say, we're not online -

6   - or we're not on Amazon; we know we need to be on

7   Amazon; we don't know Amazon; but we've been doing it

8   this way for so long we're just going to keep on

9   focusing on this.  We know we need to be on Amazon,

10  but we're not on Amazon.

11         So what controlling brands would be is

12  you're leveraging your knowledge base, your skill

13  sets, your connections and resources and saying, I

14  tell you what, I can take you on Amazon, and I will

15  control your -- I will control your brand on Amazon.

16  And I'm going to show you two deals that we're doing

17  this with right now.  One of them is a tea company;

18  the second one is this company called Defiance Fuel,

19  which is our -- the pre-workout.

20         We got a water product.  And what it looks

21  like is -- is you're negotiating equity.  You're

22  negotiating a profit-share or exclusivity of some

23  type.  So like with Defiance Fuel, we negotiated

24  Amazon exclusivity.  So if their product is being sold

25  anywhere on Planet Earth on Amazon, it's our store.

1    So they're still going to make money because we're

2    buying from them and representing and we're getting it

3    from them at wholesale or better, but anything that

4    happens on Amazon is our sale, right?  So we're the

5    retailer that controls the Amazon space.

6           And here's why I say this has about a

7    five -- a five-year shelf life.  I believe that in

8    five years Amazon will become normalized from a

9    business standpoint and that companies will just say,

10   well, instead of giving up so much, folks giving up

11   exclusivity or profit-sharing or equity, they're just

12   going to say we'll just hire somebody for $40,000 a

13   year and bring it in-house and it will just be an

14   employee we pay.  We're not going to give up

15   exclusivity.

16          But right now, it's new enough, it's unknown

17   enough, and in enough demand that people feel the

18   pressure and companies feel the pressure, and we need

19   to get on there, and so they're willing to give up

20   more now.  So this could be a way for you to leverage

21   your skill set, your knowledge base, in order to take

22   companies online.

23          And, so, we've got two right now that we're

24   doing that with, and literally a list of about a dozen

25   more that -- that just are waiting in line.

1             (Inaudible audience question or comment.)

2             NATHAN ROSSI:  Right, they're outsourcing

3    all things to Amazon to us, and we manage, we launch,

4    we market, we run the whole Amazon channel.

5             AUDIENCE:  How long did it take you to

6    convince them to (inaudible)?

7             NATHAN ROSSI:  Luke, how long did Defiance

8    Fuel take?

9             LUKE:  (Inaudible).

10            NATHAN ROSSI:  Yep.

11            LUKE:  I started working on that in

12   February.

13            NATHAN ROSSI:  Like late February, March?

14            LUKE:  Built the relationship, yeah.

15            NATHAN ROSSI:  And then we signed in June?

16   July?

17            LUKE:  Yeah, June or July.

18            NATHAN ROSSI:  Yeah, I think it was like mid

19   July, so March, April, May, June, July, so five or six

20   months, right?

21            (Inaudible audience question or comment.)

22            NATHAN ROSSI:  Yeah, so -- and they do.  We

23   actually had a GNC conversation.  We'll get into this,

24   but you can get into it not pricing.  You get into,

25   you know, different SKUs, variants, variations, you

1    know, that, hey, GNC has exclusivity to maybe a

2    certain flavor of pre-workout versus we have fruit

3    punch on Amazon; they have a lemon-lime at -- lemon-

4    lime at GNC, right?

5            They're -- you know, you got to kind of hash

6    out those nuances, but there's a big upside with them,

7    right?  There's a big upside with it because you're

8    able to leverage an existing brand that has an

9    existing following, that has existing sales, and all

10    you get to do is come in as the knight in shining

11    armor and open up a brand new sales channel, which --

12    and everybody's already buying on Amazon anyways,

13    right?  And, so, I'll tell you how -- how we started

14    developing this process, but very lucrative.  And --

15    but it's time-sensitive, time-sensitive for sure.

16            But either way -- either way -- there is

17    liability with that, right?  There's liability with

18    (inaudible) so let's talk about asset protection.

19    Asset protection has really four different components

20    of which we're going to talk about two of them today.

21    So when you jump into business, what you're really

22    saying is you're simultaneously entering into four

23    different worlds.  Okay?

24            You're going into the legal world, the tax

25    world, the insurance world, and then whatever

1    industry-specific (inaudible).  And, so, you have to

2    find the mix of all these worlds that makes sense for

3    you.  And, so, I can't tell you how many times I've

4    been on a conference call or in a boardroom to where I

5    have a -- I have a CPA and an attorney, you know,

6    going back and forth at each, saying, no, we don't

7    need it to be an S corporation, it needs to be a C

8    corporation; no, we don't need to tax like this, we

9    need to tax like that, but we need it to be set up

10   like this, not like that.  And because sometimes they

11   -- an S corporation is better than, you know, a C

12   corporation for tax purposes, but a C corporation is

13   better for legal reasons than an S corporation is in

14   the event of a lawsuit or like -- so it's like this

15   constant back-and forth.

16          So what I'm going to do today is walk you

17   through some concepts that I believe, in my opinion,

18   should be a part of your -- your infrastructure as you

19   begin to grow.  Now, again, I am not a licensed

20   attorney or a tax professional or a financial planner

21   or an insurance agent.  I also cannot give you any

22   advice in these areas.  Everything that I'm showing

23   you is for educational purposes only; it's my opinion.

24          You can consult all the licensed

25   professionals before you do anything that you see here

1   today.  Do you acknowledge that?  Yes?

2                AUDIENCE:  Yeah; yes; yeah.

3                NATHAN ROSSI:  All right?  You're strapped

4   in, right?  Okay.  So the first thing is when we get

5   into business, the first concept of asset protection

6   is what we call separation.  Separation.  Separ,

7   seper?  S E P A R, E R?

8                AUDIENCE:  A R.

9                NATHAN ROSSI:  Yeah, a brain fart.  So you

10  want to create what's commonly referred to in the

11  legal world as you want to create your corporate veil.

12  It's what separates you from your business.  So you

13  don't want to be viewed as the same person as your

14  business.  You want it to be completely separate.  You

15  want your business to take the fall for anything bad

16  that happens.

17               And the reason why is not that you're trying

18  to get away with anything, but in today's day and age,

19  you don't even have to do anything wrong to get sued.

20  Right?  People -- I mean, people can just sue you.

21  It's a game, right?  It's part of the strategy.  Some

22  of the more famous lawsuits, Red Bull.  Anybody hear

23  about the Red Bull lawsuit, right?  Didn't hear about

24  it?

25               Well, what is -- what's Red Bull's slogan?

42

1   It gives you wings.  Well, a group of law students got

2   together and decided to test that theory.  So they on

3   purpose -- they on purpose did this.  They set it all

4   up to do.  They have it on video.  Hey, what you got

5   there, man?  Oh I got a Red Bull.  Look at this it's a

6   Red Bull.  We're excited, it's going to give me wings.

7           Oh, cool, drink it down.  Maybe, too, you

8   know, make sure those wings are big enough.  Drink one

9   more, right?  And, so, on camera, okay, you drink the

10  Red Bull; all right, go for it.  And it showed them

11  jumping off about a 20-foot wall.  Okay?  Nobody got

12  seriously hurt, but they proved they were able to

13  disprove their claim, is that when you drink it, it

14  gives you wings.  So they sued law -- they sued Red

15  Bull for fraudulent advertising.

16          Right?  They settled out of court for

17  something -- I think it was like four and a half

18  million dollars or something like that, right?  But --

19  but, hey, you know, they settled.  Didn't -- didn't go

20  through; they just settled out of court, and that's

21  all the students were wanting.  It was a cheap shot,

22  right?

23          But lawsuit after lawsuit like this.  The

24  McDonald's lawsuit, right?  The coffee.  Well, come

25  on, coffee's hot, okay?  But the -- it was an elderly

43

1    woman, and she did get third-degree burns.  Right?

2    She did get third-degree burns, so she won that

3    lawsuit.

4            And how about the Winnebago one?  Did

5    anybody hear about the Winnebago lawsuit?  Winnebago

6    lawsuit, so this is -- this is about 10 or 11 years

7    ago.  A woman goes -- she -- she's freshly retired.

8    Goes and buys herself a big Winnebago, right?  As part

9    of her retirement, she's going to cruise around,

10   travel the country.

11           So she buys it; everything is good; they

12   give her the tour, the walk-around; here's how you use

13   it and everything.  Well, drives off the lot, gets on

14   the highway, is about a half-hour down the road.  Pops

15   it into cruise control and gets up and goes to make

16   herself a sandwich.

17           (Laughter.)

18           NATHAN ROSSI:  The thing runs off the road.

19   Lucky she's still alive.  Sues the dealership and sues

20   Winnebago because nowhere in the manual nor in the

21   explanation was it told to her that on a vehicle that

22   size the cruise control wasn't autopilot.  She won.

23   She won.

24           And we could just go through example after

25   example like this, right?  My first lawsuit I got in,

44

 1    I was sued by an insurance company.  I had a

 2    subcontractor commit fraud on their worker's

 3    compensation insurance.  Black and white, fraud.  I

 4    showed it to the attorneys, showed it to the insurance

 5    commissioner in the State of Georgia.  Yep, that's

 6    insurance fraud.

 7            And when I -- when I went through it, here's

 8    what the insurance commissioner's words to me were,

 9    and I'm like 24 years old.  He said, son (inaudible)

10    right, son, unfortunately, even though you've done

11    everything right and you haven't done anything wrong,

12    you're still 100 percent liable.  And I'm thinking,

13    that doesn't -- that doesn't add up to me.  If I

14    didn't do anything wrong, I did everything right, how

15    am I still liable?

16            So the insurance company said you were using

17    uninsured subs.  It said -- essentially what happened

18    was they kept fudging their insurance documents, their

19    certificate, saying they had insurance, when they

20    really didn't.  And, so, we would request it from

21    their insurance agent.  What we didn't know was our

22    contractors, their insurance agent was their cousin.

23    So their cousin was -- was fudging and creating

24    fraudulent documents saying that all of the insurance

25    certificates were up-to-date, everything is good to

45

1    go.

2           And on our roofer and electrician, which was

3    the same company, like two of the highest-risk things

4    in Georgia, we were using uninsured subs for close to

5    ten months out of the year.  So they -- so when we got

6    an audit, you always get an audit with worker's comp,

7    not that you did anything wrong, you just get audited,

8    they came back and they said, well, your bill, due

9    upon receipt, is $208,000.  And I'm thinking, what?

10    How did that happen, right?

11           So we went back and forth, back and forth,

12    and I said, well, I don't have that to pay you right

13    now, and even if I did, I wouldn't pay you -- I

14    wouldn't even pay, I didn't do anything wrong.  So, my

15    attorney said, well, you have a couple options.

16    Number one, you could sue the contractor, but does the

17    contractor have any assets to levy against in the

18    business?  I said, no, I mean, nothing really.  And he

19    said, well, that's what we call judgment-proof.  When

20    you have an entity that's basically a shell, and you

21    can sue it, you can get a judgment, but even when you

22    win you still lose because you're not going to get

23    anything.

24           He said, well, what about the insurance

25    agent.  I said, well, you've seen it, we've got a

1    paper trail.  And he said we can win.  He said if we

2    sue Nationwide, that's who it was, if we sued

3    Nationwide, we would win, but their goal would be to

4    stall this out so long they're just going to try to

5    starve you out.  They got deeper pockets.  It will

6    take about two and a half to three years by the time

7    the thing actually comes to fruition.  And he said I'd

8    be willing to represent you, and we're going to win,

9    but I'm not going to do it on a contingency.  You're

10   going to have to pay as we go.

11           I started at $450 an hour.  I'm thinking,

12   I'm not going to pay you 450 an hour for the next

13   three years (inaudible) you know?  Something that will

14   shoot, you know?  Is there anything else, you know?

15   You got anything else?  And he said, well, he said,

16   you might be structured the right way, you might be

17   judgment-proof.  What's in your business?  You know,

18   what assets?  And we had some -- a little bit of --

19   you know, a little bit of cash that we kept in, and

20   just some tools, nothing -- nothing big.  And he said,

21   well, you're structured the right way.  He said, just

22   tell them that you'll close the business down, you'll

23   bankrupt the company.

24           So I said all right, you sure that's going

25   to work?  And he said, yeah, that's the -- that's the

1    legal system, right?  So I went back to my insurance

2    company, and I said I'm not going to pay you.  And

3    they said, well, we'll sue you, we'll get a judgment

4    against you.  And I said, well, I'll close the

5    business, I'll bankrupt it and you won't get it.  And

6    they said we'll sue you.  I said you're not listening.

7         And -- and they said, well, so is that it?

8    I said, yeah, I'm not going to pay you.  And they said

9    see you in court.  And I said, no, no, you won't.  So

10   I got off the phone; I called my attorney; I said,

11   hey, you sure this is going to work?

12         (Laughter.)

13   NATHAN ROSSI:  And he said, yeah, well, I

14   said I just basically told them to put it in their

15   pipe and smoke it.  And he said, all right, let's file

16   the final tax return, we'll close the doors of the

17   business.  We did, within one week we were completely

18   dissolved and they sued a dead entity, got a default

19   judgment for 208,000 plus attorneys' fees against the

20   dead entity, and it stopped there.  They weren't able

21   to touch me personally.  They tried, but they weren't

22   able to because everything was separated, right?  The

23   business took the fall.

24         And, so, that's what you're wanting to

25   create, a situation like that, to where even if you do

48

1    get sued, even if you do lose, you're -- you're

2    protected, you're shielded from the liability of the

3    actions of the business.  Now, there are certain

4    components that have to be in place.  The first one is

5    are all of your business filings.

6            So this is your articles of organization or

7    incorporation.  This is your IRS filings for your EIN.

8    These are the annual -- annual fees associated with

9    your business.  Wherever you go, you're going to have

10   to pay the Secretary of State an annual fee.  And all

11   of these things have to be up-to-date, so these

12   filings.  If you don't have any of these -- if you

13   don't have one or all of these filings, you are not

14   considered a legal business; you're considered a

15   fraudulent business.  You have to have all of them.

16   They have to be up-to-date.  They have to be accurate,

17   and they have to be registered.

18           The second thing that you have to have is

19   the IRS says that you have to prove, beyond any shadow

20   of a doubt, your intent to make a profit.  What's the

21   key word?  Intent.  Intent.  One of the most simple

22   ways to prove your intent to make a profit is?  Have a

23   bank account open.

24           Thank you (inaudible).

25           The next thing that you have to have for

49

1    your business is what's called an operating agreement.
2    And the operating agreement, many, many times, this is
3    where people get hung up because the operating
4    agreement, people think this, oh, well, I'll just go
5    to LegalZoom, you know, and register my entity.  I'll
6    just go to IRS.gov, file for my EIN, no big deal, you
7    know?  I got my articles filed.
8            But the operating agreement is where a lot
9    of people get screwed, and it's truly, in its purest
10   sense, people just don't know what they don't know.
11   And, so, this is something to where you don't want to
12   navigate these waters on your own.  This is, you know,
13   number one -- top four reasons people fail -- fear, do
14   it yourself, listening to the opinions of others, and
15   lack of action.  This is where DIY-ers think, oh, I
16   don't -- I don't need to pay an attorney 800, 1,000,
17   1,500 bucks to set this up and do it.  I can do it.
18   I'll just go set it up.  Worst thing you could ever
19   do.
20           An operating agreement is basically telling
21   not only the world but it's telling a judge in -- when
22   you get into litigation -- how your business functions
23   and interacts in certain situations.  So let me give
24   you an example.  How many of you have any entity set
25   up right now, an LLC, a corporation of some type, just

1   anything, you have an entity set up?  Okay.

2           And how many of you with your entity either

3   you fall into one of these categories:  either you are

4   the only owner, it's you or your spouse that are the

5   only owners, or it's you and a domestic partner that

6   live under the same roof at the same address are the

7   only owners?  Raise your hand if that's you, you fall

8   in that category.  Okay.

9           So here's the thing, in a legal altercation,

10  because you're considered single-member, a single-

11  member entity, for legal reasons, you're treated as a

12  sole proprietor.  So meaning you personally, as a

13  single-member entity, you personally are assuming 100

14  percent of liability for your -- for your business.

15  Right?

16          So not a lot of people factor that in.  I'll

17  just get it set up, I'll just go set up an entity, and

18  I'll get going, I've got the LLC, everything is good

19  or whatever, and you're still -- if you're a single

20  member, you're still considered a sole proprietor if

21  you get sued, so meaning your bank accounts, 401(k),

22  IRA, your home -- the equity in your home, your cars,

23  your vehicles are -- it's all -- it's all liable.

24  Right?

25          Here's another one.  How many of you have a

51

1    charging order in your -- in your operating agreement?

2    Okay, how many of you even know what a charging order

3    is?  So a charging order is in the event that -- not

4    only that you get sued, but you lose, you get a

5    judgment against you, the charging order is what's

6    going to tell the judge, well, who's on the first,

7    second, third, fourth, right?  Is it directors,

8    managers?  Are you a manager in your business?  Are

9    you a director in your business?  Are you a member in

10   your business?

11        Because they're going to treat members and

12   managers -- a member can't be held liable, but a

13   manager can.  Right?  So all these little nuances,

14   what you -- what do you call yourself?  So, like, for

15   instance, when you go and you sign a document, you

16   sign a contract, and here's an interesting little

17   nuance for you, if you go and you sign a contract, in

18   the name of your business, you sign your name and then

19   comma, and then what comes after the name?

20        AUDIENCE:  Position.

21        NATHAN ROSSI:  Your position.  So if you put

22   CEO, CEO is considered a director position.  You now

23   would assume liability.  But if you're a member in

24   your operating agreement and you sign, Nathan Rossi-

25   comma-member, you signed as a member and not as a

1    manager or a director.

2            All these little things, right?

3            (Inaudible audience question or comment.)

4            NATHAN ROSSI:  Nope.  If you're a sole

5    proprietor, no matter what the heck you sign, you're a

6    sole proprietor.  You're -- you're signing it.  So you

7    want to be what's -- what's considered -- you want

8    your entity, in my opinion, to be what's called a

9    multi-member entity.  Multi-member, right?  So it's

10   you and a completely separate person that's not a

11   husband or a wife or a spouse or a domestic partner of

12   any sense.  You need another person, like a true

13   business partner, or another entity that can actually

14   own -- own ownership in this entity.  There's ways

15   around it, right, but you can't be single-member.

16           And these are all things in your operating

17   agreement that have to be in place.  Otherwise, you're

18   leaving yourself exposed.  So what are things that can

19   pierce this corporate veil?  Like, meaning, if you got

20   in a lawsuit or you got, you know, attacked or

21   whatever it is, what are the things that would allow

22   the affairs and the problems to pierce through the

23   corporate veil and affect you?

24           Well, we just talked about one of them,

25   being a single -- single-member entity.  Well, another

1    very common one, another very common one is when

2    people -- what is called commingle funds, commingle

3    funds.  So let's say that you're at the grocery store;

4    you're at the store and you go to check out and you're

5    -- you know, your wife has once again taken your debit

6    card, your personal debit card, out of your wallet,

7    even though you've told her, like, five times in the

8    past month not to do that.  And you've texted her and

9    you've had conversations with her and you've told her

10   that, listen, you've got your own card, stop using

11   mine, not that that's ever happened to me.

12          (Laughter.)

13          NATHAN ROSSI:  Okay?  But you're at --

14   you're at the checkout, and you go and you realize,

15   oh, my gosh, you know what, I don't have my personal

16   debit card.  Well, let me just put the groceries on

17   the business, and I'll pay the business back.  Errnt!

18   You just commingled the funds.

19          So what that means is now you and the

20   business just functioned as one, and I've seen this

21   before in real life, is that from that transaction

22   forward, unless it's resolved and you can somehow, you

23   know, I don't want to say fudge, but your CPAs will

24   now prove that this is for the business, a corporate

25   event or a company event or something, you know, but

54

1    if that goes unresolved as you just charged on the

2    business a personal expense, from literally that

3    transaction forward, you're not protected.

4           Okay, it is that serious.  And, so, a good

5    attorney, when they -- if they were to sue you, a good

6    attorney, in the discovery period, before they would

7    even try to do anything as far as proving the case

8    that you were wrong in the specific situation, the

9    first thing they're going to do is they're going to

10   try to attack the legitimacy of your business and of

11   your entity, because if they can prove that your

12   entity is fraudulent, that it's not a legit entity,

13   then by de facto, they've got you, right?

14          So a good attorney is going to say we need

15   to see all the bank records from -- from the beginning

16   of the business.  And they're going to have somebody

17   literally auditing through every bank statement, every

18   transaction, where did this money go, where did that

19   money go, why is -- you know, why does this say $150

20   here but it's only recorded as 130 there?  Why -- you

21   know, where -- they're going to be all in everything,

22   looking for any way that they can dispute or find some

23   reason why you're not a legit entity.  Right?  So,

24   commingling funds.

25          The next one is you have to keep up with

1    your annual minutes.  So every business has to log

2    annual minutes and corporate meeting minutes for all

3    of the owners.  They have to have met at least once a

4    year to discuss the affairs of the business.  So you

5    have to actually record a log of these corporate or

6    annual minutes for the business.

7           So if you don't have the annual minutes, if

8    you don't log those, if you -- so we said commingle

9    funds.  If you don't let your -- if you let your fees

10   lapse, so you don't pay for your fees on the Secretary

11   of State to keep your -- your entity active, they will

12   administratively dissolve your entity, and now you're

13   -- you're -- basically this corporate veil is gone and

14   you and your business are one.

15          So the first concept, the first principle in

16   asset protection, is what we call separation.  We want

17   to make sure that us and our business are two separate

18   functioning entities and beings.  Okay?

19          The second concept -- the second major

20   concept of asset protection is what we call

21   segmentation.  Segmentation.  So segmentation is --

22   and think about it from this perspective.  Separation

23   is what we do to try to ward people off.  So having

24   been through a few lawsuits myself, I've come to the

25   point to where I would rather prevent a lawsuit from

1    happening than to go through a lawsuit and win.  All

2    right?

3              And I don't want to go through a lawsuit.  I

4    don't like lawsuits.  I don't like to sue people; I

5    don't like to get sued.  It seems like the only people

6    that win are the attorneys and the courts, right?  So

7    I would rather prevent a lawsuit, and that's what

8    separation is about.  Segmentation is about, okay, if

9    I get sued, if I've got to go through this, then it's

10   damage control.  I want to make sure that I'm

11   effective the least amount possible, okay?

12             So when we talk about liability and being

13   vulnerable in business, the highest risk element of

14   any business is the human interaction.  Right, so, if

15   there's damage -- damage is done to a human --

16   physical, financial, emotional, you know, whatever it

17   is, it's the human interaction portion that's the

18   highest liability.  So the aspect of your company that

19   interacts with humans, that's where you're going to

20   run into the biggest trouble.

21             So what we want to do is we want to segment

22   our business affairs, meaning this.  We're going to

23   have an entity that's going to more or less be, for

24   our sake here today, we're going to call it our

25   operating entity.  Your operating entity is the one

1    that's going to control your Amazon store, so meaning

2    this is going to have some cash in it, it's going to

3    hold inventory, and it's going to be the one that's

4    making the sales, interacting with the customer.

5            This entity, since it's interacting with the

6    customer, has the most liability.  What we want to do

7    is -- so here's you up here.  You're happy, okay.

8    (Inaudible) so you're up here.  What you would want to

9    do in the idea of segmentation is you'd also want to

10   have an entity that I call a safe asset entity.  Safe

11   assets.  So safe assets are assets, are things that

12   don't interact with the -- with the public a lot, with

13   other people.

14           So these would be things like this.  Let's

15   say that you had excess cash.  So let's say you had

16   several hundred thousand dollars in cash just laying

17   around.  But you wouldn't want it in the personal bank

18   account, and you wouldn't want to keep it in your

19   operating bank account.  So, again, even if -- so what

20   we're saying is this, so this -- this is operating.

21   This is really what this is right here, right?

22           So what we're saying is this.  Worst-case

23   scenario, if this business, this entity gets sued, and

24   in an even more worst-case scenario, it gets sued and

25   then for some reason they somehow access us

58

1    personally, what we're saying is we don't want to have

2    all of these assets in our own personal name.  So we

3    want to create a separate entity.  Many times an

4    attorney will tell you an LLC of some type that's

5    maybe taxed as an S corp if you have S election.  So

6    excess cash.

7         If you have gold, silver, right, the

8    precious metals.  If you have a brokerage account, so

9    paper assets, stocks, bonds, mutual funds, real

10   estate.  So you have a lake house, a mountain house, a

11   boat.  So safe assets, these are things that really

12   aren't going to have a lot of human interaction.

13   These are just yours.

14        So the worst-case scenario, if you

15   personally are somehow made party to the suit, what's

16   in your name personally is very little.  You've got an

17   entity, a shell over here, a little bucket that's

18   keeping these things safe.  And that (inaudible) more

19   than one (inaudible).

20        I -- I would always recommend that, but,

21   again, if you were going to have a single-member

22   entity, it would be this one right here, because the

23   reality is this is just -- this is not going to have a

24   lot of human interaction.  But if you wanted to make

25   it multi-member, here -- here's a simple way of doing

1    it.  So you have an entity that has two members,

2    right?  And member number one is you.  Member number

3    two is an entity here that you own, and it's going to

4    be single-member, and then this entity has ownership

5    in this one down here.  So now this is considered

6    multi-member.

7              AUDIENCE:  Say that again.

8              NATHAN ROSSI:  You have -- this is you.  You

9    have an entity that's a single-member entity, so just

10    whatever LLC.  And then you are a 50 percent owner and

11    this entity is a 50 percent owner of this entity down

12    here.  Now, this entity becomes multi-member, which is

13    what creates the corporate veil between you and the

14    business.

15          And if you wanted to even make it more,

16    yeah, and then you could put everything in a trust.

17    But just understand, trusts don't give you any legal

18    protection.  So you've got the segmentation.  Now

19    we're divvying up the pie again, right?  So let's say

20    that as your business grows, as your business grows,

21    the operating side, let's say that you look and say,

22    hey, we're going to get some equipment for our

23    business.  We're going to start producing and

24    manufacturing or whatever it is, and we're going to

25    have some equipment.

1              Well, you wouldn't want to put the equipment

2     in this entity because you wouldn't want to risk the

3     liability of the operate -- the operators of that

4     equipment getting damaged or hurt, or if you got sued

5     by a customer down here, right, you wouldn't want

6     those assets of equipment, the value, to be party to a

7     lawsuit.

8              So what you would do is you would open up

9     another entity for equipment.  And this entity would

10    lease the equipment to your operating entity.  Let's

11    say you wanted to get an office, get an office space.

12    And you, instead of renting, let's say that you wanted

13    to buy the office building, be an investment for you.

14    You have a real -- an entity that held your real

15    estate and would lease to the operating entity, so you

16    would lease space from one entity to the next.

17             Let's say that you might want a corporate

18    vehicle, right?  How many of you want a company car?

19    Every hand -- raise your hand.  You want a company

20    car, yeah.  And Maseratis are okay with me.  As a

21    matter of fact, Ben -- Ben's wife just bought a

22    Maserati, right?  That was her dream car, right?

23             AUDIENCE:  One of them.

24             NATHAN ROSSI:  One of -- one of them, right?

25             Or a Range Rover.  Not too bad, right?  He

61

1    just had -- so Ben bought a Range Rover, and his wife
2    -- and his wife was like, wait a minute, you're not
3    going to do that without me.  And two days later went
4    and bought a Maserati.  Sorry.
5              Luke, when are you getting your McLaren?
6              LUKE:  About a year.
7              NATHAN ROSSI:  All right.  So, anyways,
8    company car, right, some vehicles.  And the vehicle
9    would lease to the operating business, or just to you
10   personally.  So as your business grows, do all these
11   entities, but regardless of if you have equipment,
12   real estate, vehicles, what you will definitely want
13   to have with your private label is what I call an IP
14   entity.
15             And the IP entity is the entity that's going
16   to own all the intellectual property for your company,
17   your products, and your brands.  So it's going to own
18   your brands' names, trademarks, patents, copyrights,
19   royalties, license agreements, right?  All the
20   intellectual property, the name, everything.  And what
21   it's going to do is it's going to license all the
22   intellectual property to your operating agreement.
23             And here's why this one's big, because in
24   the event that you get sued, and you lose, and not
25   only do you lose, but you lose, like, big-time, okay,

FTC-001885

1    if you had all of this in one entity, it would be the

2    equivalent of driving down the road, the highway, and

3    something happens and you total your vehicle, right?

4    Irreparable, totaled, it's done.  But if you have

5    everything segmented, then it's just like you just

6    blew out a tire.

7           So what happens is the entity goes down, and

8    then tomorrow or next -- next week, you open up

9    another entity, and you re-lease the vehicle, the real

10   estate, the equipment, and you now relicense the whole

11   brand, all the patents, copyrights, trademarks,

12   license agreements to the new entity, and you move on.

13          So this is the way -- have you ever seen

14   where it's like, you know, you see a brand, and it's

15   like, I'm thinking, I'm like Johnson & Johnson.  There

16   will be such-and-such -- you know, such-and-such soap

17   for kids by Johnson & Johnson Company.  You ever seen

18   that before, right?  Oh, such-and -- you know, the --

19   the incredible such-and-such toy for kids by Tyco,

20   which is a Mattel company, right?  You see, it's like

21   -- you know, well, like who is it, you know?

22          Or on movies, like the first 60 seconds, the

23   opening roll, there's like an ABC Film, in connection

24   with such-and-such-such productions, doing business

25   with such-and-such studios, connected with.  And

1  you're, like, all right, yeah, we get it, okay?  Like,

2  all right.  But that's -- why do you -- why do they do

3  all that?  This right here.

4           Right?  So in the event that somebody gets

5  sued or the main operating company gets sued, it

6  doesn't take the whole structure, the whole brand, all

7  everything down.  It just blows out a tire, right, and

8  now they can just kill the entity and create a new one

9  and keep moving.

10          (Inaudible audience question or comment.)

11          NATHAN ROSSI:  Every airplane has its own

12  entity.  Asset protection.  I believe I'm at 19

13  entities right now for all my companies.

14          (Inaudible audience question or comment.)

15          NATHAN ROSSI:  Correct.  Yep.

16          (Inaudible audience question or comment.)

17          NATHAN ROSSI:  Correct.

18          Yeah, and depending on your risk tolerance,

19  right, I mean, you could -- depending on your risk

20  tolerance, you could have a -- you know, you could

21  create a manufacturing entity that would produce all

22  the products and then would sell at wholesale to your

23  operating entity.  So at any given time, you just got

24  a small portion of inventory in the operating company,

25  but you've got the 10,000 units here in the

1    manufacturing entity, right?

2         So -- and depending on your risk tolerance,

3    you can -- you can keep chunking this thing down,

4    right?  And the more -- you know, an email like this,

5    I mean, it's like the deeper that you chunk down on

6    it, the more control you have over the situation,

7    right?  The more -- well, if you're more risk-adverse,

8    right, the more granular level you're going to

9    actually want to be on.  Make sense?

10        (Inaudible audience question or comment.)

11        NATHAN ROSSI:  They could.  They could, but

12   it won't stick, unless that entity's been in

13   interaction with them.  So if somebody said, oh, well,

14   we're going to sue this one and also we're also going

15   to sue all of these because they're really just

16   functioning as one, then you would be able to look and

17   say, uh, no, my vehicle is not functioning as one in

18   my operating business.

19        This is a business and my proof -- my proof

20   of intent of making profit is this right here.  I'm

21   not in the manufacturing business, or I don't even

22   have an Amazon company.  This is in the business of

23   leasing cars, and here's my client.  Right?

24        I'm not -- we're not in the business of

25   selling stuff on Amazon.  We're a manufacturing

1    company that sells to retailers.  Right?  So all you'd

2    have to prove is just the individual intent for the

3    independence of each entity to show that, hey, this is

4    a legitimate standalone entity.

5         AUDIENCE:  (Inaudible) what part of your

6    business is making money and what part of it

7    (inaudible).

8         NATHAN ROSSI:  You know, for your personal

9    side of things, say I don't use the entity for my

10   personal tracking and stuff like that.  You know, the

11   -- really the big benefit if your -- I -- I will go on

12   record as saying this.  I'm of the opinion that every

13   person should have a business entity open, if for

14   nothing else other than tax -- tax benefits.  You

15   substantially reduce your tax liability by being able

16   to have an entity and operating.  You can write off

17   like 80 percent of your life.  Right?

18        So -- and tax strategy is a form of asset

19   protection.  So let's jump into this and then we'll go

20   to break.  So not to get political, but remember when

21   he and she were debating each other, and she put him

22   on blast, and she was like grandstanding on, well, he

23   doesn't pay taxes, and he hasn't paid taxes, and blah,

24   blah, blah, blah, and he's a fraud, and he hasn't paid

25   taxes.

```
 1              And she was, like, really, like, you know,
 2    making this huge thing.  How many of you remember
 3    that, right?  And then he just -- after she, like, you
 4    know, grandstands on it, he leans in the mic and he
 5    said, that just makes me smart, right?  How many of
 6    you remember that, right?
 7              AUDIENCE:  I don't remember that.
 8              AUDIENCE:  That's what he said.
 9              NATHAN ROSSI:  So -- okay, so, here's the
10    thing, whether you -- whether you like him, her,
11    whether you hate both of them, whatever it is, here's
12    my question to you.  Take it out of the political
13    arena and put it in this room.  If you could legally,
14    ethically, and morally keep more of your paycheck and
15    your money every month, how many of you would want to
16    do that?  So that's what we're going to talk about
17    here.  Oh, and by the way (inaudible) Hillary dug all
18    those things up --
19              AUDIENCE:  They both -- they both
20    (inaudible).
21              NATHAN ROSSI:  I'm just throwing that out
22    there.  They're all buddies behind the scenes.
23              All right.  So entities, how you get paid.
24    The IRS taxes -- taxes income at as high a --
25    depending on your state, up to 54 percent.  They tax
```

1    wealth at zero percent.  The difference between the

2    rich and the poor is financial education.  The same

3    loopholes that the wealthy have are available to you

4    (inaudible) you just have to know how to use it.

5         You don't have to agree with the IRS tax

6    code, you don't have to like it.  You should know how

7    to utilize it for you and your family, though.

8    There's some things that I look and I say, not fair,

9    but whether it's fair or not, I'm going to use it to

10   my benefit.  (Inaudible).

11        Who writes the rules of the rich?  The rich?

12   I mean the rules of money?  The rich or the poor?

13        AUDIENCE:  The rich.

14        NATHAN ROSSI:  The rich do.  Who are they

15   going to write it to benefit?

16        AUDIENCE:  The rich.

17        NATHAN ROSSI:  The W-2 employee, you have to

18   understand the IRS tax code.  The IRS tax code is like

19   the playbook for the wealthy, but it's the stick that

20   beats the poor and the middle class back down into

21   their class.  But if you understand the context in

22   which it was framed and it was written, you can begin

23   to see it through different eyes.

24        So little -- little fun fact, a little

25   trivia question for you guys.  The IRS was started in

68

```
 1    1913.  What other entity or body was created in 1913?

 2              AUDIENCE:  The Federal Reserve.

 3              NATHAN ROSSI:  Say it again.

 4              AUDIENCE:  The Federal Reserve.

 5              NATHAN ROSSI:  The Federal Reserve.  How

 6    many of you know that there's nothing federal about

 7    the Federal Reserve?  How many of you didn't know that

 8    and thought that there was?  How many of you are mad

 9    at me at my Trump/Hillary statement?

10              (Laughter.)

11              NATHAN ROSSI:  There's nothing federal about

12    the Federal Reserve.  It's really more like a private

13    cartel.  Well --

14              AUDIENCE:  Yeah, that's -- that's a good --

15    that's a good analogy.

16              NATHAN ROSSI:  A conglomerate.  We'll use

17    conglomerate, okay?

18              (Laughter.)

19              NATHAN ROSSI:  It's a private conglomerate

20    of banks that fund -- that lend money to the U.S.

21    Government.  So the way that it works is this.  The

22    Government says, we need money to fund a war; we need

23    money to build infrastructure; we need money to bail

24    out the American people; we need money to whatever --

25    entitlement programs, whatever they are, right?
```

1          And, so, the Government goes to the Federal

2     Reserve and says, we need $500 billion.  The Federal

3     Reserve says, great, let's get -- let's crank up the

4     printing presses, let's get it going.  And, so, they

5     say, well, how are you going to pay it back?  This is

6     a loan.  How are you going to pay it back?

7          That's where the IRS comes in.  The

8     Government says, well, we'll tax the people.  We'll

9     pay back the loan by collecting taxes from the people.

10    And, so, thus, the IRS, the Federal Reserve created

11    the same year.  So the IRS is there to collect on the

12    debts of the Government.  So how many of you heard,

13    oh, we're $21 trillion in debt.  How many of you heard

14    that, right?  We're not in debt; the Government's in

15    debt.  But we're just the ones paying for it.

16         So the IRS tax code is written by the

17    wealthy or the people that represent the Federal

18    Reserve.  So the Federal Reserve is all about getting

19    their money back through taxes, and so here's how they

20    write it.  We're going to reward those people that

21    represent more tax revenue.  So the more tax revenue

22    or tax money that somebody represents, the more

23    rewards and breaks and loopholes we're going to give

24    them.

25         The less amount of money in taxes that

1    somebody represents, we're going to stick it to them.

2    We're going to punish them.  So who is the person, the

3    individual, the brackets, who represents the least

4    amount of tax revenue for the IRS?

5            AUDIENCE:  The poor.

6            NATHAN ROSSI:  The poor, but what kind of

7    position?

8            AUDIENCE:  The worker.

9            NATHAN ROSSI:  The worker, the employee,

10   because they only represent their own individual one

11   revenue stream of taxes, whereas, say, an entrepreneur

12   who has 50 employees represents 50 streams of tax

13   revenue for the Federal Reserve and the IRS.  You guys

14   see it?

15           A real estate entrepreneur who owns an

16   apartment complex, a mobile home park, who's providing

17   housing for all these different people is now creating

18   infrastructure and stability within a city, within a

19   county, within a state, and so you get massive tax

20   savings in real estate.  Did you know that there's an

21   80 percent -- and I just learned this this past year.

22   Do you know there is an 80 percent tax deduction on

23   oil investments?  Meaning you could lose 80 -- you

24   could go negative 80 percent ROI and still break even.

25           Hey, just giving you guys -- pealing back

1    the layers for you, okay?  So here's how this works.

2    So a job, an employer, goes to pay an employee, and

3    this is called income.  So you have this paycheck

4    here, right?  And then the paycheck goes down to the

5    employee, right?  If you could physically watch a

6    person getting paid from the company, who takes their

7    money first?

8              AUDIENCE:  The Government.

9              AUDIENCE:  The IRS.

10             NATHAN ROSSI:  Right?  So what happens is

11   depending on your state, and you guys kind of happen

12   to be in, like, the worst state ever for taxes --

13             AUDIENCE:  Even more than Massachusetts?

14             NATHAN ROSSI:  Yes.  What's going to happen

15   is, depending on how much money you make, you'll lose

16   up to 54 percent of your tax -- of your check in

17   taxes.  So it's like Uncle Sam pulls up to your

18   paycheck with a bib on and starts going to town like

19   he's at a buffet, okay?  And you have to live on

20   whatever's left, because he gets paid first, and so

21   now you're -- you're left to live on whatever's left.

22             This is the -- this is the -- this is why

23   employees who are working for somebody else will never

24   get ahead.  You can't retire working for somebody

25   else.  You can't make enough money working for

1    somebody else because the tax system, the tax code, is

2    meant to punish this person.

3              And that's not conspiracy either.  But it's

4    -- it's because this is called income.  But if you

5    open up a business, it's not a job who's paying you;

6    it's the marketplace is paying you.  And this isn't

7    considered income; this is considered revenue.  We

8    don't get taxed on revenue.  You have revenue minus

9    cost of goods sold or cost of services sold, and that

10   brings us down to gross profit.  Well, the good news

11   is we don't even get taxed on gross profit.  We have

12   this loophole here the size of California called

13   operating expenses.

14             After we take out all of the operating

15   expenses, we're left with what we call net operating

16   income.  But we don't get taxed on net operating

17   income because we still have to factor in debt service

18   and depreciation and losses -- losses from litigation,

19   losses from investment.  If we buy at 100 and sell at

20   80, we have losses.  We can deduct those.

21             And down here, if there's anything left,

22   this is what's called net profit, and we pay -- we

23   don't pay that in taxes; that's the number that we get

24   taxed on.  So you'll pay a percentage of this number

25   in taxes.  So the question now becomes what number do

73

1   you want to pay taxes on.  This number or this number?

2            AUDIENCE:  That number.

3            NATHAN ROSSI:  Exactly, that number down

4   there.  And that's the beautiful world of business

5   ownership and entrepreneurship is that you can write

6   off so much stuff.  So let's talk real quick about

7   these little operating expenses here, because these

8   little bad boys are awesome.

9            AUDIENCE:  A Maserati.

10           NATHAN ROSSI:  Maserati, correctamundo, sir.

11   So an operating expense, if you're taking notes, which

12   I hope you are, an operating expense is defined as

13   anything -- or is it any expense that is tied to your

14   intent to make a profit.  Any expense that's tied to

15   your intent to make a profit.  Now the good news about

16   this is the IRS doesn't mandate that you are a good

17   financial manager.  They don't say, well, there's like

18   levels of -- you know, you can only do, right?

19           So, like, for instance, let's talk about it.

20   You're opening up in D commerce business.  What are --

21   what -- what types of things are you going to need for

22   your D-comm business?

23           AUDIENCE:  A computer.

24           AUDIENCE:  (Inaudible).

25           NATHAN ROSSI:  A computer, right?  So, yeah,

74

1    so here's what I mean by the IRS doesn't get into you

2    can only do so much, right?  They don't say to you,

3    well, you can only get -- you're just starting, we'll

4    only let you write off a Netbook from Walmart.

5    They're 199.  No, you want to say, you know what, I

6    need a $3,800, you know, iMac computer for my

7    business, and you can write off 3,800.  Okay, so a

8    computer.

9           And how many of you are going to download

10   the app on your smartphone to run your business from

11   your phone?  Every hand should be up.  So cell phone.

12   So now your cell phone, the cost of your phone just

13   became a writeoff.  Your monthly bill became a

14   writeoff.  Now, if you're going to have a phone for

15   business, you also have to have one for personal,

16   because if you ever get audited, they'll say, well,

17   this is business, where's your personal one.

18          So what you do is this.  You go get a magic

19   jack for about 9.99 a year, get an old phone, put a

20   little label on the back of the phone that has the

21   phone number and throw it in the closet.  So if you

22   ever get audited, they say where's your personal

23   phone, you go rummage through and you say here it is,

24   plunk, stick it in the wall, and say call, you know,

25   call this number right here.  And if it rings, you're

1    good.

2            What else?

3            AUDIENCE:  The guy here, the Maserati he

4    bought.

5            NATHAN ROSSI:  Yeah, so vehicles, right,

6    yeah.  The company cars.  And two ways to do company

7    vehicles.  So number one, if you use a personal

8    vehicle for business, you can write off the mileage.

9    I believe it's 58 cents a mile, right?  But if you do

10   -- if you put a car in the name of your entity, so

11   like I just bought my wife a company car, a 2017 QX80,

12   sitting on some 22s, and it's bad, right?  I'll show

13   you a picture later, but anyway, we put it in the name

14   of our business.  Well, here's the cool thing.

15   Everything associated with the vehicle is now a

16   business expense -- the gas, insurance, maintenance,

17   oil changes, windshield wipers.  When my wife, on the

18   third day she had it, scratched the rim on the curb,

19   we had to get it fixed, it was a business expense,

20   right?

21           You can have depreciation.  Depreciation on

22   the vehicle.  Everything associated now becomes a

23   business expense.  What else?

24           (Inaudible audience question or comment.)

25           NATHAN ROSSI:  Yeah, so office supplies and

1    equipment.  What else?

2              AUDIENCE:  Travel.

3              NATHAN ROSSI:  Ooh, yeah, travel.  So say

4    this with me, I no longer.

5              AUDIENCE:  I no longer.

6              NATHAN ROSSI:  Come on, come on.  I no

7    longer.

8              AUDIENCE:  I no longer.

9              AUDIENCE:  Take vacations; I take business

10   trips.

11             (Laughter.)

12             NATHAN ROSSI:  Yes.  I no longer take

13   vacations; I take?

14             AUDIENCE:  Business trips.

15             NATHAN ROSSI:  Okay?  So going back to what

16   I was saying yesterday, how many of you would find it

17   absolutely unquestionably necessary to source

18   inventory from the dollar store in Maui three times a

19   year?

20             (Laughter.)

21             AUDIENCE:  Can I say Tahiti instead?

22             AUDIENCE:  Better still.

23             NATHAN ROSSI:  Miami has great dollar

24   stores, too, right?  Now, here's the thing.  You say,

25   come on, seriously?  Oh, yeah, I'm dead serious.

1          As long as I can show an intent to make a

2     profit.  So I go down to Maui, buy a -- buy some stuff

3     from the gift store at the resort, the dollar stores

4     up and down there, and I list it online.  I bought it

5     for a dollar; I'm going to list it online for $100.

6          If I sold that, would I made -- would I make

7     a profit?  Have I now proven my intent?

8          AUDIENCE:  Yeah.

9          NATHAN ROSSI:  Now we also happen to be a

10    real estate company.  We also happen to put in an

11    offer on some property while we were down there.  We

12    found this beautiful 358-acre land.  It's up in the

13    up-country in Maui.  It's called Ko'olau, 350 acres.

14    It's all got the utilities ready to go for us.  It was

15    7.8 million.  We put in a $150,000 offer.

16          (Laughter.)

17          NATHAN ROSSI:  If we got it for 150,000,

18    wouldn't we show a profit?

19          AUDIENCE:  Absolutely.

20          NATHAN ROSSI:  Sure would.  I actually had

21    somebody say to me one time, well, what if they accept

22    the offer.  Buy the property!

23          (Laughter.)

24          NATHAN ROSSI:  Right?  Or call me.  I'll buy

25    the property from you, right?

1              (Inaudible audience question or comment.)

2              NATHAN ROSSI:  But I've shown an intent to

3    make a profit.  Okay?  So, yeah, so business trips.

4              What else?

5              AUDIENCE:  Entertainment.

6              NATHAN ROSSI:  Yeah, so we'll call it

7    entertainment, which is also -- so many times it's

8    considered meals and entertainment.

9              AUDIENCE:  Yeah, meals.

10             NATHAN ROSSI:  So if I go out to eat -- so

11   like you guys have been here this weekend.  How many

12   of you have gone out to restaurants since you've been

13   here?  So you can write that off.  What percent can

14   you write off?  Okay, how many of you want to know how

15   to write 100 percent?  100 percent?  So meals and

16   entertainment, the IRS says, hey, if you're going to

17   take a client out and talk about business, it's kind

18   of like you have to eat anyway, so like we'll take

19   half, you take half.

20             But if the food that you're consuming was a

21   part of a corporate event, then now it's an operating

22   expense for a corporate event and not just meals and

23   entertainment, and you can write off 100 -- it's

24   considered a business expense and you write off 100

25   percent of it.

1           Now, if you -- if you have a corporate event

2    every night at 6:00 p.m., you're -- you might -- you

3    might trigger an audit.

4           (Laughter.)

5           NATHAN ROSSI:  Okay?

6           AUDIENCE:  Now, can you have corporate

7    events on New Year's Eve at a fancy restaurant?

8           NATHAN ROSSI:  You sure could.

9           AUDIENCE:  What was the question?

10          NATHAN ROSSI:  Can you have a corporate

11   event at a fancy restaurant on New Year's Eve?

12          AUDIENCE:  Oh.

13          AUDIENCE:  You can have corporate parties

14   all the time and write them off.  New Year's Eve,

15   Christmas Eve.

16          NATHAN ROSSI:  All right, so, like we're --

17   this is just scratching the surface here.  What else?

18   Come on, get -- let's have some fun with this thing.

19          AUDIENCE:  Your office space.

20          AUDIENCE:  Your paycheck.

21          NATHAN ROSSI:  Yeah, that's all the basic

22   stuff here.  That -- let me -- let me creak the door

23   open for you.  How many of you if you were your own

24   boss, you'd be like the coolest boss ever to yourself?

25   Okay, great.  So me as my own boss, I as an employer,

1    I'm very concerned as me as an employee's retirement.

2    So legally, what percent can an employer match an

3    employee's 401(k)?  A hundred percent.

4         So don't quote me on this, but I -- I

5    believe this year, your contribution to a 401(k) is, I

6    believe, 18,250.  So here's the thing, if you

7    contribute as an individual 18,250 to your 401(k), if

8    you're older, then you can contribute more through a

9    catchup provision, but then you as an employer can

10   match 18,250, and now you've just double -- double

11   contributed to your 401(k), and your contribution as

12   an employer is also tax deductible.  So you're

13   reducing your taxable amount by that.

14        What about -- what's the number one killer

15   in America?

16        AUDIENCE:  Guns.

17        NATHAN ROSSI:  I think I heard somebody say

18   it.

19        (Inaudible audience question or comment.)

20        NATHAN ROSSI:  No.  Stress-related diseases.

21        AUDIENCE:  Health insurance?

22        NATHAN ROSSI:  Right?  So we could have --

23   number one, be able to get our health insurance as a

24   writeoff.  We could have an HSA, a health savings

25   account, which is about a $7,200 tax deduction.  And

1    we're not going to just stop with health insurance.

2    What other insurance?

3              AUDIENCE:  Liability insurance.

4              NATHAN ROSSI:  Liability.

5              (Inaudible audience question or comment.)

6              NATHAN ROSSI:  Life.  Vision.  Dental.  We

7    want to make sure that we're not stressed out.  And

8    how many of you would make it absolutely mandatory for

9    you to be non-stressed out to get a massage once a

10   week?

11             (Inaudible audience question or comment.)

12             AUDIENCE:  (Inaudible) some marijuana?

13             (Laughter.)

14             NATHAN ROSSI:  I don't know if weed's a part

15   of that, man.

16             (Laughter.)

17             AUDIENCE:  Medical marijuana.

18             NATHAN ROSSI:  Hey, the company will support

19   one ounce a week.

20             (Laughter.)

21             (Inaudible audience question or comment.)

22             NATHAN ROSSI:  Oh, family and kids.  How

23   many of you have minors?  How many of you have

24   minors?  Here's how you can (inaudible) a minor.  How

25   many of you saw a picture of my daughter this weekend?

1    What -- what did she just become?

2            AUDIENCE:  A super hero.

3            NATHAN ROSSI:  A child actor or a model.

4            AUDIENCE:  You opened up a store for her.

5            NATHAN ROSSI:  A model.  So you can pay your

6    kids.  Take a picture of them, maybe you're doing a

7    presentation somewhere, and you would show your

8    daughter and pay my daughter as a model, pay your kids

9    as a model.  How many of you want to write off your

10   dog?

11           (Laughter.)

12           NATHAN ROSSI:  Or your cat?  No, I'm being

13   dead serious.

14           (Inaudible audience question or comment.)

15           NATHAN ROSSI:  Here's what you do.  For your

16   business -- for your business, your dog -- make your

17   dog a mascot for your business.  And they're a part of

18   the branding for your company.  And, so, in every

19   postcard, in every social media, you know, Facebook,

20   Buzz, Instagram, whatever, you know, your dog is

21   modeling a shirt or something with, you know, your --

22   as part of your brand.  And, so, now, your dog becomes

23   a business (inaudible) writeoff.  Food, vet bills,

24   grooming.

25           You say, come on, this is really taking

1   advantage of the system.  Hey, I didn't write the

2   rules, I just know how to play by them.

3            You can really keep going with this.  But

4   one of the big things that nobody's said yet is?

5   Education.

6            AUDIENCE:  Training.

7            AUDIENCE:  This education that we're writing

8   off.

9            NATHAN ROSSI:  This education here, so your

10  995 or whatever it was to be here this weekend, and

11  also at any level moving forward, your education.  I

12  told you yesterday I'd show you how to get the IRS to

13  pay you for this, right?  So this is a combination of

14  tax strategery --

15            AUDIENCE:  Strategery.

16            NATHAN ROSSI:  -- and also leveraging and

17  using OPM, yes.

18            AUDIENCE:  To get the company going and all

19  that (inaudible)?

20            NATHAN ROSSI:  It depends on what you

21  declare as actual wages.  So many of you will -- will

22  probably start off with what's called an S

23  corporation, which is a flow-through entity versus a C

24  corporation, which is double taxation.  With an S

25  corporation, what you'll end up doing is is you will

1   pay yourself distributions, and then the IRS says that

2   you have to pay yourself -- literally, this is the IRS

3   terminology -- you have to pay yourself a reasonable

4   wage.  So, well, what does that mean, reasonable to

5   whom, right?

6          So it's a big gray area there.  But what

7   you'll do is you'll pay yourself distributions, which

8   is considered part of retained earnings and

9   shareholder -- shareholder's equity.  And then out of

10  the distributions that you pay yourself, which you

11  declare on your K-1, you'll -- you'll choose -- your

12  CPA will do this -- will look and say, based upon the

13  operations of the company and the sales, how much

14  money's going through here, this portion of those

15  distributions, we're going to go back and call that

16  wages.  So this is what's reasonable as a actual wage

17  to be paid.  And you'll pay FICA and Social Security

18  and everything on that wage.

19          AUDIENCE:  (Inaudible).

20          NATHAN ROSSI:  Correct.  So here's the

21  thing.  When we look at a business, we have financial

22  statements, understanding how money flows through a

23  business is huge.  So in its basic form, assets

24  produce income; liabilities produce expenses.  Income

25  minus expenses equals cash flow.  Okay?

 1                    (Inaudible audience question or comment.)

 2             NATHAN ROSSI:  Assets and liabilities,

 3    income and expenses.  Assets produce income;

 4    liabilities produce expenses.   Income minus expenses

 5    equals cash flow.

 6             So let's say hypothetically that you are

 7    enrolling in the diamond package, okay, 35,000.  I'm a

 8    big proponent of using debt in business.  It's a great

 9    way to offset profits.  It's a great way to reduce

10    your taxable amount, and I like using other people's

11    money and not my own.  So you leverage, instead of you

12    writing a check, you use one of your -- your best four

13    friends -- Visa, Mastercard, AmEx, or Discover.

14             So what happens is you take 35,000 off of

15    the card, and you make your payments.  But two things.

16    Number one, how much money left your bank account?

17    You swipe your AmEx, your Visa, your Mastercard, how

18    much money left your bank account?

19             AUDIENCE:  Whatever was there is still

20    there.

21             NATHAN ROSSI:  Zero.  Right?  Now, I'm not

22    asking 30 days from now.  I'm just saying at this

23    moment.  Okay, so, zero has left your bank account,

24    but essentially what's happened is this.  What you

25    could do -- and I'm not advising you, I'm just giving

1    you my opinion on what's possible.  What you could do

2    is you could look and say, well, I am going to loan my

3    business $35,000.

4              When you loan your business $35,000, the way

5    that this shows up on your financial statement is

6    this, is you have a loan, a liability, of $35,000, and

7    it would look at -- it would look like cash on hand,

8    35,000, which would convert over into you now own a

9    training program.  That becomes one of the assets for

10   your business.  Education.

11             So we know that at the moment $35,000 has

12   been transferred, but nothing came out of your bank

13   account.  So we know that 30 days later, what's

14   coming?  The bill.  So let's figure out what our bill

15   would be on 35,000.  So the first thing is this, part

16   of the -- one of the worst bills in recent history,

17   which was the Dodd-Frank Bill (inaudible) part of that

18   was it dealt with predatory lending.  And what it said

19   was a creditor has to give a repayment plan to a

20   debtor that allows them to at least pay 4 percent of

21   their principal off annually.

22             So your minimum payment is going to be 4

23   percent of your debt, divided by 12, with the interest

24   rate on that debt divided by 12.  So 4 percent of

25   35,000 is what?

1          AUDIENCE:  1,400.

2          NATHAN ROSSI:  How much?

3          AUDIENCE:  I don't now.

4          NATHAN ROSSI:  Do a calculator.  Don't

5    guess.

6          Okay, so $1,400, divided by 12 months equals

7    -- 1,400 divided by 12.  How much?

8          AUDIENCE:  $116.67.

9          NATHAN ROSSI:  116.67.  Okay, that's the

10   principal.  Interest -- you tell me.  What's -- you

11   pick the interest rate.  What's a average interest

12   rate on your credit cards?  What do you have?

13         AUDIENCE:  Twenty percent.

14         NATHAN ROSSI:  Twenty?  Fifteen?

15         AUDIENCE:  Twenty-eight.

16         NATHAN ROSSI:  Twenty-eight?  What else?

17   Zero?  Yeah, you can get a zero.  And, so, I heard

18   everything from 0 to 28 and a little bit in between.

19   So 15, 18, is that fair?  What do you want to choose,

20   15 or 18?

21         AUDIENCE:  Eighteen.

22         NATHAN ROSSI:  Eighteen.  So what's 18

23   percent of 35K?

24         AUDIENCE:  6,300.

25         NATHAN ROSSI:  6,300.  Divided by 12 months.

1              AUDIENCE:  525.

2              NATHAN ROSSI:  So now somebody do 525 plus

3       116.67.

4              AUDIENCE:  641.

5              NATHAN ROSSI:  How much?

6              AUDIENCE:  641.

7              NATHAN ROSSI:  So 641.  Okay, so, you had an

8       -- if you enrolled in a diamond level, you used a

9       credit card with an 18 percent interest rate, your

10      minimum payment would be $641 a month.  How many

11      months do you think it would take you to make your

12      $35,000 back?  Three months, four months, six months,

13      nine months?

14             AUDIENCE:  Depends on you.

15             NATHAN ROSSI:  It does, but from what you've

16      seen this weekend, from the examples that we've shown,

17      from what you see is possible, and I'm assuming you're

18      going to, like, work this business, so you're going to

19      work this business.  How many months?  What do you

20      think?

21             AUDIENCE:  Six months.

22             NATHAN ROSSI:  Six months?

23             AUDIENCE:  Six months to pay back the 3,500?

24             NATHAN ROSSI:  Is that fair?  Is six months

25      fair?

1               AUDIENCE:  Yes.

2               NATHAN ROSSI:  I want you to give me the

3     number.  Is that fair?  Yes or no?

4                    (Inaudible audience question or comment.)

5               NATHAN ROSSI:  Hello?

6               AUDIENCE:  Six months.

7               NATHAN ROSSI:  Okay, I'm hearing six months.

8     So it's six months.  So $641 times six months is what?

9                    3,846, okay?  So for those of you that want

10    to go with the year, double that.  Seven what?

11              AUDIENCE:  7,692.

12              NATHAN ROSSI:  If we make a $35,000

13    investment, what we're saying is we're reducing

14    our taxable amount by that much.  So what's the tax

15    rate -- what's the effective tax rate that you

16    Californians pay here?  On your -- on your -- on your

17    income.  What are you paying in taxes?

18                   (Inaudible audience question or comment.)

19              NATHAN ROSSI:  14/3?  Okay, for just

20    California.  Plus, what are you going to pay -- what

21    are you paying in federal?

22              AUDIENCE:  Thirty percent.

23              NATHAN ROSSI:  I'm trying to get sort of a

24    feel for the room here.  What are you guys paying, 20

25    percent, 25, 28, 35, 40 percent?

1               (Inaudible audience question or comment.)

2               NATHAN ROSSI:   So you're at 14 California,

3      plus what federal, 28?

4               (Inaudible audience question or comment.)

5               NATHAN ROSSI:   Okay, so 40 percent, is that

6      fair?

7               AUDIENCE:   Yeah.

8               NATHAN ROSSI:   You want to go lower, 35?

9      Higher, 45?

10              AUDIENCE:   That's about it.

11              AUDIENCE:   About 40 percent.

12              NATHAN ROSSI:   Forty, is that fair, by show

13     of hands?  Yes, no?  I get around a third of the

14     hands.  Are you guys not paying that much, 35 percent,

15     is that fair?  35?  Do I have 34?  Do I have 34?  I'm

16     trying to make it fair for you guys, okay.

17              So let's take 35 percent just to be

18     conservative.  So $35,000 was your investment, and

19     you're reducing your taxable amount by 35,000, which

20     means this, if you're paying a 35 percent tax rate

21     effectively, what's 35 percent of 35,000?

22              AUDIENCE:   12,250

23              NATHAN ROSSI:   12,250.  So if you're making

24     an investment and you reduce because you've got a tax

25     writeoff, you reduce your -- your taxable amount by

91

1    35,000, and you're paying a 35 percent tax rate, what

2    this means is you are going to keep or recoup $12,250.

3    So this is money that you -- you're already paying the

4    IRS, okay?  So here's -- here's the thing.  You don't

5    get to choose do I pay it or not pay it.  You get to

6    choose where it goes, right?

7            So instead of you saying, hey, Uncle Sam,

8    I'm going to stroke you a check for 12,250, say you

9    know what, I'm going to invest that in me, I'm going

10   the recoup that, but here's the cool thing, because

11   we've leveraged and we've used OPM, even if it took us

12   six months, even if we had to make six months of

13   payments, that's 3,846 or a year payment at 7,692, our

14   offset at a year, what's 12,250 minus 7,692?

15           How much?  4,508.  So even if it took you a

16   year to recoup this, you're still ahead, meaning you

17   have 4,500 more dollars in Hip National Bank than you

18   would have if you didn't enroll into the program.

19   It's actually costing you money to not do the program.

20           (Laughter.)

21           NATHAN ROSSI:  Shameless plug there, but

22   this is -- this is the type of thought process -- this

23   is how we understand and we leverage the tax system.

24   There are certain principles, understanding the tax

25   code, understanding leveraging and using OPM.  Heck,

1   even if we were using an interest rate of 20 percent,

2   25 percent, it still works.

3         And here's the beautiful thing.  This is

4   just on the front side.  So what do I mean?  On the

5   back side is this.  If the business pays us income, so

6   let's say that one of the expenses of the business is

7   payroll.  If the business pays us a payroll, this is

8   considered income, yes?

9         AUDIENCE:  Right.

10        NATHAN ROSSI:  So we'd have to pay taxes on

11   that, yes?

12        AUDIENCE:  Yes.

13        NATHAN ROSSI:  Yes?

14        AUDIENCE:  Yes.

15        NATHAN ROSSI:  But if the business instead

16   of paying payroll, if the business was just paying

17   back a debt, if it pays me back my $35,000, is that

18   income?

19        AUDIENCE:  No.

20        NATHAN ROSSI:  That's just a loan repayment.

21   So here's what you do.  You loan money to your

22   business, 35,000, for a $100 fee.  Don't get interest

23   involved, because then you got to do truth in lending

24   and all this other kind of crap, too, but you do a

25   fee-based loan.  You lend -- you lend your business

1    35,000 at $100 or 200 bucks, whatever it is, so when

2    your business pays you back, it's 35,000 plus $100.

3           How much -- what number are you going to

4    have to pay taxes on?  So now you're paying taxes on

5    100 bucks.  So you've now effectively reduced your

6    taxes by 35,000.  So a 12,250 reduction of what you've

7    already been paying, you're ahead $4,500 by leveraging

8    OPM, and you've now effectively pulled $35,000 back

9    out of your business tax-free, because it's not

10   income, it's just a loan repayment.

11          AUDIENCE:  So how do you do this?  So you as

12   a person charged (inaudible).

13          NATHAN ROSSI:  Correct.

14          AUDIENCE:  (Inaudible) on paper.

15          NATHAN ROSSI:  Correct.

16          AUDIENCE:  Loan (inaudible).

17          NATHAN ROSSI:  Correct.

18          AUDIENCE:  (Inaudible) personal to business?

19          NATHAN ROSSI:  Correct.  From what I've

20   heard.

21          This is why the rich get rich and the poor

22   stay poor.

23          AUDIENCE:  Is there a -- I mean, this sounds

24   really great, but $100 for 35,000, is there, like --

25   is there, like, some level of (inaudible) I want to

1    give myself (inaudible) charge $10.  Is there some

2    level where it becomes ridiculous or (inaudible) don't

3    care?

4           NATHAN ROSSI:  Well, they don't care as long

5    as it actually is.  If you're going to loan your

6    business 3 million, you have to be able to show that

7    that 3 million was actually transferred (inaudible)

8    right?  So here, it was actually transferred.  You're

9    showing, hey, there's a $35,000 investment and a loan

10   to my business, and the asset is my training program.

11   That's what that $35,000 went to, right?  So it's 3

12   million worth of asset or cash or whatever it was is

13   actually loaned and put there, for sure.

14          (Inaudible audience question or comment.)

15          NATHAN ROSSI:  I would just create a

16   (inaudible) you know, literally, just go to Google,

17   loan documents, a simple, simple interest or a fee-

18   based loan document, and just do it, because it's to

19   you and your business, right?  This isn't like you're

20   loaning money and, you know, got money out on the

21   streets, you know what I'm saying?  This is to you and

22   your business.  You're creating the paper trail for

23   the IRS to see.

24          (Inaudible audience question or comment.)

25          NATHAN ROSSI:  It's for everything.  I'm

95

1    just showing you, when you get into private labeling,

2    asset protection is a tax strategy (inaudible) major

3    component of it.  This one's a little like (inaudible)

4    the rule, the side -- the side way to show you how to

5    structure your investment.

6          How many of you like -- like everything you

7    just saw?  Yeah, me, too.  Wiley?

8          AUDIENCE:  (Inaudible).

9          NATHAN ROSSI:  You can.  They would be just

10   considered startup costs of the business.  Let's just

11   say that, like, when you would, you know, have to pay

12   for an attorney to set up the entity for you, right,

13   at that point, there is no entity, but it's a business

14   expense, so it would be a startup cost for the

15   company.

16         This right here, this stuff right here, this

17   is why the rich get rich and the poor stay poor.  For

18   instance, how many of you get paid as a 1099

19   contractor?  A 1099 contractor?  If you get paid as a

20   1099 contractor and you do not have an entity set up.

21   You're paying 15.3 percent more in taxes than you

22   should be.  You pay what's called a self-employment

23   tax.

24         But if you get paid as 1099, and you

25   actually get paid through an entity, you have now just

1    given yourself a 15.3 percent pay increase, not

2    because you worked harder, not because you have a

3    great worth ethic, not because of the product or a

4    company representative's better or worse, just because

5    strategically you've used the tax system.

6          (Inaudible audience question or comment.)

7          NATHAN ROSSI:  And, this, my friends, is why

8    I actually love the tax code.  Okay?  I love it.  I

9    love it, I love it, I love it.  First time, and I

10   never forget, the first time I actually -- when I

11   started, like, really making money, I had to write a

12   check -- you ready for this -- I had a freak-out, a

13   little freak-out, a little meltdown.  It was the first

14   year that I actually really started making any money

15   of, you know, substance.  I actually wrote a check for

16   my taxes that was two and a half times the amount of

17   money that I had ever made in a year prior.

18          So take your income that you're making right

19   now, and then double it two and a half -- so two and a

20   half times that, and that's what you have to pay in

21   taxes.  I freaked out, like this is bullshit.  I can't

22   believe I'm paying this much, and my CPA looked at me

23   and said, what are you complaining about?  If you're

24   paying that much in taxes, how much have you just

25   made?  And I said, oh, yeah, you're right, I'm sorry.

1           (Laughter.)

2           NATHAN ROSSI:  So, anyways, all that being

3    said, we're going to take a break.  When we get back,

4    we're going to get into free launch and production.

5    For those of you that are enrolling in any level of

6    the program, get with your coach, finalize everything

7    that needs to be done.  Don't linger, don't wait.  Get

8    it done so they can get you squared away, I can get

9    your bonuses to you.  If you have questions, come see

10   me, talk to your coaches at break.  Fifteen minutes

11   and get marked, get set, go.

12           (Background chatter.)

13           MR. TYNDALL:  Hey, I'm going to call my --

14   my mom.

15           UNIDENTIFIED MALE:  We have something to --

16           MR. TYNDALL:  Oh, there is?  Okay.

17           UNIDENTIFIED MALE:  However you want to do

18   it.

19           MR. TYNDALL:  Okay, okay.

20           (Recess.)

21           (Background chatter and music upon entry.)

22           UNIDENTIFIED MALE:  -- and however you want

23   to have that structured as far as a partnership if

24   there's two or three or four people (inaudible) as a

25   partnership is you can be, like, controlling members

1    or managers of the store (inaudible).

2             CONSUMER:  Right, right, right, right,

3    right.

4             UNIDENTIFIED MALE:  So there's a lot of good

5    information, but getting back from (inaudible) so they

6    receive the product, now they need to know where --

7    where to send that to, what (inaudible) to.  And,

8    again, Amazon may have (inaudible) right?

9             CONSUMER:  Right.

10            UNIDENTIFIED MALE:  So they're going to

11   create the listing.  So they're going to go to your

12   store, and you say, I want to -- you know, we have

13   2,000 of these, 1,000 is going to go in this store,

14   and 1,000 is going to put in this store.

15            CONSUMER:  Right.

16            UNIDENTIFIED MALE:  So they're going to --

17   they're going to actually create you a listing.

18            CONSUMER:  What does (inaudible)?

19            UNIDENTIFIED MALE:  So they're going to --

20   like what I showed you on Friday night with, you know

21   (inaudible) future product, let's create the listing,

22   how many quantity do you have, what the price is, all

23   that.  So it's basically you're going to go -- now

24   you're -- it's creating a listing on Amazon to go

25   live, and you're selling that product now on Amazon.

99

1          So instead of you doing that, making the

2     listing --

3               CONSUMER:  But we don't have to do it.

4               UNIDENTIFIED MALE:  Yeah (inaudible) team

5     does that because --

6               CONSUMER:  They do it.

7               UNIDENTIFIED MALE:  -- they have -- they

8     have that stuff, but they need your submission to be

9     able to do that because they'll upload that in the

10    store, and then Amazon goes to create you one, X

11    amount of units.  But here (inaudible), so they'll

12    actually -- they're putting the shipping, you know --

13              CONSUMER:  So if we have 1,000 earmuffs,

14    whatever, and (inaudible).

15              CONSUMER:  They go into your store, they

16    create the listing, they do all the --

17              CONSUMER:  Right, and they'll set the price

18    to be at the -- fill in the box.

19              CONSUMER:  They will, but --

20              CONSUMER:  We have control (inaudible).

21              UNIDENTIFIED MALE:  Yeah, they will

22    initially.  When they're creating the listing, they

23    have to put the price in there.

24              CONSUMER:  Yeah.

25              UNIDENTIFIED MALE:  And so they'll match

1    whatever the buy box is at that time.

2              UNIDENTIFIED MALE:  Yeah, yeah.

3    Immediately, once Amazon checks that in, however,

4    they'll send you an email, and you received your

5    inventory, your products, you need to immediately go

6    in there and make sure our price is what it's supposed

7    to be.

8              CONSUMER:  Accurate, right, right.

9              UNIDENTIFIED MALE:  And I learned the

10   mistake the hard way on that one because I'm like -- I

11   came in on my cool break (inaudible) was doing other

12   things, and I was well below the buy box.

13             CONSUMER:  Oh.

14             UNIDENTIFIED MALE:  And, so, I didn't lose

15   money, but I didn't maximize my profitability either.

16             CONSUMER:  Right.

17             UNIDENTIFIED MALE:  So just (inaudible).

18             CONSUMER:  Oh, yeah.

19             (Simultaneous talking, multiple male

20   speakers.)

21             UNIDENTIFIED MALE:  But it was still within

22   the buy box, but it was the lower end of the buy box

23   price, so (inaudible).

24             (Simultaneous talking, multiple male

25   speakers.)

1          CONSUMER:  Well, plus, you have the whole

2     training with them, so they'll probably walk you

3     through.

4          UNIDENTIFIED MALE:  Oh, yeah, yeah, step-by-

5     step, just knowing all those -- all those little --

6          CONSUMER:  What to watch out for.

7          UNIDENTIFIED MALE:  -- all those techniques

8     and stuff.  And really it -- one, it's about avoiding

9     pitfalls --

10          CONSUMER:  Right, exactly.

11          UNIDENTIFIED MALE:  -- and just a couple of

12     things that most new Amazon sellers fall into --

13          CONSUMER:  Yeah.

14          UNIDENTIFIED MALE:  -- because they just

15     don't know what they're doing.  No, so let's avoid

16     that, but it's really about maximizing profitability,

17     getting results, and really ramping up very quickly.

18     And that's what the leverage is all about, you know?

19     That's what why you're leveraging this whole thing so

20     you don't have to reinvent the wheel.

21          CONSUMER:  Right.

22          UNIDENTIFIED MALE:  And you're just

23     leveraging everything that's already been created,

24     yeah.  So it's a cool system, it's a cool process.

25     But, yeah, there's (inaudible).

1              CONSUMER:   (Inaudible).

2              UNIDENTIFIED MALE:  I'm not going to be,

3    like, you know, look in your IP addresses and all

4    that, checking, Amazon knows.  But, yeah, we will

5    manage.  You know, we're not (inaudible) so it's

6    pretty common.  And it's actually encouraged to a

7    certain extent, especially if you have some of the

8    (inaudible) you know, because there's -- you know, if

9    somebody has kids and they want to kind of bring them

10   onboard and, you know, teach things (inaudible)

11   exposed to the technology and everything else

12   (inaudible).

13             CONSUMER:  So does that mean -- because we

14   actually share a house, so does that mean -- and we

15   share computers.  Does that mean that we cannot be

16   using the same computer for our stores?

17             UNIDENTIFIED MALE:  I wouldn't recommend it.

18   I mean, there are some -- there are some, I guess,

19   grace -- grace when it comes to that from Amazon

20   because they know that, you know, as partners --

21             CONSUMER:  We're buying a new place, though.

22             CONSUMER:  Yeah, but I'm not moving there

23   for two years.

24             UNIDENTIFIED MALE:  Yeah, what --

25             CONSUMER:  So I'll still be here.

1              UNIDENTIFIED MALE:  -- Amazon may --

2              CONSUMER:  Well, being on the computer.  I'm

3     not going to go to Sacramento when I got to get on the

4     computer --

5              CONSUMER:  Well, you'd have another separate

6     computer, I guess.

7              UNIDENTIFIED MALE:  And, too -- and Amazon

8     will let you, you know, and you can just reach out to

9     them --

10             CONSUMER:  Right.

11             UNIDENTIFIED MALE:  -- and say, look, we're

12    -- you know, we're -- we have a partnership --

13             CONSUMER:  Oh, okay.

14             UNIDENTIFIED MALE:  -- you know, we're

15    living under the same roof and so we're using the same

16    computer.  They'll make the exception for the most

17    part, but you'd have to explain that situation.

18             CONSUMER:  Okay, all right.

19             (Simultaneous talking, multiple male

20    speakers.)

21             UNIDENTIFIED MALE:  What some folks will do

22    is they say, okay, well, let's just keep it separate.

23    Then you go to UPS and get a mailbox.  You know, not a

24    P.O. box but a mailbox.  And I'm sure you've got

25    different cell phone numbers and things like that.

1             CONSUMER:  Yeah, yeah.

2             UNIDENTIFIED MALE:  You've got checking

3    accounts (inaudible) but some people will buy a

4    separate laptop and they'll buy, you know, a little

5    hot-spot or a little mi-fi card, and that will be

6    dedicated only to that computer, and nobody else can

7    use that because that's what's going to connect to the

8    internet and everything else, too.

9             And that's what we do when we have multiple

10   stores under the same address --

11            CONSUMER:  Right.

12            UNIDENTIFIED MALE:  -- anyway is (inaudible)

13   something like that, and we'll dedicate, like, this is

14   the hot-spot dedicated only to this, you know, tablet

15   or this computer --

16            CONSUMER:  (Inaudible).

17            UNIDENTIFIED MALE:  Oh, you're on the --

18            CONSUMER:  Yeah, I'm going to go on this

19   one, and yeah, yeah.

20            UNIDENTIFIED MALE:  Yeah, because Amazon

21   picks all that stuff out.

22            CONSUMER:  Right.

23            UNIDENTIFIED MALE:  And then they send you a

24   -- you know, a warning, like, you know, you need to go

25   through this verification process, and there's only so

1   many times you can do that before they go, errnt!,

2   okay, we really need to drill down and find out what's

3   going on, why are there so many people (inaudible).

4           (Simultaneous talking, multiple male

5   speakers.)

6           UNIDENTIFIED MALE:  Somehow they know both.

7           CONSUMER:  Oh, that's why.

8           UNIDENTIFIED MALE:  So now they both and

9   it's just like -- yeah, it's --

10          (Simultaneous talking, multiple male

11  speakers.)

12          UNIDENTIFIED MALE:  For example, if you

13  logged in to your Amazon store, let's say that your

14  primary place was your house, right, your wi-fi or

15  whatever, but you bring your laptop here and then

16  you're connected to the internet here, it's going to

17  say, well, you need to go through the step

18  verification process just to make sure that you are

19  who you say you are and you're not getting hacked.

20          CONSUMER:  Right.

21          UNIDENTIFIED MALE:  Oh, yeah, it's good, but

22  if it happens a lot all the time, then it's going to

23  be like -- you know, it's going to be a problem.  It's

24  a pain in the ass anyway, you know, to do the

25  verification --

1          CONSUMER:  (Inaudible).

2          UNIDENTIFIED MALE:  The phone's different.

3   The mobile -- the mobile side of things is different

4   because they know it does connect.  I try to stay out

5   (inaudible) on my phone and just do (inaudible) more

6   secure that way anyway, but there's, I guess, some

7   sort of exception.  So they have some -- I guess they

8   recognize that (inaudible) the actual laptop.

9          I know, it's weird.  You can -- I'm not a

10  techie either, but, yeah, that's how they go about

11  doing it.

12         CONSUMER:  Okay.

13         (Background chatter, overlapping

14  conversations, and music upon entry.)

15         ANNOUNCER:  All right, just a couple more

16  minutes here.  We're going to bring it in.

17         (Background chatter, overlapping

18  conversations, and music upon entry.)

19         ANNOUNCER:  All right, bring it back in.

20         NATHAN ROSSI:  Many people, when they get

21  into all the tax stuff, when they get into legal and

22  then further into getting into negotiating and

23  sourcing and now you're dealing with international

24  contracts and all kinds of stuff, people just kind of

25  freak out, and to me, this is -- this is where having

1    a team in place is a huge, huge part of this, too,

2    having the right team in place, having experienced

3    people around you that can -- that you can really pull

4    on.

5           You know, think about it from this

6    perspective.  Actually, write this down.  Okay,

7    this will be a good point for you to look back on.

8    Write -- write this down.  There is no such think as a

9    risky investment, just risky investors.  There is no

10   such thing as a risky investment, just risky

11   investors.

12          Watch how this works.  So you're looking at

13   a product.  Never launched a private label before, you

14   got an idea, and in order to do it, you're going to

15   have to get it outsourced and produced in China.  You

16   don't have any contacts there.  And you've never dealt

17   with a patent attorney, never dealt with any

18   intellectual property.  You're just going in and

19   you're going, hey, I'm just going to kind of -- I'm

20   just going to go at it.

21          And you've never done it before, you've

22   never launched, never marketed before.  Would you say

23   that that's risky, or would you say that's a pretty

24   secure investment you're about to make?  Risky, yeah?

25          AUDIENCE:  Yeah.

1           NATHAN ROSSI:  You've never done it before,

2      right?  Now, let's say that you take that same idea

3      and you say, hey, Nathan, I got this idea, and here's

4      what it is.  And I look and I say, oh, that's a great

5      idea, a great product.  As a matter of fact, here's

6      what I'll do, is I'll partner with you.

7           And you can use -- you can leverage me, my

8      knowledge base, my skill set, and you can use my

9      attorneys, my CPAs.  You can use my product

10     development team in China.  You can use my account

11     management team, the same team that manages Nike,

12     Casio, Purple Mattress, all of their -- their Amazon

13     stores.  You can use my marketers, who have

14     collectively sold over half a billion dollars' worth

15     of products in the U.S. alone online.  And we'll

16     launch your product with you.  Is it risky?  Is that

17     risky anymore?

18          AUDIENCE:  No.

19          NATHAN ROSSI:  But wait a minute.

20          AUDIENCE:  How much?  Yeah.

21          NATHAN ROSSI:  But before -- before we even

22     talk about that, that's a secondary thought, but

23     here's the question:  What changed?

24          AUDIENCE:  (Inaudible).

25          NATHAN ROSSI:  But whose knowledge?

1            AUDIENCE:  (Inaudible).

2            NATHAN ROSSI:  All right, so here's what I

3    want you to see.  The difference between risky -- a

4    risky investment has nothing to do with the investment

5    itself.  It has all to do with the education level and

6    the knowledge base of those involved, right?  You took

7    the same idea for the same product in the same

8    marketplace, it's going to take the same amount of

9    capital, it's going to take the same everything.  The

10   only thing that changed was the people around it.

11           So there's no such thing as a risky

12   investment, just risky investors.  So the private

13   label game, you're going to be jumping into niches and

14   businesses and product lines and different situations,

15   and I want you to understand, don't be the person that

16   thinks and says, well, I can't do anything until I

17   understand it all and I know this, I know this, I know

18   that.  This is where business becomes a team sport.

19   This is where mentorship becomes a massive component

20   of what you're doing because I don't have to know all

21   the answers, I just need to know where to go to get

22   all the answers, right?

23           Like I drive a vehicle, a couple vehicles,

24   I'm not an auto mechanic.  When the check-engine light

25   -- bing -- when it goes off, I'm not, like, oh, shoot,

1   you know, let me go home, pop the hood, let me go see

2   what -- some people do that.  When that happens to me,

3   I'm going to say, I'm going to take it to the Infinity

4   dealership; I'm going to take it to the Cadillac

5   dealership.

6          They're going to look at it.  The mechanic's

7   going to say here's what's happened, here's what's

8   going on, here's what it's going to cost you, and

9   we'll do it for you.  I didn't know the answer; I took

10  it to somebody that knows the answer.  And having

11  access to those relationships, as basic as that

12  sounds, this is why the DIY-ers are a sure-fail in

13  business.  Oh, we'll just kind of start small; oh,

14  we'll do it ourselves.

15         You don't know what you're doing because --

16  and this will come back and bite you in the ass,

17  that's when you get into private labeling big time,

18  because now you're spending more money, you're putting

19  more capital out, and sometimes it's not even just a

20  money thing.  Sometimes it's do you have the -- do you

21  have the emotional and the mental prowess, the

22  stability, to stand up under the pressure of the

23  moment?  You know, pressure is big in business, right?

24  It's huge in business.

25         I'll never forget, my grandfather started a

1    business -- no, I'm sorry, his father started a

2    business in the Great Depression.  It was an optical

3    company.  They manufactured little -- the lenses for

4    glasses out of Mansfield, Ohio, right?  My grandfather

5    goes away to World War II, comes back home, and they

6    have one laboratory in Mansfield, Ohio.  He had a

7    offer to go and try out for the Brooklyn Dodgers at

8    that point, right?  The Brooklyn Dodgers.

9              And he gets home, walks in the door from

10   being away for three years in the war, and his mom

11   comes up with all the tears on her face and says I'm

12   so glad you're home to take over the family business

13   because your father is in poor health.  He said his

14   baseball career ended at that point.  Steps in, his

15   father says because I love you and you're my son, I'm

16   going to pay you $4.18 a week.  You're not worth it,

17   but I really love you and care for you, so I'll pay

18   you that much, right?

19             (Laughter.)

20        NATHAN ROSSI:  Over the next 15 years, he

21   took the family business from one laboratory to 17

22   laboratories over the Midwest, and they sold the

23   business to two gentlemen by the name of Bausch &

24   Lomb.  Right?  That was my grandfather's company.  He

25   sold to Bausch & Lomb.  He became the executive vice

1     president of Bausch & Lomb for the next -- for the

2     next 15 years, grew it to just shy of 200 laboratories

3     around and then basically (inaudible) and sort of

4     cashed out.

5            He started and bought and sold about a half

6     a dozen more businesses over his lifetime, and when he

7     was on his last business is when I started my first

8     business.  And I'm in -- I'm in my first business, I

9     don't know what I'm doing, right?  And -- and then I

10    get sued, what I was talking about earlier, right?

11    Yeah, and we used to -- and his name was Duane, but we

12    used to call him Bud.  And I'll never forget, I get

13    this lawsuit, I come in, and I go into his office, and

14    I'm thinking, Bud, oh, my gosh, what am I going to do?

15    You know, what does this -- you know, what does this

16    even mean, how -- I don't have the money to pay, blah,

17    blah, blah, and I'm freaking out.

18           And the whole time he's just sitting back in

19    his desk just listening to me and just going like

20    this, oh, blah.  And I said, Bud, what am I going to

21    do?  And he just looked at me and just very calmly

22    said, It's all going to be okay, Nathan, it will all

23    work itself out.  I'm here with you, and we're going

24    to work through this together.

25           And instantly my whole state, my whole

113

1    everything changed.  And I went from total freak-out

2    to it's going to be okay.  Right?  And why am I saying

3    this?  Because that's not only the power of -- of

4    mentorship; that's the power of one generation to the

5    next.

6              You know, being able to sit there and say to

7    the next generation, to be able to take somebody under

8    the wing and pass on that life experience and pass on

9    the wealth, not only just money, whatever, money is

10   money, but to be able to have to -- to mentor and

11   bring up and to say, hey, let's do this, it's going to

12   be okay, that's the power of a mentor being able to

13   step into your life and you say, oh, my gosh, I don't

14   know, somebody's ripping me off, somebody, you know,

15   is trying to steal my product -- it's going to be

16   okay.  Oh, it is?  Oh, okay.  It's going to be okay.

17             Because, otherwise, you might think

18   (demonstrating) oh, my gosh, oh, what am I going to

19   do.  Okay, but try to label -- understand this.  Say

20   you upped the ante.  You're upping -- you're upping

21   the ante when it comes to private labeling.  Write

22   this down.  For a true original idea product, to

23   launch the product, you're going to need minimum

24   $250,000.  This is an original idea.

25             A white label, so you're going to take an

1   existing product and make your version of it, slap

2   your brand, your label, your logo on it.  You're going

3   to need somewhere in the ball park of -- depending on

4   -- depending on if it's just a product or it's a line

5   of product, you're going to need somewhere in the ball

6   park of 50- to 100,000.

7           So you're going to control the brand online.

8   Very subjective.  It could be as low as 10,000; it

9   could be as much as 100- or 150-, depending on what

10  you negotiate, whose responsibility (inaudible).

11  Well, like, who's responsible for marketing?  Is it

12  you, if you're going to control the brand?  Is it you

13  or is it them?  How is inventory going to be handled?

14          Like, for instance, with Defiance Fuel, it's

15  water and pre-workout, well, we -- the deal was that

16  they would give us exclusivity, but they were going to

17  treat us as basically a resaler, meaning we had to

18  purchase product at wholesale or better from them and

19  resell it on the channel.  Whereas with the tea, what

20  we're doing is they're going to -- they're going to

21  front the product, it's going to go in the store, and

22  then we -- we will pay out -- pay them out what they

23  want from each purchase or each sale on the back end.

24  So we have zero inventory cost, right?

25          But like with the pre-workout, the Defiance

1    Fuel, I just -- I just stroked a check for $118,000

2    for the pre-workout.  Okay?  But that's okay, because

3    we had 5,000 canisters of these, right?  But it's okay

4    because that 118- is going to turn into about 250-,

5    okay?  So I'm okay with that.  But it all just depends

6    on what you actually would negotiate and work out with

7    them.

8              Private label, you have to have money.  You

9    are -- the legal side of it for any private label is

10   going to be minimum, say, five grand, depending on

11   contracts, entity structuring, all that good stuff.

12   Our -- our distribution agreement, like for example

13   with Defiance Fuel, was about $7,700 by the time it

14   was all said and done and we had a signed agreement.

15             You're going to spend -- no matter what it

16   is, you're going to spend probably -- unless you can

17   get like you're going to control a brand and they're

18   paying for marketing, you're going to spend $20- to

19   $30,000 just in marketing and advertising alone,

20   right?  So understand this, it's like you're launching

21   a completely new business.  It's its own business

22   that's now on Amazon.

23             So the prevailing thought that we maintain

24   as a company from a teaching and training perspective

25   is this, is that each private label brand, not

1    product, but private label brand, should have its own

2    entity and, therefore, its own store.  So, like for

3    instance, I wouldn't want to be selling, you know,

4    Defiance Fuel Pre-Workout right next to our other

5    controlling brand that has its tea.  You know, two

6    separate things.

7          I wouldn't want to sell dog -- you know, pet

8    grooming undercoat brushes, I wouldn't want to sell

9    those next to our water that we're selling.  It's

10   going to be its own brand.

11          (Inaudible audience question or comment.)

12          NATHAN ROSSI:  Well --

13          (Inaudible audience question or comment.)

14          NATHAN ROSSI:  -- somewhat, but it's all --

15   it's also just to maintain the integrity of the brand

16   and exit strategy, right?  So not many people are

17   thinking along these lines, but for instance, what

18   happens if you want to sell an Amazon store?  You want

19   to sell the business.  I had a business broker who was

20   one of my students who specializes in e-commerce.

21   That's actually why he came to the workshop and

22   enrolled (inaudible) was because what he would -- what

23   he's seeing right now is that Amazon stores and e-

24   commerce businesses that are on Amazon can sell for

25   four to six times the revenue, if they've shown two

1    quarters of profitability.

2         There was one person excited about that.

3    Let me make sure you understand what I'm saying.  If

4    you launch a private label today, six months from now

5    you show two quarters of profitability, six months

6    from now, you can sell your store for four to six

7    times what the annual revenue would be if you had even

8    been in business for a year.

9         Right?  So this -- you know, don't think --

10   this is the biggest mistake that people make right now

11   getting into the Amazon game is they -- they have --

12   they're infected with small things, right?  They're

13   one-dimensional.  Oh, let me just go out and get a

14   product and sell it on Amazon.  There's so many ways

15   to make money on this thing, and so what -- what if

16   you could sell the Amazon store?  If you know how to

17   launch -- launch a product, build an Amazon store and

18   sell it, how many times could you do that?

19        AUDIENCE:  (Inaudible).

20        NATHAN ROSSI:  So you could, like, flip

21   Amazon stores.  Flipping Amazon.com.

22        (Inaudible audience question or comment.)

23        NATHAN ROSSI:  Not necessarily.  If you had

24   a wholesale business, as long as you had pricing

25   contracts that you can show sales history and also be

 1      able to pass along those (inaudible) contracts to the
 2      new owner, yep (inaudible).
 3              Yes, and that's exactly right.  You're
 4      buying a revenue stream.  That -- you know, think
 5      about an income stream as an investment.  You're
 6      buying it, right?
 7              (Inaudible audience question or comment.)
 8              NATHAN ROSSI:  Correct.  So you would sell
 9      the entity.  Okay, so a lot of things to think about
10      in doing this.  So here's a lot of -- a lot of the
11      things that people overlook.  So the first thing is
12      this.
13              (Inaudible audience question or comment.)
14              NATHAN ROSSI:  The first thing is this.
15      What's longer lead times?  So lead times in production
16      can really affect cash flow.  Obviously it will affect
17      inventory cycles.  And depending on the complexity of
18      your product and what you're creating, it could be
19      months before you even get a sample or a prototype.
20      But let's talk about it from a financial standpoint.
21      So when you go to launch a product at whatever
22      quantity of inventory that you're going to have
23      produced -- 1,000, 5,000, 10,000, whatever it is --
24      you need to be able to -- from a monetary standpoint,
25      you need to be able to fund three rounds of inventory

119

1    production independently.

2              Now, let me (inaudible) going to say, oh,

3    I'll launch -- I'll buy inventory to 5,000, and then I

4    will buy round two of inventory with the profits or

5    the revenue from round one.  And the issue is that if

6    you're waiting to get the revenue or the profit from

7    round one, what's going to happen to your listings in

8    your store?

9              AUDIENCE:  You're out of stock.

10             NATHAN ROSSI:  You're out of stock, right?

11   So if it's going to take -- let's say that it takes

12   you two months.  You put in an order today, and it's

13   going to take 60 days to not only have that order

14   produced and manufactured, but come over the sea,

15   import it and actually be live in your Amazon store

16   and Amazon's warehouse, let's say it takes two months,

17   then, yep, that's going to now affect your inventory

18   cycles.

19             So if you're waiting for the money from the

20   existing inventory, you're going to see inventory,

21   inventory, inventory, boom, you're out of inventory --

22   inventory for a month and a half.  Then you got to try

23   to rebuild the momentum, so you're just -- so the

24   point is this.  You need to be able to fund three

25   rounds independently.

1          The first two rounds are going to get the

2     wheels turning and moving; the third round is what's

3     going to allow you to actually grow, right?  So you're

4     going to be able to get trajectory and traction with

5     two rounds of funding, but it's really just going to

6     be flopping down the road, okay, good, everything's

7     good, but it's the third round of inventory that

8     you're putting money into that's going to allow you to

9     actually grow.

10         Yes, sir?

11         AUDIENCE:  Quick question.  Does this

12    challenge also happen when you're doing wholesaling

13    and you're getting it out of China?  You have to get

14    ahead of the game with, you know, supplies coming in

15    so you don't run out at your store?

16         NATHAN ROSSI:  Correct.

17         AUDIENCE:  Okay.

18         NATHAN ROSSI:  What's that?

19         (Inaudible audience question or comment.)

20         NATHAN ROSSI:  Correct.

21         (Inaudible audience question or comment.)

22         NATHAN ROSSI:  Correct.  And we'll talk in

23    just a second here about negotiating pricing,

24    negotiating payment, when you make payment, how much

25    do you pay and all the good stuff, right?

1              The next thing is this.  Think about your

2    tooling costs and production costs, not just

3    inventory, but what are you going to need to actually

4    get your product made?  So, for example, a basic metal

5    stamp.  You could pay up to 250 bucks just for a metal

6    stamp.  You may say, hey, big whoop-de-doo, you told

7    me I needed, like, all this money; who cares, what's

8    250 bucks.  But here's what you got to factor in and

9    think about.  When your manufacturer goes to produce

10   your product, are they just going to be producing your

11   order of 5,000 units or 2,000 on one machine and just

12   be using one stamp?

13             Probably not.  They might tell you, hey,

14   each machine requires four metal stamps, and when we

15   do your run, we use two machines.  So now you're at

16   250 times four is a 1,000 times 10 machines, you're 10

17   grand into metal stamps.  Not inventory, not your

18   widget, just metal stamps.

19             The same thing with plastic injection molds.

20   Anybody ever used or had injection molds made?

21   Anybody?  You did?  How much did you pay for yours?

22             (Inaudible audience question or comment.)

23             NATHAN ROSSI:  Around 50,000?  And depending

24   on the size of it, and again, depending on the

25   complexity of what you're having made, and it's not

122

1   just about getting a mold made.  Think about this
2   little clicker for instance, think about how many
3   molds that have to be made just for this little
4   clicker?  We got a front face; we got a back face; we
5   got a battery door; you got the actual little
6   component here, this piece; internal pieces, buttons.
7   So, you know, maybe the front panel is only about a
8   $3,000 mold, but times two, times the door, so it
9   can add up.  So it's not just that, hey, it's a one-
10  shot -- one mold's going to be 50 grand -- could be.
11          I had a student -- I had a husband and wife
12  from San Jose that launched a line of sunglasses.  And
13  their whole -- their whole concept was that it's going
14  to be not matching but complementing sunglasses
15  between the genders.  So, like, you know, male and
16  female, it was kind of like -- same kind of pattern or
17  look, so they were not exactly matching, but
18  complementing.
19          And, so, what they did was this, is that
20  they wanted to produce -- they wanted to produce four
21  different versions of it.  So they had four different
22  versions, like lines of glasses, but male and female,
23  right?  So that's eight different mold types, but not
24  only that, but then they decided, well, hey, it would
25  be really cool if we did like a whole family thing.

123

1    So then they did the junior version for kids,

2    different sizes.  So now you got 4, 8, 12, 16

3    different mold cuts you're going to have made.  They

4    were $680,000 into injection molds before they sold

5    one pair of glasses.  Okay?

6              And, so, they came to the workshop as like a

7    last-ditch effort to like, well, we got to figure this

8    out.  And then, hey, genius, next time, just launch a

9    line of glasses, like one pair, you know?  Like,

10   hello?

11             AUDIENCE:  I've got a question, Nathan.

12             NATHAN ROSSI:  Yes.

13             AUDIENCE:  Your training, will it enable you

14   to just sell Amazon stores?

15             NATHAN ROSSI:  Oh, you're still stuck on

16   Amazon stores.

17             AUDIENCE:  I'm still -- I'm stuck on that.

18             NATHAN ROSSI:  Yeah, you can essentially

19   take what you're learning --

20             AUDIENCE:  I'm talking about your

21   (inaudible).

22             NATHAN ROSSI:  Yes.  Take what you're

23   learning, build your Amazon store, and you sell it.

24             AUDIENCE:  I want to sell (inaudible).

25             NATHAN ROSSI:  Yeah.  Not for nothing.  But

124

1    side note, just Nathan's personal, separate from AWS,

2    everything, that's one of the things that I'm building

3    for me personally, is a whole business model and

4    infrastructure around really just buying and selling

5    Amazon (inaudible). Yeah, scratch your head on that

6    one, brother. You see it, don't you? Right?

7          So imagine this. Imagine what if you have

8    like a -- what if you have a little private equity

9    company that was a holding company that owned -- you

10   know, ten years from now, you own 150, 200 different

11   Amazon stores. Right, these are like un- -- these are

12   uncharted waters right now? There is no right or

13   wrong right now, right? It's however -- you know,

14   whatever direction you put your sales. Yeah, you

15   could just create a model. You could start a store,

16   launch it, build it, systemize it, sell it. Start a

17   store, build it, launch it, systemize it, sell it. It

18   could be a whole model (inaudible).

19         So fabrics, printing setups, there's all

20   kinds of tooling costs that are involved, right? So

21   factor these things in. You have to be well financed,

22   either you or out-of-pockets or credit or whatever it

23   is, but you need to make sure that you have enough

24   capital to be able to launch your product. And think

25   about it like this. When I say launch your product,

1    it's a good analogy in the sense of, you know, that's

2    exactly what you want it to be, is a launch.  You

3    don't want to just kind of dribble a product out into

4    the marketplace, you know?

5         Think about a -- this is a really good

6    analogy (inaudible) like it.  How many of you have

7    seen the space shuttle, a rocket take off and go into

8    space?  Even if it was just on TV.  So NASA -- NASA

9    says that a space shop -- a space shuttle will use

10   over 80 percent of its fuel from the -- from the

11   ground, from Earth, to getting out of the atmosphere,

12   meaning into zero gravity, right?

13        And, so -- and then -- and then, depending

14   on the mission and all this other stuff, it could

15   almost indefinitely coast on the other 20 percent,

16   right?  I think that's a great analogy for launching a

17   private label in that -- in the beginning, you're

18   going to be burning through fuel, which is really

19   money, right?  Money, cash.  Money is the fuel for any

20   business.  So the beginning it's just (demonstrating),

21   right?  I mean, it's just burning through money,

22   burning through money, you know, molds made and

23   production and inventory costs and legal fees and

24   structure (demonstrating), right?

25        And then all of a sudden you're ready to go,

1    and then you're getting into -- and then you're

2    getting into marketing (demonstrating), right?  I

3    mean, it's just like, oh, advertising, advertising,

4    marketing, social media, Youtube, Facebook, Pinterest,

5    Etzy, Instagram, Vimeo, right?

6              You're doing all kinds of webinars and joint

7    ventures with influence or, you know (demonstrating),

8    all the other things, hopefully to get traction,

9    right?  Hopefully to get out of the atmosphere, out of

10   the friction to where you're just -- and you're just

11   smooth sailing, right?  But you got to have -- the

12   worst thing that could happen is halfway -- halfway up

13   to the atmosphere is, Houston, we have a problem.

14   Right, we ran out of gas (demonstrating).

15             Next thing is this.  Make sure that -- make

16   sure that they understand what you're saying and you

17   understand what they're saying and that cultural norms

18   and business norms don't get in the way.  This is

19   where a good attorney will come in and vet all of your

20   negotiations, and we're talking -- you know, I'm not

21   talking about just pricing stuff; I'm talking about,

22   hey, we're getting things made, we're getting things

23   produced, what's the infrastructure that's going to

24   govern that conversation and that dialog.

25             Here's an example.  There was a woman, she

1    was doing suntan lotions -- no, I'm sorry, not

2    lotions, tanning oils, like suntan oil.  She had some

3    tanning beds, like tanning salons, and so she was

4    wanting to get a new bottle made, right?  A sleeker-

5    looking bottle that just -- more than this block-

6    looking economic bottle.  She wanted kind of like a

7    higher end, ritzy, sleeker-looking bottle.

8            So she -- she says, hey, you know, here's

9    what we want to do, this is the bottle.  And then they

10   said, okay, great, so they made the whole mold around

11   it.  And, so, about a week later, she said, hey, have

12   you guys started yet?  They said no, and she said, I

13   want to -- I don't want to go with the model I sent;

14   here, I want to do this -- I want to do a design

15   change and I want to do this one.  It's going to have

16   a little bit more contour to it and blah, blah, blah.

17           So she emailed it over, everything --

18   everything is great; we got it; good.  Lo and behold,

19   she gets the sample about a month and a half later,

20   and it was the original one she sent over, not the

21   design change.  I think she was just shy of $20,000 in

22   on the mold.

23           Wait a minute, I told you I didn't want this

24   one, I wanted this one.  It's in writing.  You okayed

25   it and you responded.  Back and forth, back and forth.

1    And, so, she took it up to the supervisor, I guess,

2    for whoever she was dealing with and said, like, I'm

3    not -- I'm not going out of pocket again, like that's

4    on you guys.  I want this model.  I made sure

5    everything is good, and she sent the guy, when they

6    got on What's App, she said the guy laughed at her,

7    and here's what he said.  He said, oh, sales reps

8    aren't allowed to approve design changes; it's only

9    supervisors and above (laughing).  Oh, that would have

10   been nice to know before I spent, you know, just shy

11   of 20 grand on that.

12         So having things in your contract and

13   understanding lines of communication, I clearly

14   understand what you're saying, and you clearly

15   understand what I'm saying, tell me what I just told

16   you, right?  This is the good -- it's good marriage

17   advice, relationship advice.  The meaning of

18   communication is the feedback you receive.  It's not

19   the -- it's not what you intended; it's the feedback

20   you (inaudible).

21         How many of you have ever said something and

22   the other person is, like, well, what do you mean by

23   that?  Right?  And you're like, oh, that's not what I

24   meant.  What I meant was; and they're like, yeah, but

25   that's not what you said.

1          AUDIENCE:  That's not what you said.

2          NATHAN ROSSI:  Yeah, but I meant -- but you

3    said.  And then it's like -- and then an hour later

4    you're still going at it, and you're like all I was

5    trying to say was this, and they're like that's what I

6    was saying.  Am I going crazy?  Am I crazy?

7          (Laughter.)

8          NATHAN ROSSI:  And so understand, it's the

9    meaning of communication is the feedback you receive

10   from them, so you're constantly checking the pulse.

11   What did I just say?  Do you understand what I just

12   said?  Okay, you understand.  Explain to me what I

13   just said to you.  I just want to make sure before

14   I -- I stroke the credit card, swipe a credit card for

15   $20,000 or I wire you 30 grand to get this mold made

16   or whatever it is.  I just want to make sure we're all

17   on the same page here.

18          So (inaudible).  Then you get into the

19   intellectual property, the IP.  So that's -- or

20   patent, depending on where you're from.  Patents, a

21   full -- a full-blown patent will reasonably cost you

22   in the U.S. $40- to $50,000.  You can get a

23   provisional patent filed for much cheaper than that,

24   say give or take around five grand.

25          And the difference between a provisional and

1    a full-blown patent is this.  Provisional patent gives

2    you a claim to ownership -- a claim to ownership for

3    an idea, a concept, a design, whatever it is.  It just

4    gives you a claim to ownership and allows you to take

5    it to market.

6              Now, notice what I said.  A claim to

7    ownership, not protection, a claim to ownership.

8    Here's why I make the distinguishment.  There's only

9    one type of intellectual property that should be used

10   defensively.  And most people think intellectual

11   property is all about (inaudible) this is mine, don't

12   use it, you know, this is my corner of the market,

13   this is mine, you can't do it.

14             Understand this.  If somebody wants to knock

15   you off, they're going to knock you off.  I've

16   literally had somebody, to my face, say, oh, yeah, I

17   really like that, I think I'm going to knock you off,

18   to my face, right?  And the idea is this.  The idea

19   is, well, sue me.  Or, you know, prove it out in

20   court.  Force it.  They're betting that either you

21   aren't going to or you don't have deep enough pockets

22   to pursue that and force the issue and actually

23   enforce the intellectual property.  And many times,

24   intellectual property can be tough to actually defend

25   and to prove out.  Okay?

1              So intellectual property should -- should be

2       used as giving you a claim to ownership, to open up

3       different ways of monetizing your product, so meaning

4       this.  If I'm going to patent something, say I've got

5       a design, I've got an idea, I've got a -- you know,

6       what function, whatever it is, it's proprietary.

7       You're going to file a patent in order so that you can

8       say when somebody says, oh, like I'm going to knock

9       you off, hey, hey, don't knock me off, I'll license it

10      to you.

11             Right?  Just -- I've already got it done.

12      Don't go try to produce it; don't replicate it.  Like,

13      I've already got it here, just -- I'll license it to

14      you, go ahead and put it into your product.  Right,

15      this is what -- this is what all the big guys do.

16      And, like, Apple, they license all kinds of stuff to

17      Samsung.  Samsung, the same thing back to Apple.

18             You know, this is normal in the private

19      label game, so you don't want to use it as a defensive

20      mechanism because if you try to defend it, people will

21      say, well, screw you, you know, force -- force the

22      issue, see if -- see if -- see if you can win.  So you

23      want to use it as just another way to monetize an idea

24      or a function or a design.  Hey, I'll license my

25      patent or my -- or my, you know, trademark or whatever

1    it is to you.

2           A trademark is the only one -- is the only

3    defensive play when it comes into intellectual

4    property.  You know, trademark is for anything

5    graphic, the logo, name, some type of slogan.  Think

6    anything that is dealing with brand identity, that's

7    what you want to trademark.

8           And, so, it's defensive in the idea that

9    you're protecting the identity and the integrity of a

10   brand because brands -- has anybody here ever sold or

11   bought a business?  Sold one of them?  Okay.

12          So when you go to value a business and come

13   up with a business valuation, part of the valuation is

14   what's called goodwill, goodwill.  And the goodwill of

15   a business -- a great example of this, would be like

16   Apple's cult following, right?  That anywhere in the

17   world you see the Apple logo, people say, oh, oh, it's

18   Apple, right?  I'm just going to get it because it's

19   Apple, it's a cool product, it must be quality, it

20   must be good.  So that the recognition, that cult

21   following, that, you know, you could pick up a pile of

22   dog poop, put it in a bag with an Apple on it, and

23   sell it for 100 bucks because it's not just dog crap

24   now --

25          AUDIENCE:  Apple.

133

```
 1              NATHAN ROSSI:  -- it's Apple dog crap,
 2    right?  You know, don't -- don't get (inaudible) you
 3    know.  And, so, that's the thing.  So a trademark
 4    would prevent somebody like me or you from looking and
 5    saying, oh, well, I'm just going to put this logo on
 6    my product to try to get that -- that alignment and
 7    awareness.  By the way, take a guess, the logo -- not
 8    Apple Corporation, just the logo, what do you -- what
 9    do you think the global valuation of the symbol is?
10              Start with billions.
11              AUDIENCE:  400 billion?  400 billion?
12              NATHAN ROSSI:  100 billion, 200 billion?
13              AUDIENCE:  400 billion?
14              NATHAN ROSSI:  400 billion?  Well, at last
15    valuation, which was in 2016, it was 168 billion, just
16    the logo.  Right, just the logo.  Do you know in 2007,
17    do you know Apple had more cash in the bank then the
18    U.S. Government did?
19              I mean, it's not saying much, but still,
20    that's a lot of money.  So -- but the trademark, the
21    trademark is what protects the identity of a brand.  A
22    trademark for what you're going to really need, okay?
23    I mean, you're not going to need the level of
24    trademark and -- and the teeth that the one Apple is
25    using, but a trademark should cost you somewhere in
```

1    the $7- or $8,000 range, to do it and to really do it

2    to the point to where it's going to be worth the paper

3    it's written on.

4         You know, you can go -- all of these things,

5    you can go and just do it yourself.  You can go and

6    just file your own patent, your own trademark, use a

7    boilerplate template, but you might as well just throw

8    that money away because unless it's written the right

9    way, it's not going to be worth anything.  So all of

10   those people are doing it for you.

11        Copyrights.  Copyrights are probably the

12   cheapest of all intellectual property.  You should be

13   able to get anything that you need copywritten for

14   several hundred dollars, less than 1,000 bucks.  And

15   you would copyright text, lyrics, pictures, you know,

16   photography, things like that.

17        The last thing is what we call license

18   agreements or, say, like distribution agreements and

19   contracts.  These are probably the most ambiguous as

20   far as giving you a range because it could range from

21   a couple thousand bucks all the way up to $50-, $70-,

22   $80,000, just depending on what the scope of it is,

23   how involved it is, but just to give you an agreement

24   like the -- an idea like the distribution agreement we

25   have, this is (inaudible) I think is 7,700, something

1    like that, for us.

2        So just think -- start -- I would say maybe

3    start with the, you know, $5- to $10,000 range because

4    you're going to get one drafted from scratch to really

5    meet your deal and then go from there.

6        Right, so again, think about all of these

7    things we just talked about.  This is before your --

8    before you even get product number one produced, not

9    sold, just produced.  Who still wants to private

10   label?  (Laughs).  One lone hand goes up.

11       Okay, so, let's talk negotiations here.

12       AUDIENCE:  (Inaudible) brand new --

13       NATHAN ROSSI:  This is original, yes.  So if

14   you're doing -- if you're doing a white-label product,

15   you're -- you shouldn't have to do any patents.  You

16   shouldn't have to do any copyrights.  You may

17   trademark if you're -- you know, you're creating your

18   own brand.

19       And license agreements, depending on what

20   you're going to do with your product, if you're going

21   to license your product or your brand out, if you're

22   going to create a distribution agreement, so are you

23   going to -- like, would you be willing to sell your

24   product at wholesale to other retailers, well, that

25   would be like a distribution agreement, right?  So --

1   so you would have possible trademarks and license

2   agreements.

3           If you were controlling somebody else's

4   brand, all you would have is the license agreement

5   (inaudible).  Or -- or a distribution agreement.  Who

6   knows the difference between a license agreement and

7   distribution agreement?  There's really one -- one

8   nuance difference, but it has massive implications.

9   Anybody know?  I didn't know either.  I didn't know --

10  I didn't know what I didn't know.  Thank God I had my

11  attorney with me.

12          A license agreement can be terminated at any

13  point for any reason by either party.  A distribution

14  agreement has a finite and distinct term of the

15  agreement and performance clauses for each that must

16  be maintained, or else there's penalties and

17  consequences.

18          So I'm thinking, like when we were

19  negotiating with Defiance Fuel, I'm like, hey, we just

20  need to get a license agreement drafted, and my

21  attorney said you need to stop using the language, you

22  know, "new license agreement" because you don't want

23  to build the store up, get all the traction in

24  international market and then them say, hey, we're

25  going to terminate the license agreement, you're no

1    longer allowed to use our trademarks, our products, or

2    sell our products on Amazon.  Right?  So distribution

3    agreement.

4         So to give you an example, you know, our --

5    our distribution agreement, with Defiance Fuel, our

6    distribution agreement (inaudible) official partner of

7    Saint -- of St. Louis Cardinals for water.  We have

8    about four other major league baseball teams that are

9    lining up.  Here we are at the game.  I got a couple

10   pictures.  We have some really cool brand ambassadors,

11   Young Jeezy is one of them, Blake Shelton, Jake Owens,

12   not Rhianna.

13        Luke, what's the other country singer?  The

14   chick that starts with an R?

15        RaeLynn.  Does anybody know RaeLynn?

16        (Inaudible audience question or comment.)

17        NATHAN ROSSI:  Anyways, Young Jeezy, how

18   about that?  So Jeezy, okay, yeah, there we go.

19        So here is the deal that we negotiated.  We

20   negotiated an exclusivity agreement with Defiance

21   Fuel, a global exclusivity agreement.  So anywhere on

22   the Planet Earth that Defiance Fuel is sold on Amazon,

23   it's our store.  They can't sell their own product.

24   It's us.  We can buy from them.  We have a wholesale

25   pricing contract that allows us to access all of the

1    their product lines -- past, present, and future --

2    anything that they'll create, that we have access to.

3             And we have whole -- whole rights to use all

4    their trademarks, so all the branding, all of their

5    logos, all of their brand ambassadors, so Jeezy and

6    all of them, to market and use their name.

7             And the way that it works is as a five-year

8    term.  At the end of five years, one of two things

9    happens.  If they say we're happy, we like it, we'll

10   continue it, then the contract auto-renews on a 12-

11   month rolling basis, into oblivion, right?  Every 12

12   months, it will just auto-renew until they say we're

13   done, we don't want to do it anymore, and at that

14   point, they have to buy us out.  And the buyout is

15   they have to buy us out for three times the net

16   operating income for the previous two years of -- of

17   Amazon operations.

18            So that piece of paper, that contract, it's

19   worth -- over the next five years, it's worth anywhere

20   in the $10 to $12 million range.  So (inaudible) just,

21   you know, that's the McLaren, right?

22            (Inaudible audience question or comment.)

23            NATHAN ROSSI:  Now, here's the cool

24   thing, because we're just controlling their brand, we

25   don't -- we don't -- we don't pay for any of that.

1   It's all their intellectual property.  We just have

2   the rights to use that.

3            (Inaudible audience question or comment.)

4            NATHAN ROSSI:  Oh, that's -- patents should

5   cost you -- a full-blown patent, $40- to $50,000.  A

6   trademark, really for what you're doing, it should be

7   less than 10.  Copyrights, less than 1,000.  And

8   license and distribution agreements, very ambiguous as

9   to the nature of the relationship, but like I said,

10  ours was about $7,600, but it could go up to $30-,

11  $40-, $50,000, I mean, just depending on how

12  complicated and ongoing it is.

13           (Inaudible audience question or comment.)

14           NATHAN ROSSI:  Correct.  So what we said was

15  -- what we said was we'll do -- we'll do all of the

16  Amazon-specific marketing.  We'll absorb that cost.

17  And we -- and we wanted to.  We felt like that was

18  (inaudible) right, to be able to control the marketing

19  and advertising.  That gave us access to all of their

20  brand ambassadors, so Jeezy, Blake Shelton, all of

21  their pro athletes (inaudible) players that are using

22  the product.  That gave us access to them, to be able

23  to use those in all of our advertisements, videos and

24  things that we'll do.  And we felt like we would be

25  willing to pay for the marketing and advertising

140

```
 1    expenses to get that -- to get the leverage on

 2    (inaudible).

 3            And I'll show you a video.  You guys -- you

 4    guys, if you want, we'll get into marketing here in

 5    just a minute, but here's my -- here's the marketing

 6    video we did for this.  This was at our last summit,

 7    so I said to Hank, I'm going to do this video, we had

 8    like -- we had like 400 people at the last summit, and

 9    I said, hey, would you guys help me put together a

10    marketing video, and they were like, yeah, sure, blah,

11    blah, blah, blah.

12            So the video --

13            (Marketing video played with music.)

14            NATHAN ROSSI:  All right, so here's what --

15    here's what it is.  So we're launching, we're opening

16    the store with the pre-workout, so this is a pre-

17    launch promo video for the pre- -- for the pre-

18    workout.  Check this out.

19            MARKETING VIDEO:  Hey, guys, Nathan here

20    with Defiance Fuel, so super excited that we're in

21    pre-launch with our Amazon store.  You'll be able to

22    get all of your Amazon products -- water, pre-workout,

23    energy shots -- right on Amazon, delivered to your

24    door at the convenience of a click.

25            I'm so excited about it, and it's not just
```

1   me, it's like 400 of my best friends -- (lengthy crowd

2   cheer).

3           All right, so, here's the (inaudible).

4   Here's what you're going to do.  You're going to go

5   (inaudible) put in your name and email address

6   (inaudible) put in your information for the pre-orders

7   for a 30 percent discount.  Do it right now.  (Music.)

8           NATHAN ROSSI:  So -- so what this is, this

9   creates an opt-in, and we'll get into marketing here

10  in just a little bit, but this creates an opt-in, so

11  it's driving people to a squeeze page or a landing

12  page to put in their information, and so now we've --

13  we've gained their email address and we can -- we can

14  market to them in the future on product (inaudible)

15  and things like that.

16          But what we do with this, this is now going

17  viral.  We're now combining this with videos of Jeezy,

18  the Cardinals, and all this kind of stuff.  So now --

19  so now, like, this is pretty cool, so now I,

20  personally, not only Defiance Fuel, but now I'm

21  personally aligning with Jeezy and all these different

22  people and getting that exposure so that we're

23  creating viral videos and opt-ins, and so literally

24  we're building our database.  So it was pretty fun and

25  it was pretty cool.

1              On the video, I said, hey, I want you

2    guys -- when I turn around, I want you guys to get,

3    like, really excited, you know, just, like, get super

4    excited.  And what I meant was, right, meaning of

5    communication is the feedback you receive.  What I

6    meant was I just wanted everybody to get excited for

7    like five seconds -- (demonstrating) -- you know?  And

8    then, like, I was going to -- I was going to finish

9    talking.

10             But they just kept, like, you know, if you

11   see -- if you saw me in the video, I was like, okay,

12   and so -- okay, so here's what you gotta do, right?

13   And I'm like, thinking, like, they're not shutting up,

14   you know?  The -- like, I had to -- I had to alter the

15   audio on the video so you could actually hear me.  It

16   was so loud that I was, like (demonstrating), you

17   know, so it was just -- it was crazy.

18             But anyway, so we'll talk about marketing

19   and advertising, but videos like that from the

20   marketing perspective, we were willing to absorb the

21   marketing cost to be able to align ourself with all

22   these celebrities and pro athletes.  It just depends

23   on really what you -- what you negotiate.

24             (Inaudible audience question or comment.)

25             NATHAN ROSSI:  It's been around probably

143

1     four years.

2                  (Inaudible audience question or comment.)

3                  NATHAN ROSSI:  Not on Amazon.

4                  (Inaudible audience question or comment.)

5                  NATHAN ROSSI:  So, Luke -- yeah, yeah.  So

6     Luke -- Luke has a really weird ability to get in

7     front of people.  I don't know how he does it, but he

8     gets in front of, like, these multi-millionaires and

9     everything.  So he calls me up.  It was in, like,

10    February.  He calls me and he says, hey, there's this

11    company called Defiance Fuel, have you ever heard of

12    them?  I was like, no, I never heard of them.  He's

13    like, Dude, they're legit, it's a great product, blah,

14    blah, blah.  They make structured water and a pre-

15    workout and all this other stuff.

16                  And I'll talk about structured water and

17    what's happening and the next huge thing in water, but

18    so he says could we -- could -- could we take them --

19    they're not on Amazon, can we sell their stuff on

20    Amazon?  And I said, yeah, we could, but the problem

21    is if we start selling their stuff and they get

22    traction, then they can just take over the listing

23    because it's their product, it's their brand.

24                  I said, so, the only way that this would

25    make sense, Luke, is if -- is if we just had the total

1    exclusivity on Amazon.  And I said, and so what that

2    means is if any of their products is ever sold on

3    Amazon anywhere, it would be our store, not theirs.  I

4    was like, that's the only way it would work.  And I

5    pretty well felt like I was putting the nails in the

6    coffin, you know?  Just putting -- and so, he says,

7    all right, cool, I'll get back to you.  All right.

8          About two weeks goes by, and he called me

9    back up, and he says, hey, bro, Defiance Fuel is

10   ready.  And I said, what?  What do you mean, Defiance

11   Fuel is ready?  And he was like, they're ready to go,

12   they -- they want -- they want us to take them on

13   Amazon.  And I was like, there's no way, dude, we

14   didn't -- you didn't -- you like oversold the deal, or

15   you didn't communicate it properly.  He said, no, I

16   told them.

17         I said, all right, call them back.  Call

18   them back and tell them this.  Tell them that if -- if

19   they do this, they have to give us 100 percent

20   exclusivity on Amazon.  They can't sell their own

21   product on Amazon.  And we have exclusivity to Amazon,

22   Amazon's everywhere on Planet Earth, that we are them

23   essentially on Amazon so that if any of their products

24   sell anywhere on Amazon, it's us getting the sale and

25   not them.  And he said, dude, that's what I told them.

145

1     And I was like, tell them again.  So he says, all

2     right, I'll call you back.

3               Two hours later, he calls me back, he's

4     like, dude, they're ready to go, man.  And I'm

5     thinking, all right, get me on the phone with them.

6     You know, get me on the phone.  So we get on the

7     phone, the first time I've met them, small talk for

8     15, 20 minutes.  They're, like, telling me all about

9     their product and everything.

10              I said, guys, listen, you got a phenomenal

11    product, I've done some research.  I mean, it looks

12    good.  I said, but here's the deal.  I said, I don't

13    want to waste your time.  I don't -- you know, my

14    time's precious, too, so the only way that this would

15    work is if you guys gave us total exclusivity to sell

16    any of your products on Amazon, on Planet Earth, and

17    it's our store, it's not yours, and we can use all of

18    your trademarks, all of your branding, all of your

19    everything, and we basically have exclusive rights for

20    you on Amazon, like that's the only way that this is

21    going to work.

22              The president -- his name is Brian Bergdoff

23    -- the president, he's on the phone with Dan Maddox,

24    the CEO, we're all there together, and Brian says,

25    man, that would be awesome.

1          (Laughter.)

2          NATHAN ROSSI:  Right?  And I was, like, hey,

3   you know, and so I said, guys, I don't think you

4   understand what I'm telling you here.  And, so, Dan,

5   the CEO, he says, all right, well, explain it.  Maybe

6   I'm missing something.  And I said, like, you realize

7   that if we do this, this is our store and not yours.

8   Yeah, yeah, I get that.  And you realize that

9   everybody's buying on Amazon.

10          And, so, what this means is your existing

11   footprint, you'll probably cannibalize about 25 to 30

12   percent of your existing sales, meaning they're going

13   to start buying from us on Amazon and not you, because

14   once they find out it's on Amazon, they can have it

15   shipped to their door, that's what they're going to

16   do.  And I said, so, this will go down as the worst

17   negotiation that I've ever done, but I just want to

18   make sure you understand, like, we'd be happy to do

19   it, but, I mean, you're giving up a lot, but it's the

20   only way that makes sense for us, right?

21          And, so, Dan said this, well, Nathan, I

22   really appreciate your candidness, and it really -- it

23   just makes us all the more want to do business with

24   you.  We realize the way of everything that is going,

25   everybody's going on Amazon, but we don't know Amazon.

1    And we're -- we're literally just churning and burning

2    over here, getting celebrities and Major League

3    Baseball team and hockey teams and soccer teams,

4    sponsorships, we're focused so on -- so much on but

5    that we don't want to miss the boat on Amazon.  So if

6    you can take us and you can do that for us, we'd be so

7    grateful.

8           I said, all right, I'll have a license

9    agreement in your hand in 48 hours.  I was still

10   calling it a license agreement, right?  So I call my

11   attorney, and I said drop everything you're doing and

12   write this contract for me now.  Right?  And, so, he

13   said, don't call it a license agreement.  I said,

14   shoot, so I called back and said, hey, guys, it's not

15   a license agreement, it's a distribution agreement.

16   They said, potato, potato, and I said, yeah, it is.

17   Yeah, potatoes, yeah, but I just want to let you know.

18          So we wrote it up, negotiated back and

19   forth, sealed the deal, right?  So it's a huge, huge,

20   huge, huge opportunity with controlling brands, okay?

21   So private labeling, the pre-launch, is all about

22   production, production costs, everything that's going

23   into the business infrastructure, so creating the

24   overhead, creating the IP, creating the casting and

25   the molds and your stamps, the contracts, inventory,

1   production.  And when we get back from lunch, we're

2   going to go through branding, marketing, and

3   advertising.  All right, branding, marketing, and

4   advertising.

5        Yeah.

6        AUDIENCE:  So when -- is anybody (inaudible)

7   pop up on that screen like branded --

8        NATHAN ROSSI:  Correct, brand restricted,

9   restricted, you can't do it.  But what I would say is

10  this, two things -- two things that I would recommend

11  for -- for you guys.  Opt-in.  Go to this website,

12  optin, and watch how we market, right?  This is called

13  funnel packing, right?  So we pack our marketing.  So

14  watch how we market to you, through email, and then

15  retarget you on Facebook, and then Instagram.  So all

16  of a sudden, if you opt in, you will start to not only

17  get emails from us, but then you'll pop up in our

18  sponsored ads on Facebook and Instagram and all this

19  other kind of stuff, right?

20        So if you want to learn how to market from

21  really -- and it's not -- and I can't take 100 percent

22  credit for this, but the team that we've assembled are

23  -- it's the best of the best.  Literally the best of

24  the best.  So our team is the same team that manages

25  Nike's Amazon store, Casio's Amazon store, Purple

149

```
1      Mattress.  Our marketing team specific that
2      collaborates with them, has documented, verifiably,
3      has sold over half a billion dollars' worth of stuff
4      online in the last decade.  These are the best of the
5      best.  What I would say is just from a marketing
6      standpoint, opt in, put your stuff in, I'm going to
7      give you a 30 percent discount as well, but opt in and
8      watch how we market, watch how all of the sudden
9      within a couple weeks, we're everywhere on all of our
10     devices, right?  We're going to be on your -- on your
11     Google, on your Youtube, we're going to be on your
12     Facebook, on your Instagram, right?  And it's all the
13     marketing aspect of becoming omnipresent online.
14             So you can opt in, defiancefuelamz.com.  And
15     -- and if you want to make money with us, go to that
16     shameless plug, if you want to make money, you can
17     become an affiliate with Amazon, and then you can
18     just, you know, post that link, and if anybody buys
19     our product through your link, then we'll pay out.
20     You'll pay you out pretty healthy.
21             And I'll talk about what structured water is
22     after the lunch, okay?
23             Questions before we hit lunch?
24             (Inaudible audience question or comment.)
25             NATHAN ROSSI:  Yep.
```

1           (Inaudible audience question or comment.)

2           NATHAN ROSSI:  Go back to your notes, that

3      was step one, so starting with like specialized

4      knowledge, best-sellers (inaudible).

5           (Inaudible audience question or comment.)

6           NATHAN ROSSI:  So it's 12:20 right now.

7      We'll take an abbreviated lunch.  So let's do back in

8      your seats at 1:00 -- 1:05, how about that?  A 45-

9      minute lunch break.  Just grab a sandwich, a salad,

10     come back in.

11          Last thing, we are on our final approach

12     here, right?  Tray tables up, seatbacks upright, we're

13     about to land the plane here.  So what that means is

14     if you are enrolling in any level of the program, get

15     it finished at lunch.  If you have to finalize some

16     stuff, do it now.  Don't wait, get it done.

17          When we get back, we're going to do

18     negotiation, branding, marketing, and advertising, and

19     then we're done with the workshop.  New students will

20     go into orientation with it.  So if you have any

21     questions or anything, this is the time to get it

22     answered, and get the paperwork and everything

23     finalized so we can (inaudible) orientation meeting,

24     all right?

25          So back in your seats, 1:05.  On your mark,

1    get set, go.

2              (Lunch recess.)

3              NATHAN ROSSI:  We're going to get into

4    branding, marketing and advertising here.  We had

5    somebody over lunch that said it would help if we saw

6    kind of the proof in the pudding, like if we saw one

7    of your stores or we saw something like that it would

8    kind of help.  So I pulled up one of my stores here.

9    This is the America Trading.  The America Trading.  So

10   I think people aren't so much concerned as to what

11   you're selling; they just want to know, like, well,

12   are you really actually making money.

13   So here is the sales for the last 30 days, $213,448,

14   6,000 items in the last 30 days.  Here's our most

15   recent payment, $101,000.  And the -- what's that?

16             UNIDENTIFIED SPEAKER:  (Inaudible).

17             NATHAN ROSSI:  No, that was just our last

18   deposit after -- that was like right after Black

19   Friday and Cyber Monday.

20             UNIDENTIFIED SPEAKER:  (Inaudible).

21             NATHAN ROSSI:  Yeah, every two weeks they

22   give you a deposit.  So here's the -- here's just the

23   statement.  So the last one we got, which the

24   settlement period or the sales cycle, December 5th

25   through the 10th, $15,000 deposit; before that,

1   $101,000; two weeks before that, $35,000; two weeks

2   before that, $23,500; two weeks before that, $8,100;

3   $12,660 -- you know, like that, 667; two weeks before

4   that, $9,300; two weeks before that, $12,899; $14,900;

5   $9,600.  So proof in the pudding.  Good to go?

6           UNIDENTIFIED WOMAN:  (Inaudible).

7           NATHAN ROSSI:  None in this one.  None on

8   this one.  This is one of our arbitrage and all sales

9   stores.

10          UNIDENTIFIED SPEAKER:  (Inaudible).

11          UNIDENTIFIED MALE:  What are you selling in

12  it?

13          NATHAN ROSSI:  A lot of electronics in this

14  one.  This one is cell phones, chargers, iPads,

15  computers, gadgets and stuff like that.  This one did

16  pretty well on, like, the Black Friday and the Cyber

17  Monday.

18          UNIDENTIFIED WOMAN:  Oh, okay.

19          NATHAN ROSSI:  So -- all right, so, we're

20  going to get into branding, marketing and advertising,

21  and we're going to talk about negotiating as well.  So

22  let's talk negotiations first and then we'll get into

23  the branding, marketing and advertising.

24          Negotiating is all about -- I want you to

25  write this down -- understanding the pressure points

1    -- the pressure points of the discussion.  If you

2    understand what the pressure points are -- you know,

3    it's like my oldest daughter, Oliviana, super, super

4    girl that you just saw there -- I don't have any boys,

5    so I just treat them all like boys.  I throw them

6    around and I wrestle with them and, you know, my

7    oldest daughter, Oliviana, one day we were picking her

8    up from school and all the kids were playing out in

9    this little courtyard area, and this boy who was about

10   a year older than her was kind of manhandling her, you

11   know, had her kind of like by the shoulders, you know,

12   right here, and was kind of -- they were sort of

13   locked up.

14            And he was doing this, and the boy's mother

15   -- whose name was Kaia -- she said, Kaia, Kaia, be

16   gentle, she's a girl, be gentle.  And he looked at her

17   and he stopped and he just dropped his hands, and then

18   right when he dropped his hands, she grabbed him right

19   by his collar and went wham and threw him on the

20   ground.  And I was like, oh, Oliviana, don't hurt him,

21   be careful, you know?  And, you know, on the inside,

22   I'm like, you know?

23            But anyways, but my -- so I always wrestle

24   with her.  So she comes up to me -- and this is just

25   the other day -- she comes up to me, now she's seven

1    years old, she's about 50-something pounds, maybe

2    60-something at this point.  I'm over 200, and we'll

3    just say that.  You know, I'm about 220, 225 pounds,

4    and she comes up to me and she goes, come on, daddy,

5    let's fight.  You know, so I -- because I box, working

6    out and stuff like that.  She's like, come on, let's

7    go.

8              And so I'm like -- I'm like, hold on -- I

9    was on the phone.  I said, hold on, like that.  She

10   grabs my hand by my pinky and she goes, come on,

11   (phew), and rips my whole -- and so what do I do?  Oh,

12   Oliviana, right?  So here this is, the seven-year-old

13   girl, one-fourth of my weight and size, was able to

14   completely take control of me in the situation because

15   she understood a pressure point, right?

16             Well, it's the same way in business and

17   negotiation.  If you understand the pressure points,

18   you understand the vulnerabilities, what's important

19   to the other person, you can, for lack of better

20   terms, exploit that or also use that to your

21   advantage.  And so you don't have to be

22   smooth-talking; you just have to understand the

23   dynamics.

24             So the first thing in negotiation is, when

25   do you start and when do you stop negotiating?  When

1    do you start negotiating?

2              UNIDENTIFIED WOMAN:  At the beginning.

3              UNIDENTIFIED WOMAN:  (Inaudible).

4              NATHAN ROSSI:  Okay.  This is the big

5    difference between experienced negotiators and

6    newbies, newbies -- and I actually saw a student do

7    this.  They were talking with suppliers at a trade

8    show, everything was all good, hey, how you doing,

9    blah, blah, blah, blah, and then when it came down to

10   -- like to negotiate, it was like their whole demeanor

11   changed.  They were like, all right, so -- you know,

12   they got like all serious and stuff.  And I'm like,

13   no, no, no.

14             Right?  So the idea is when you start

15   negotiating, you start negotiating from, hi, my name

16   is, right?  I mean, it's from literally the very,

17   very, very, very, very beginning.  And when do you

18   stop negotiating?  Never.  Always negotiate.  Right?

19   It's like that old -- it's like that old movie with --

20   Devil's Advocate with Al Pacino and Keanu Reeves.  How

21   many of you have seen that movie before, right?  Only

22   a couple of you?  It's actually a pretty good movie.

23             UNIDENTIFIED MALE:  What's the name of it?

24             NATHAN ROSSI:  So you remember they're on

25   the top of the skyscraper, you know, and Al Pacino is

1    like, yeah, so, you know, what if you did this, and

2    blah, blah, blah.  Keanu Reeves said, are we

3    negotiating?  And he goes, always, right?  Devil's

4    Advocate, right?  And so anyways, always negotiate.

5              So in your dialogue, in your conversation

6    from the very beginning, you want to -- the first

7    thing is what we call you want to set the frame.  You

8    want to set the frame.  Negotiating is really all

9    about the intangibles of the relationship.  Let me

10   give you an example of an intangible.  Any

11   relationship of any type, business, friendship,

12   marriage, you know, you're at the bar, club, whatever

13   it is.  If person A needs -- needs person B, who's in

14   control?

15             AUDIENCE:  Person B.

16             UNIDENTIFIED WOMAN:  B.

17             NATHAN ROSSI:  That's why women always win,

18   right?  So women have -- they have this ability to --

19   like, I don't need you, right?  And then you're like,

20   you know -- you know, just like puppy dog following

21   them around, right?

22             So -- and it's always wise -- you hear like

23   the saying, you know, why do good girls like bad boys?

24   Because the bad guys have this air about them, like I

25   don't need you, and then, you know, you always want

157

1        what you can't have, right?

2                Anyways, so in the very beginning, like an

3        intangible is who needs who?  So you want to set the

4        frame and the context of -- from the junk that you

5        don't need them; they need you.  You don't need them;

6        they need you.

7                So a couple things that you could do to set

8        that frame is going to get into how you represent

9        yourself.  So, number one, perception of size.  If you

10       go to somebody and you say, hey, my name is Nathan,

11       and I have an Amazon store that just started, and I

12       was looking to source some products from you, versus

13       hi, my name is Nathan, and I'm an Amazon retailer, I'm

14       a part of a buyer's network that represents over

15       10,000 Amazon stores in six different marketplaces,

16       and what I'm looking to do is establish relationships

17       with suppliers that might qualify to be a part of our

18       network, and so I just wanted to see if you would be

19       interested in that conversation.

20               Still the same you, right?  But like, for

21       instance, as a part of our network, as a part of our

22       organization, you are a part of the network of over

23       10,000 Amazon stores in six different marketplaces.

24       All right?  So now you just became, (whoosh), so much

25       bigger, and you represent so much more.  But if you

1    just say I am an Amazon retailer and, you know, I'm

2    just starting out, blah, blah, blah, you don't mean

3    anything to them.  And, also, you need them?  They

4    don't need you.

5         But if you now represent a bunch of

6    businesses, now you're holding sort of the

7    relationship with us, all these different stores and

8    everything, you kind of can dangle that as a carrot,

9    if you get me to get them.  If you get me, I can give

10   you access, introduce you, right?  All of a sudden,

11   immediately, they need you, right?  So perception of

12   size.  Perception of size is one way you can create

13   the "they need you" dynamic.

14        Verbiage, vocabulary.  So here's another

15   thing:  You could say something along the line -- I'm

16   just going to give some talk tracks here, all right?

17   You could piece them together to make your own script

18   or set your own frame, however you need, but you could

19   use words like, "interview, qualify, fit our program."

20        So it could be like this:  Hi, my name is,

21   I'm an Amazon retailer, I'm part of a buyer's network

22   of over 10,000 retail stores in six different

23   countries, or marketplaces, and we're looking to add

24   ten preferred vendors to our database, and I'm

25   interviewing -- this week I'm interviewing

1    manufacturers and suppliers that could possibly be a

2    good fit for our program as long as they meet our

3    standards.

4            Now, when you think interview, well, what's

5    the message that comes to mind?  Yeah, like they have

6    to qualify, right?  They -- you're approving them.

7    They're not approving you.  You're approving them, all

8    right?  They have to play by your rules, by your game,

9    fit into your box, all right?  So how you -- what you

10   say and how you say it is very important.  Now the

11   ideal thing to understand is, it's still you, right?

12   You haven't been dishonest, you haven't been

13   unethical, you haven't been gray area.  Everything

14   that you've said or that I've said thus far, is that

15   true?  Yes or no?

16           UNIDENTIFIED MALE:  Yes.

17           NATHAN ROSSI:  It sure is, right?  So it's

18   -- like these are the -- and the intangibles of the

19   deal, these are the important -- when you start to

20   frame, setting the frame of the -- of the negotiation

21   is really what we're saying is we're creating the

22   intangibles of the relationship.

23           Second thing is, you want to get -- what we

24   call get altitude in the conversation.  So you want to

25   get altitude, meaning you want to negotiate from a

160

1    sense of control, not from an underhanded position.

2    So getting altitude in the conversation really comes

3    down to two things:  Number one, your ability -- your

4    ability to do -- well, let me say it like this:  Your

5    perceived ability to do big business with them.  Your

6    perceived ability to do big business with them.

7            If you put in an order for 500 items, it's

8    like, wah, wah, wah, but if you -- if you say, hey,

9    just to give you an example of the type of products

10   we're looking at, you know, we're looking at these dog

11   rakes, you know, these undercoat rakes here, could you

12   guys produce those?  Oh, yeah, we can do that.  Okay,

13   well, if I put in an order for 150,000 of them, what

14   kind of deal, like just to -- just to sort of start

15   the conversation, what kind of deal would that be?

16           I didn't tell them I was going to buy

17   150,000, right, but if I'm -- if I throw that out

18   there as 150,000 or 100,000, now all of the sudden,

19   there's a lot of assumption on their end that comes

20   with that, right?  Like if you're going to be asking

21   for 150,000, well, surely you've got money to pay for

22   150,000 or need for 150,000.  Although I didn't say

23   that, I'm just asking, hey, if I did 150,000, what

24   would the price be?  Right?  So perception of your

25   ability to do big business with them.

1          The second thing is this:  It would be what

2     we call a letter of authorization.  A letter of

3     authorization.  So one of the things that you want to

4     do is you want to create distance between you and --

5     you and your company.  You're going to set up an

6     entity, a business, a corporation, whatever it is, and

7     you want to create distance between you and them.  Not

8     in an asset protection standpoint, but in that you

9     don't want to put on your business card CEO, boss,

10    owner, right?  You want to give yourself some title

11    like, you know, product development manager, product

12    representative, you know, product research specialist,

13    buyer's agent, something like that.

14          Why?  Because if you're the -- if you're the

15    boss, if you're the CEO, then they know that the buck

16    stops with you.  And if there's going to be a discount

17    or if there's going to be -- you know, the final

18    decision needs to be made, there's nowhere else to go,

19    you've backed yourself into a corner.

20          But all of the sudden if you say, hey, I've

21    been tasked -- I'm a representative, a product

22    representative of the company, the buyer's agent, and

23    I've been tasked with the -- with the instructions to

24    find suppliers and manufacturers who can -- who can

25    supply products that meet these standards -- paper

1    across the table or an email, right -- looking for

2    manufacturers that can meet these standards.  Now what

3    are the standards?  It's your ideal product.  It's

4    your ideal return on investment.  It's your ideal lead

5    time.  It's your ideal quantities line, your MOQ.

6    It's your perfect -- it's like the avatar for your

7    perfect product.

8            I've been tasked by the company.  They don't

9    need to know that you are the company.  I've been

10   tasked by the company -- from the powers that be,

11   right -- to interview suppliers that could meet these

12   criteria.  So see, already, I'm already negotiating

13   without even negotiating.  I'm already telling you,

14   these are my terms, without saying, all right, let's

15   talk terms.  Hey, I just need to know can you meet

16   these or not, and if you can, then we'll interview

17   you.  Right?                            .

18           So here's what I'm looking for.  Here are

19   the type products, the company tasked me with this,

20   and if -- here's where the letter of authorization

21   comes in, and if I found a supplier, a manufacturer

22   who can produce or can make these products or that can

23   hit these numbers, I have been authorized to make

24   purchasing decisions of up to a million dollars.

25   I didn't tell them, hey, I've got a million dollars

1    cash in the bank, I didn't even tell them I've got

2    access to a million dollars.  I just said the company

3    has authorized me to make buying decisions up to a

4    million dollars.  Anything above a million dollars,

5    I'm going to have to go and get permission from the

6    company.  Right?

7         So, again, perception of value, perception

8    of size, perception of ability to actually do

9    business.  That make sense?  Two of you nodded.  This

10   is all to be compared with you going in and saying,

11   hey, I just started an Amazon store, and I was trying

12   to see if possibly you could get me a deal, please.

13   Right?  And I've seen that.

14        So letters of authorization.  Hey, I've been

15   authorized by the company.  So it's good cop/bad cop.

16   What you want to do is when you create separation

17   between you and the company, what you want to do is,

18   it's kind of like draw a line in the sand and make the

19   company the bad guy, and then you're on their side of

20   the line.  So draw a line, (psshh), and then, hey,

21   listen, I really like you, I really think that we can

22   do business together; however, I'm handcuffed in this.

23   The company has got certain policies and stipulations

24   they stick to, help me help you, when really it's just

25   your business, yeah.  So it's your business partner,

1    right?  It's your wife, it's your husband.

2            I always tell people all the time, listen,

3    I've got to get permission from the boss, which is my

4    wife.

5            UNIDENTIFIED MALE:  That's right.

6            NATHAN ROSSI:  True story.  She's the boss.

7    She runs the show.  Happy wife, happy life, right?

8    And so letters of authorization.

9            UNIDENTIFIED MALE:  (Inaudible).

10           NATHAN ROSSI:  Yeah.  Write a letter of

11   authorization.

12           UNIDENTIFIED MALE:  (Inaudible).

13           NATHAN ROSSI:  Everything is -- everything

14   looks good, not really what we were exactly looking

15   for, but I'll tell you what, we'll start with a small

16   order, we'll test it out.  If everything goes well,

17   then we'll grow from there, and I'd also like to

18   introduce you to the network and introduce you to a

19   bunch of my best friends.

20           UNIDENTIFIED MALE:  Oftentimes they will let

21   -- (inaudible) -- like lock in for the future, too --

22   (inaudible).

23           NATHAN ROSSI:  You could.

24           UNIDENTIFIED MALE:  Do they -- (inaudible).

25           NATHAN ROSSI:  You could.  It's not

1    uncommon.  You could put in, say, 150,000, $200,000

2    order, that is in $2,500 increments, right?  Or 5,000

3    unit increments, right?  So you pay as you go.  That

4    is -- we're going to get to that in just a second.

5           You're going to want to create what I call

6    -- now you're not going to call it this to them, but

7    what I call a credibility packet.  A credibility

8    packet.  A credibility packet is going to be a little

9    -- you know, if you were actually going to be in

10   person, it would be a printout, like a brochure, a

11   little pamphlet.  If you're emailing it, just

12   basically going to be maybe a folder that you send

13   that would have a bunch of documents, or like a PDF

14   that's all together.

15          But it's going to have the company, all the

16   info on the company, the website -- your website or

17   your domain or your Amazon store.  It's going to have

18   a bio of you and all of your team.  And who's your

19   team?  It could be your mentor, it could be your

20   coach, it could be your business partners, it could be

21   your attorney, your CPA, your marketing person.  It

22   could be -- right?  You're assembling your team.  You

23   have a little bio of all of them.  Here's our team,

24   here's what we specialize in, whatever it is, pet

25   supplies or electronics or whatever it is.  This is

1    our focus.

2         Talk about we're part of the AWS network,

3    right?  Blah, blah, blah, blah.  You're writing all of

4    these things, credibility, your letter of

5    authorization would be in there, your ideal -- your

6    avatar for your perfect product, so your terms and

7    conditions of your program.  He said, well what about

8    our program?  We'll create a program, right?  Come up

9    with your -- whatever the name of your store is --

10   what's the name of your store?

11        UNIDENTIFIED MALE:  Bayview Supplies.

12        NATHAN ROSSI:  Bayview.  So Bayview Supplies

13   Amazon -- Amazon Inventory Program, right?  Bayview

14   Supplies, AIP, Amazon Inventory Program, right?  We

15   have our AIP, and if we're going to be -- if we're

16   going to bring you in, preferred vendor with our AIP

17   program, then you need to meet these criteria -- this

18   criteria.  And come up with a criteria.  You need to

19   have a margin of, you know, 30 percent.  You need to

20   be moving on Amazon at least X amount of times.  You

21   need to be able to get it at this price.  We need the

22   production and lead times to be less than 45 days.  We

23   need whatever it is.  Come up with the stipulation of

24   exactly what you need, and congratulations, you've got

25   a program.  Good?

1          And so all of this would go in a credibility

2     packet that you're going to send to -- to your

3     supplier and manufacturer as you're beginning to open

4     the conversation up.  So once you've established

5     rapport with them or a conversation with them, send

6     them a credibility packet.  Here's some information on

7     our company.  And notice, once you send the

8     credibility packet, your program's in there, your

9     letter of authorization is in there, and your email,

10    you could even just almost copy and paste almost an

11    email template or a script that would just say exactly

12    what I've been saying.

13         I've been tasked as a product representative

14    to interview and come up with ten suppliers that we

15    could add to our preferred vendors list that could be

16    suppliers not only for our company, but after we vet

17    them out and do business, that we could introduce to

18    our network of over 10,000 Amazon retail stores in six

19    different international marketplaces.

20         UNIDENTIFIED MALE:  (Inaudible).

21         NATHAN ROSSI:  I'm already negotiating,

22    right?  We haven't even gotten to talking specific

23    terms and payment and blah, blah, blah, blah,

24    everything, but I have just set it all out in array

25    that, number one, the attitude is I don't need you,

1    you need me.  As a matter of fact, you're a dime a

2    dozen.  I can find 100 of you, and I can buy whatever

3    you have as long as it fits this, and this is our

4    ideal product.  And so if you qualify, and you pass

5    the interview, then we'll do business.  And all that's

6    been said before we even start negotiating.  Right?

7            So negotiating is all the like little

8    pressure points.  It's all about understanding setting

9    the intangibles in place.  So really once you get to

10   the formal negotiation, there is -- there's not a lot

11   of details left to really hash out at that point.  And

12   so when you get to the formal negotiations, you should

13   already have set in place a supplier or a manufacturer

14   that can get you really close to your ideal

15   transaction or your product, right?

16           So you've already qualified them.  They fit

17   the criteria.  They can do this.  They can hit certain

18   lead times and ROI and gross margin and all these

19   different things.  They already meet all of that.  Or

20   you wouldn't be talking to them at this point, right?

21   So once you get to the -- once they check the box

22   that, yes, all of those different things, and you're

23   at the formal negotiation period, now the whole --

24   your whole tone changes, and the tone changes to this:

25   Is that you want -- you want to be -- you want to take

1    the attitude of serve first and be a value add to

2    them.  Serve first and be a value add to them.

3            Have you ever heard that saying, hey, you

4    scratch my back, I'll scratch yours?  Right?  I don't

5    agree with that.  I think it's backwards.  I think as

6    an entrepreneur, as a business owner, your goal is to

7    provide value first.  Let me scratch your back first,

8    and once I've scratched your back enough, then you

9    scratch mine.

10           So we're looking to create value.  And so

11   watch -- watch what happens.  Watch how this works.

12   When you create value and you serve first -- so let's

13   say like I'm like, hey -- we're negotiating, or we're

14   in conversation, and I say -- and let's just make it

15   here, like realtime.  It's here.  We're not over in

16   China.  We're not overseas.  Say like let's see if we

17   can do this deal.  I say, let's go out to eat, right?

18   So then I send a limo to pick you up.  Maybe this is

19   like a big -- right?  Big deal.  But this is an

20   overexaggeration, just to make the point, right?  I

21   send a limo to pick you up.  And you're like, what?

22           UNIDENTIFIED MALE:  Wow.

23           NATHAN ROSSI:  Wow, right?  So then the limo

24   picks you up and then brings you to -- like, what's

25   like a really nice restaurant around here?

1            UNIDENTIFIED MALE:  Top of the Mark.

2            NATHAN ROSSI:  Okay.  So one of those.  One

3    of those.  So we go there and you're like, man, this

4    is pretty cool.  And then we get in, and they come --

5    the waiter comes, we're looking at the menu, and I say

6    -- and I look to you and I say to the waiter, hey,

7    listen, anything you want, the bill is on me today,

8    okay?  Anything you want, it's on me.  It doesn't

9    matter, just get whatever you want.  And all of the

10   sudden, you're like, limo, nice restaurant, buy

11   anything I want, right?

12           And then when we get done, when you get back

13   to the house, there's a box sitting on the front door

14   of your house, and it's a thank you gift for your

15   time, and it's a gift card to your favorite local

16   store or whatever it is, and -- right?  So then all of

17   the sudden, I call you up and I say, hey, I really

18   enjoyed our time together.  What else can I do for

19   you?  What else can I do?  I mean, just tell me, just

20   what else can I do?

21           How are you feeling right now?

22           UNIDENTIFIED MALE:  Like a rock star.

23           NATHAN ROSSI:  Okay, and what do you want to

24   do for me?

25           UNIDENTIFIED SPEAKER:  (Inaudible).

171

1          NATHAN ROSSI:  Be generous.  Return the
2    favor.  Why?  Because isn't there, even at the
3    smallest level, isn't there like a little feeling of
4    indebtedness?  Right?  A little feeling like, I need
5    to get -- I need to reciprocate here, right?  Law of
6    reciprocity.  I need to give back here.
7          So here's the thing:  If you've done a good
8    job on the front end setting the frame, establishing
9    the relationship, this is somebody who can -- who can
10   give you their -- the deal that you need, the products
11   that you need, when it gets down to the formal
12   negotiation period or time, what are they expecting?
13   They're expecting you to -- they're expecting for you
14   to beat them up, right?  To chop them down on price,
15   to just grind them into the ground on every penny.
16         And you turn around and say, hey, if we did
17   business together, how would this work well for you?
18   What could we do?  Do you like to take payment up
19   front, like 100 percent up front, or do you like to
20   just -- do you like to take nothing up front and just
21   all at the back end, or half up front?  How is it best
22   for you?
23         And if I put in an order of, say, 10,000,
24   what's better for you?  If I did all 10,000 together,
25   or say if I did a thousand a month for the next ten

1    months?  What would be really good for you?  What

2    would be better for you?  Is it if I use my own

3    shippers, customs brokers, freight forwarders and

4    logistics team, because we have them, or would it

5    really work better if I used your people?  Is there --

6    would you -- would you make money off of the deal if

7    we used your people?  Because I really, you know, I

8    want this to be win-win.  I want you to make money off

9    of this deal, you know?

10            Right?  They're like, what?  Hey, who are

11   you, right?  Now all of the sudden, you're like,

12   they're -- what I call this, the official term for

13   this, but what I call this is it's social currency,

14   right?  You're building up -- you know, you're

15   building up, building up, you're adding value, value,

16   value, and you know that it's time to officially

17   negotiate when their feeling of indebtedness or

18   feeling of reciprocity, they tell you, wait a minute,

19   you know, no, no, no, how is this going to work for

20   you, right?

21            So I know when to ask for stuff, right?

22   It's when they're full.  Because when people are full,

23   they're ready to pour out.  They're ready to overflow.

24   So serve first.  When you get to the formal

25   negotiations, serve first, add value, create value,

1   fill them up, make sure it's a good deal for them, let

2   them know your intention is for them to make money,

3   and you want them to make a lot of money, you want it

4   to be a win-win, you want this to be -- just you are

5   hoping and praying that this all works out so that you

6   can connect into your bigger network and then they can

7   make more money off of other people, too, and it's

8   just like, man, I really want to make this happen.

9          That's the tone in the formal negotiation,

10  because at that point, they're going to -- they depend

11  -- how can you be a hard ass when somebody is like

12  that to you?  How can you play tough when somebody is

13  just basically saying, I just want you to win.  I want

14  you to make money.  I want you to do -- it's

15  disarming.  Right?

16         And so now what you get is, you have a real

17  conversation with them, right?  They're not playing

18  all the games, you know, all this other stuff, and now

19  you can literally almost ask for what you want.

20  Right?

21         Let's talk about payments.  What do you

22  think?  How much do you pay, when?  Do you pay it all

23  up front?  Do you pay nothing up front?  All at the

24  back?  Halves?  Thirds?  Do you wire them money, send

25  them a suitcase of cash?  Pay with a credit card?

174

1    What do you think?

2              UNIDENTIFIED WOMAN:  Maybe a third.

3              NATHAN ROSSI:  Pay a third.

4              UNIDENTIFIED MALE:  What are the options

5    again?

6              UNIDENTIFIED WOMAN:  Thirds.

7              NATHAN ROSSI:  Thirds, okay.

8              UNIDENTIFIED WOMAN:  Maybe.

9              NATHAN ROSSI:  So net 30.  Okay.  So they're

10   going to ship the order and you'll pay them in 30

11   days?  Okay.

12             UNIDENTIFIED MALE:  Ninety days.

13             NATHAN ROSSI:  The answer is, whatever is

14   best for them.  But, Nathan, what if somebody says

15   what's best for them is to pay 100 percent up front?

16   Hey, I'm great with that.  If I pay 100 percent up

17   front, would you be willing to give me a little bit of

18   a discount?  Would you -- if I paid 100 percent up

19   front, would you be willing to put my order at the top

20   of the -- at the top of the heap?  Meaning like you go

21   to production like tomorrow on my order?

22             Because I'll pay 100 percent up front, yeah,

23   I'll just -- listen, I'll put all the cash -- I'll

24   wire the cash and put it in escrow.  Sure.  100

25   percent of the money is there, I'll put it in escrow.

1   It's right there waiting for you.  As long as I

2   receive -- when I receive the order, release the money

3   and you've got it.

4          So I paid 100 percent up front, it's there,

5   it's waiting on them, right?  And they may say, yeah,

6   but that's not up front.  I have to ship the order.

7   Well wait, I mean, we're all doing our part in

8   business here, right?  I mean, this is -- we're doing

9   the transaction, but the good thing is, is that what

10  they see is this:  They don't have to wonder, am I

11  going to have to chase them down for this money?  Do

12  they actually have this money?  Am I going to have to

13  fight them?  When they see, boom, 100 percent of those

14  funds sitting in an escrow account, that speaks,

15  right?  That will speak volumes.  And I -- and I've

16  done and am willing to do that.

17         Maybe halves.  Some manufacturers, they

18  don't want you to pay up front.  What they want to do

19  is they want to give you 30, 60, 90-day terms, because

20  if they can give you, say, 60-day terms, then they can

21  make a little bit more on the financing.  So if they

22  have enough capital and stability to be able to float

23  that, then they'll say, I'll tell you what, we'll give

24  you 30, 60, 90-day terms, whatever it is, net 90

25  terms, and we'll just add like about 1 percent a month

1    finance charge, if that would help you out.  All day

2    long, I'll take it.  Right?

3              Hey, we'll take care of all the shipping,

4    all the logistics, all the everything, if you just use

5    our people.  Great, sounds good.  So the answer to the

6    question, payments, how much to pay, how to pay, when

7    to pay?  It's really whatever makes sense to them.

8    So what I would tell you is, if you're going to pay --

9    if you're going to wire funds, always use escrow.

10             UNIDENTIFIED MALE:  How do you do that?

11             NATHAN ROSSI:  There's international escrow

12   companies that do wire transfers, and like if you're

13   buying materials, raw materials, if you're just doing

14   business internationally, there's just international

15   escrow companies.  Same exact thing as a real estate

16   transaction, but just for business.

17             If you're going to pay with a credit card,

18   what I would suggest is, you use a third-party

19   platform, like an Alibaba, like DHgate,

20   madeinchina.com, use one of those platforms, and use a

21   business, so a corporate credit card.  Not a personal

22   credit card, not a business debit card, so linked to

23   your bank account, an actual credit card in the name

24   of your business.

25             The reason why is because the fraud

```
 1    protections are different for business credit cards
 2    than they are for business debit cards and even
 3    personal credit and business cards -- or credit --
 4    personal credit and debit cards.  So there's zero
 5    liability, zero fraud, there's international
 6    protection.  A lot of times there's -- you get better
 7    rates on currency exchanges in international
 8    transactions with business credit cards.  So use a
 9    business credit card on a third-party platform.
10          When you start to do the business with these
11    manufacturers and suppliers, you don't know them, they
12    don't know you, so you need to rely pretty heavy on
13    the infrastructure that's in place with say like an
14    Alibaba, or if you're going to do an escrow company,
15    there will be a mediation type infrastructure in place
16    to where if you order a thousand of something or 5,000
17    of something and only 4,200 show up, they have
18    processes in place to mediate that and action steps
19    forward on how things get resolved.  But if you just
20    paid direct, you wire direct, you pay with a credit
21    card direct to the supplier, the manufacturer, and
22    something goes awry, then it's just you and them, and
23    now you have to try to fight them for an order or
24    inventory.
25          So use a third party, somehow, to get in the
```

1   middle, whether it's escrow, whether it's a

2   third-party platform like Alibaba or DHgate, whoever

3   it is, MadeinChina, and use a business credit card.

4           UNIDENTIFIED MALE:  Business credit card,

5   that's kind of one that you -- it's still your

6   business, your John Barnet's credit, and there's also

7   the credit on the business?  It's a separate entity?

8           NATHAN ROSSI:  For this, it doesn't matter,

9   just as long as it's in the name of the business.

10          UNIDENTIFIED MALE:  The name of the

11  business.

12          NATHAN ROSSI:  Correct, all right?

13          UNIDENTIFIED MALE:  (Inaudible).

14          NATHAN ROSSI:  Don't do debit cards.

15  You want to do a credit card in the name of your

16  business.

17          UNIDENTIFIED MALE:  (Inaudible).

18          NATHAN ROSSI:  All of the liability if

19  you're using a credit card versus a debit card.  So,

20  yeah --

21          UNIDENTIFIED MALE:  Hey, even when it

22  says --

23          NATHAN ROSSI:  Correct.  So Barnett Property

24  Group, has his name on it, but Barnett Property Group

25  and it's a business.  It's a Chase, right?  So that

1    would be a great example.  This is a credit card, not

2    a debit card, right?  Yeah, so it's a credit card.  So

3    that's fine.  What you're talking about is like tier

4    1, 2 and 3 lines of credit.  It doesn't matter if you

5    have to personally guarantee the credit card.  That's

6    not what we're talking about.  We're just talking

7    about the actual type of business credit card versus a

8    debit card.  Good.

9           All right, branding, marketing and

10   advertising.  I'm going to give you guys the play

11   here.  I'm going to give you guys what to do, what it

12   looks like, and understanding that maybe, if we're

13   lucky, three of you are going to actually launch a

14   private label, right?  So first thing is this, what I

15   would say is, if you haven't done it, write it down,

16   defiancefuelamz.com.  Opt in there.  Opt in there, and

17   watch how we market.  Watch how we market, how we

18   email, how we target you on Facebook and Instagram,

19   okay?

20          So marketing these days, gone are the days

21   of the SEO, search engine optimization.  Gone are

22   those days, when it comes to e-commerce.  And it goes

23   back to where -- you know, if you're tracking dollars,

24   if you're tracking transactions, where are e-commerce

25   dollars being spent?  Well, they're not being spent on

1      individual websites, right?  They're not being spent

2      on, you know, Johnswebsite.com.  People aren't going

3      to individual store websites and buying there.

4           They're going to -- if you can follow the

5      analogy, if you open your own store or website, that's

6      kind of like an online store, versus if you go to a

7      website like Amazon or Walmart or Target, these are

8      like online malls, right?  So it's thousands of brands

9      or thousands of stores at one place, but this is where

10     people are spending money, right?  Because why?

11     People trust brands.  They trust big names.  They

12     don't trust, you know, Bob from Utah that they've

13     never met, never seen, don't know.  They don't want to

14     have to trust that.  They want to go to Amazon.  They

15     want to go to Walmart.  They want to buy off of these

16     sites that have free shipping and guarantees and

17     warranties, and that's where people are spending

18     money.  Statistically, that's where the dollars are.

19          So for you to try to optimize an individual

20     website through SEO, you're just throwing money off

21     the roof.  You don't need it.  Where you should be

22     investing your dollars, write that down, is SMO,

23     social media optimization.  The dot-com boom was all

24     about creating e-commerce websites that you could make

25     money online.  The next evolution of that was moving

1    away from individual websites to online malls.  The
2    next evolution is already under way in e-commerce, and
3    it's what we call social commerce.  So where you will
4    be able to transact business social media profile to
5    social media profile.  So my Facebook, you can buy
6    goods and services from your Facebook account to my
7    Facebook account; from your Twitter account to my
8    Instagram account.
9              UNIDENTIFIED MALE:  Hey, Nathan, I'm not
10   sure, how is that different from now?  I mean, you
11   said it's coming, but isn't that what's already --
12             NATHAN ROSSI:  The groundwork is in place,
13   and yeah, we're seeing little smatterings of it
14   already.  So we're seeing things like -- like on
15   Facebook, they have the Facebook marketplace, right?
16   They have -- how many of you have seen
17   recommendations, right?  Facebook recommendations,
18   looking for a plumber in the Oakland area, how many of
19   you have seen that before, right?  Recommendations.
20   It's a new feature.
21             How many of you have seen that you can send
22   money to people through Facebook, right?  Or how about
23   you can send money -- you can email money to people?
24   Have you seen that, through Gmail?  How many -- have
25   any of you ever done that, emailed somebody money,

1    right?

2         So all of these things are happening, and by

3    the way, this is also -- you know, coming out of left

4    field, this is also where cryptocurrency and

5    blockchains is coming into play, cutting out the

6    middleman.  The blockchain is where two individuals

7    can do business direct, no middle man, no merchant

8    account, no Visa, MasterCard, American Express, no

9    banks, no anything.  It's just a blockchain where me

10   and you connect one on one.  You have a key, and I

11   have a key, and it's generated one time and it's

12   unique.  When we both activate the key, it opens up,

13   we exchange cryptocurrency, and then the blockchain is

14   dissolved and it's gone, right?  So this kind of stuff

15   is where social commerce and e-commerce dollars are

16   going.

17        So what you're looking to do is get out

18   ahead of the curve.  So think about social media as

19   like digital real estate, right?  Digital real estate.

20   You create an ad today, you create a post today,

21   that's still there five years from now.  You create a

22   video on YouTube today, that's still there five years

23   from now.  So like that video that I just created, you

24   know, that I showed you guys earlier, yeah, that

25   thing, I can keep promoting, keep using that, keep

1    repurposing that.  That will be there.  Those views,

2    that -- that engagement.  Will still be there five

3    years from today, right?

4           So the ROI of social media, investing in

5    social media and that real estate, so to speak, is

6    very high leverage right now.  So what you're looking

7    to do -- and give you your plan here -- what you want

8    to do is you need to be on these three platforms, no

9    questions asked:  Facebook, YouTube, and Instagram.

10   Facebook, YouTube and Instagram.  Oh, and if your

11   ideal customer, what we call a customer avatar, is a

12   female, you need to be on Pinterest.  Pinterest.

13   How many of you have never heard of Pinterest before?

14   Wow.

15           UNIDENTIFIED MALE:  Is there one for guys?

16           NATHAN ROSSI:  Instagram, brother.

17           UNIDENTIFIED MALE:  Instagram.

18           NATHAN ROSSI:  Yeah.  Okay, so here's why

19   those -- here's why those three platforms:  Number

20   one, Facebook, unequivocally, no questions asked, the

21   best marketing platform on planet Earth.  Why?

22   Because of its -- its ability to reach such a broad

23   audience and yet be so laser-focused in target.

24           So like you know all that information that

25   Facebook collects on you that they say they don't

1    collect on you?  Well they sell that to people like

2    marketers, people like me.  So if you know who your

3    ideal customer is, your avatar is, you could create an

4    ad, a video, and you could say -- and this would get

5    into creating what's called your Facebook pixel,

6    right?  Your pixel.  So you could -- you could say, I

7    want this ad to get in front of males between the age

8    of 26 and 37 that are white, African American and

9    Asian, that are -- have a college degree or better,

10   that make between $75,000 and $130,000 a year, who are

11   single, but divorced, who have a dog and are

12   Republicans.   Right?

13          Think about the power of that.  If you know

14   who your customer is, right?  I mean, you're --

15   (shew), cutting right there you know, two billion

16   people on Facebook and getting right in front of them.

17   You know?  Or it could be as simple as get me in front

18   of all people between the ages of 20 and 60 that are

19   geographically in the city of Oakland.  Right?  That's

20   pretty wide range, but you can do that, too.

21          And so this is why you need to be on these

22   platforms.  Social media marketing is all about story

23   telling.  It's the art of story telling.  Right?  So

24   I'm going to tell you how to do this.  You need the

25   steps.  You need some exercises to do, and then we're

1    going to wind down here.  Okay, so your step one is

2    creating your customer avatar.  This is your ideal

3    customer who's going to buy your product.  So here's a

4    good exercise for you to do this.  It will take you a

5    couple of hours, but it's okay.  What you want to do

6    is mentally walk through a 24-hour day in the life of

7    your ideal customer.  You say -- I'm not going to do a

8    full 24-hour day, but here's what this would look

9    like.

10           So, okay, my customers, they wake up.  Well

11   immediately there's about a dozen questions.  Number

12   one, well, where are they waking up?  What state are

13   they in, if that matters, what region?  Are they

14   waking up in a high-rise condo in a metropolitan area,

15   or are they on a farm in a rural area?  Are they in

16   suburbs?  Okay, write it down, write it down, write it

17   down, okay?

18           Well, who are they waking up next to?  Are

19   they waking up next to a husband, a wife, a partner, a

20   dog, somebody they met at a club last night?  Are they

21   waking up by themselves?  If they woke up by

22   themselves, are they single, or do they have a

23   traveling spouse, or are they divorced?

24           So you're trying to create out of nothing.

25   You're trying to think through who, what are the --

186

1      some character traits of my ideal customer, okay?

2      Okay, so they woke up, you know where they woke up,

3      who they woke up next to, blah, blah, blah.  Well,

4      what time are they waking up?  Do they wake up at 4:00

5      in the morning because they're a day trader getting

6      ready for the market?  Or do they wake up at 2:00 in

7      the afternoon because they're a nightclub bouncer?

8      Right?

9             And then they get up and they get dressed.

10     Are they wearing a suit and tie?  Are they a career

11     professional?  Or are they putting on yoga pants and a

12     T-shirt, putting their hair up and chasing three girls

13     around the house?  And if they wear yoga pants, do

14     they actually do yoga?  Probably not.

15            Okay, what do they have for breakfast?  Is

16     this like a zero percent Greek yogurt, you know,

17     organic -- organic oats, you know, and Kombucha tea,

18     or is this like steak, eggs and extra thick bacon?

19     You say, well what does this have anything to do with?

20     Because if you know all of these different character

21     traits about your customer, then you could look and

22     say, wow, ironically, like my customer typically like

23     these are people who would drink Kombucha tea.  So

24     now, if that's the case, then you can find Kombucha

25     tea pages and groups on Facebook, and you can say, I

187

1    want this ad to show up in front of all the people

2    that follow these pages.  That creates what's called a

3    customer avatar.

4              Again, you're answering a lot of questions,

5    but you need to know who this is.  Right?  Take your

6    best shot.

7              UNIDENTIFIED MALE:  (Inaudible).

8              NATHAN ROSSI:  So the next thing is this:

9    Once you've found -- once you have found and come up

10   with a customer avatar, the next thing is to build

11   your audience, okay?  Your audience is called

12   different things on different platforms.  Fans,

13   followers, subscribers -- yeah, fans, followers,

14   subscribers, you know, friends.  But you're looking to

15   build your audience up, to build your audience.  And

16   this is going to really come -- this is going to come

17   through a lot of paid -- paid and sponsored ads,

18   traffic, right?  You're promoting your brand,

19   promoting your pages, you're building your audience by

20   getting people to follow, to subscribe to you.  Okay?

21             So as you're building your audience up, it's

22   not just -- that's the next step, is building your

23   audience.  After there, it's all about audience

24   engagement.  So it's not the size of the audience that

25   matters -- sorry.  It's not the size that matters,

188

1    it's what you -- it's how you use it.  Right?  So

2    wrong.

3            Okay.  So, you know, it's like, if you had

4    an audience of like 10,000 Facebook fans or followers,

5    but every time you put a post out, you know, you get

6    six likes and three comments, and every now and again

7    a share.  Like, well, that's worthless.  I'd rather

8    have an audience of a thousand followers, and every

9    time I post, 420 of them are -- you know, are

10   commenting and liking and sharing and all this other

11   stuff, right?

12           So it's you have to build the audience, but

13   it's better to have an engaged smaller audience than a

14   detached massive audience, right?  And so I can always

15   tell -- and by the way, they've gotten smart.  All the

16   platforms have gotten smart with this.  I can always

17   tell when people have bought followers and fans and

18   all that, right?  So you can like -- you can go on

19   like Fiber, you can go on Upwork, you can go on the

20   different sites, and you can pay -- say, you know,

21   I'll pay five -- people say, pay me $500, and I'll get

22   you, you know, 3,000 likes on your Facebook page.  But

23   it's just like -- it's either -- it's a conglomerate

24   of just a bunch of fake accounts, or bots or, you

25   know, just somebody that has a big following, and they

1      say, okay, hey, everybody go like this page now.

2              And so all of the sudden, it's like, boom,

3      in like five days, you went from 100 followers to, you

4      know, 3100 followers.  Okay, great, yippy-yay, but

5      your engagement is still nothing because all they did

6      is just follow or like.  They're not going to engage,

7      they're not going to do anything.  So and so still --

8      it just makes you look good, but you're not going

9      anywhere.  Right?  So the idea is to organically

10     build, even if you have to pay to get sponsored ads

11     out, but the idea is to get people to like and follow

12     and share, but engage, engage, engage, okay?

13             And so the engagement, this -- this is where

14     -- this is what separates the men from the boys when

15     it comes from -- when it comes down to social media.

16     Your engagement is all about creating your -- what's

17     called your brand narrative.  Your brand narrative.

18     This is -- this is the story of your brand.  The story

19     of your company, of your product.  It can't just be

20     about a product, right?  It can't just be about, you

21     know, hey, we've got a great product, click here now

22     for a 10 percent discount.  It can't be that.  That's

23     spamming.  People don't -- people don't really care

24     about that.  They want to know -- they want to be --

25     they want to know the story.

1          So social media is all about story telling.

2     That's why Facebook is good for memes.  It's also good

3     for live videos and you can post videos, and YouTube

4     is videos.  Instagram is pictures, right?  You're able

5     to tell a story.  What's the story behind the brand?

6     And so it doesn't -- it doesn't necessarily have to be

7     what's called created content, meaning you're going to

8     sit down and professionally narrate and create a

9     video.  It could be that, that gets expensive, but it

10    could also be as simple as what we call microcontent,

11    which is like you doing short 30, 40, 45-second,

12    60-second just real live clips of you.

13          Hey, guys, it's Nathan.  Hey, I thought you

14    guys, you know, would want to know, I'm about to get

15    on the phone with such and such, they're a supplier in

16    China, and if I can get this, man, I hope we'll be

17    able to get this product out.  We've got some cool

18    things coming today, too.  Kind of like the video

19    there.

20          Does anybody follow -- let me draw out some

21    big names, like Gary Vaynerchuk?  Does anybody know

22    who Gary V is?  Follow him, social media expert.

23    Grant Cardone?  Anybody?  Grant Cardone?  Let's see

24    here, Brian Tracy, Tony Robbins, anybody?  Tony

25    Robbins?  Jim Rome, Old Babe, Zig Ziglar?  Yeah, some

```
 1    old school people.  Robert Kiyosaki, anybody?  Okay,
 2    good.  John Maxwell?  Good.
 3              UNIDENTIFIED MALE:  (Inaudible).
 4              NATHAN ROSSI:  Yeah, Tim Ferriss?  Anybody
 5    Tim Ferriss?  Four-Hour Workweek book.  Darren Hardy,
 6    good.  Trump or Hillary.  You know, follow some of
 7    these people, but what you'll see is, you know,
 8    they're always giving you, you know, snapshots, little
 9    glimpses, little tweets, little picture of them doing
10    something, a short video clip, right?  Microcontent.
11    So the idea is you don't have to just professionally
12    create, but just document.  Document, document,
13    document.  Document your day.  Document what you're
14    doing.  Document what happens to your business.  You
15    know, give updates and things like that.
16              And I'm not talking about, hey, I'm going to
17    take a shower.  Hey, click, look at what I'm eating.
18    You know, I'm not talking about that.  I'm talking
19    about things that are kind of like creating a
20    storyline of your business, a storyline of your brand.
21    Okay?
22              So we want to create valuable -- value-add
23    content like that, and so here's some things that
24    could -- here's some ideas that you could create
25    microcontent with.  Number one, best of the best
```

1    always is humor.  Funny is money, right?  The number

2    one -- the number one searched term on YouTube in 2016

3    was?  Funny -- cat videos.  Right?  It's the funny cat

4    videos.  Right?

5            So people -- people want to -- there is a

6    value, there is a social media value to humor, right?

7    People in the social media world value funny content.

8    They'll watch it.  They'll engage with it.  They'll

9    comment on it.  They'll share it.  You know, they'll

10   subscribe to it.  And so funny is always money.  It's

11   always good.  Good engagement pieces.

12           So this is where you could like do some

13   self- effacing things.  You know, things that are

14   embarrassing to you, things that are out of your

15   comfort zone, they are just awkward to you, they are

16   whatever.  Funny moments, share funny moments, things

17   like that.  You know, my daughter said to me the other

18   day, she goes -- she goes, daddy, you smell -- she

19   goes, you smell like money.  And I was like, heck

20   yeah, you know?  I'm thinking, that's right.  And she

21   goes, yeah, because when we went in the bank the other

22   day and that lady farted, it smelled like money.  And

23   I'm thinking, wait a minute, so did you just say I

24   smell like money or that I smell like a fart, you

25   know?  I'm like, come on, you know?

193

1            But the thing is, it's like funny stuff like
2    that.  So if I made a video out of that, you know, if
3    I made a little short, 30-second video, hey, I thought
4    this would be funny, blah, blah, blah, blah, right?
5    Look at this, I just -- this saw an Instagram post
6    that I did the other day.  It was one of my other
7    daughters, but people like --
8            UNIDENTIFIED MALE:  I think it's seven.
9            NATHAN ROSSI:  What is it?
10           UNIDENTIFIED MALE:  Seven-four-seven.
11           NATHAN ROSSI:  747.  All right, cool.  So
12   the other day, so I posted -- so these were today.
13   Look, this is a picture of my daughter here.  She's
14   having so much fun, right?  And so the whole post was,
15   this is my youngest daughter Brinley (phonetic), as
16   noted, she loves life.  Saw this picture this morning,
17   and my thought was, what happens?  How do people go
18   from this to trudging through life they don't enjoy
19   and want to escape from?  And how do they get back to
20   that?  Right?  So all of the sudden, it's a story.
21   There's a story behind the picture.  Right?  So now
22   people are like, oh, well, what's -- well, how do I
23   get back?  You know, how do I go from there, right?
24           So the same thing.  Financial education,
25   right?  That you unapologetically use, right?  So it's

194

1    little stories on things.  Right?  Here's me with Mrs.

2    Canada, 2018.  She just went to South Africa two days

3    ago.  She's competing for Mrs. World, and if she wins

4    it, she will be the first black woman to ever win Mrs.

5    World, and she's going to win it, right?  Here's Luke

6    and I, here's my student, here's me and Geezy

7    (phonetic), right?  So the story behind.

8             I had the opportunity to hang out with Geezy

9    last night at the Cardinals game, talked about 30

10   minutes.  They're in the club seats.  I was able to

11   hear a story where he came from and how he came up.

12   He wants to be able to get his story out to more

13   people.  We ended our conversation with bouncing ideas

14   back and forth, doing a motivational bit about

15   entrepreneurship, money and business.  So the story

16   behind the picture.  Right?

17            So you have to begin to tell the story, tell

18   the story behind your brand.  Tell the story behind

19   the product.  People are -- they engage with story

20   telling.  So one of the exercises that I want you to

21   do, this will really help you, this is the only time

22   you're going to ever hear these words come out of my

23   mouth is in this context, okay?  What I want you to do

24   is, I want you to go and watch the news.  Okay?  Go

25   and watch the news.  And I want you to pick -- I'm not

1    going to pick it for you, but I want you to pick what

2    you in your mind would consider to be the most liberal

3    news network and the most conservative news network,

4    okay?  Your choice, I'm not going to tell you.

5    Those are fighting words.

6            UNIDENTIFIED MALE:  I was going to say Fox

7    Morning or something like that.

8            NATHAN ROSSI:  I'm not saying anything, I

9    don't have a dog in the fight, okay?  But here's what

10   you want to do.  Here's your assignment.  And this is

11   all branding, marketing and advertising, and this is

12   all by creating what we call the brand narrative,

13   okay?  When you watch the news, the exercise, the

14   assignment is this:  I want you to track a breaking

15   story, so a brand new breaking story, and not just

16   like some little daily news thing.  I'm talking about

17   like a big story.  I want you to track the day that it

18   breaks.  I want you to track that story for 30 days on

19   both networks.  Document, right?  Update by update.

20   What's the commentary?  What are they saying?  Okay?

21           Because here's what's going to happen:  Day

22   one, boom, story breaks, all right?  Liberal,

23   conservative and you're watching.  What are they

24   saying?  What are they saying?  Day one is going to

25   kind of be about the same thing.  You're going to hear

196

1    the same thing.

2            And then day two comes, right?  Maybe

3    liberal news network, oh, well, we've got our panel of

4    experts here today, and blah, blah, blah, blah, and we

5    just had an update, you know, such and such did this

6    and said that.  What do you guys think about these

7    experts?  And they say, well, blah, blah, blah, blah,

8    this is what happened, and that's what this means.

9    Spin, spin, spin.  Right?

10           Meanwhile, over on the conservative side,

11   they're like, well, we've got our panel of experts

12   here today and blah, blah, blah, blah, blah, blah, and

13   we had a shocking update, it can't be this happened.

14   What does this mean?  Well, this happened, and this is

15   what this means.  Spin, spin, spin.  So you attach

16   ideas to events.  You create meaning.

17           And so what happens is, at the end of 30

18   days, you're tracking a breaking story, and you're

19   sitting there between the two looking at it, like,

20   what planet are you guys on, right?  Like, how did you

21   get way over here and how did you get way over here?

22   And the assignment is, I want you to watch how they do

23   it, because whether you agree with it, don't agree

24   with it, they are masterful at creating narratives,

25   story lines, right?  And that's what I want you to do

1    with your brand.

2           I want you to do the same exact thing, how

3    they create a narrative and meaning and create emotion

4    and drive a story, a topic in a certain direction,

5    that's what you need to do with your brand.  What's

6    the narrative of your story, right?  What's the story

7    line?  What's the emotion?  What's the meaning of

8    these things?  Right?

9           So let me give you an example.  I came up

10   with this just recently, but it's a really good

11   example.  So let's say that you were selling an

12   orthopedic dog bed.  Yeah, they have such a thing.

13   It's an orthopedic dog bed.  So what type of dog would

14   need an orthopedic dog bed?  An old dog that has,

15   like, some arthritis, right?

16          So here it is, right?  Here's an example of

17   a video that would begin to craft a narrative.  So

18   imagine, picture and imagine that you are -- the video

19   opens, and it's in a -- it's in a house, quiet,

20   totally silent, no noise, and you see this old like

21   golden retriever, a little bit of gray and everything,

22   and it's laying on tile, a tile floor, right?

23          Off to the right of the screen, there's a

24   window that you can kind of see outside into the front

25   yard and the driveway.  And so as you're sitting there

198

1    watching the dog and the dog is just laying there just

2    kind of doing nothing, all of the sudden you see

3    headlights pull up into the driveway, and the lights

4    kind of shine across, come into the window and shine

5    across the room, and you see the dog -- camera is

6    still on the dog -- you see the dog get up, but kind

7    of struggles to get up, right?  Getting off this hard

8    tile, cold floor, right?  Getting up.

9            And it kind of makes its way, tail's

10   wagging, but it's moving real slow getting over to the

11   window, and it's going to the window, looks out, back

12   and forth to the door, to the window, to the door, all

13   excited.  All of the sudden the door opens, and the

14   owner comes in, hey, buddy, how are you, you know?

15   It's like this real tender moment between the dog and

16   its owner, its companion, right?  Dog's best friend --

17   man's best friend.  Hey, how are you?  How was your

18   day?  Blah, blah, blah.  And so the dog is just happy.

19   It's delighted.

20           Well, the video cuts -- fast forwards to

21   later on that night.  Now it's dark outside, and the

22   dog owner is getting ready to go upstairs for the

23   night, right?  Getting ready to turn off the lights.

24   As he's turning the corner, he looks over, gives a

25   cheesy smile, and sees the dog lay not on the hard

1    floor, but now the dog is passed out enjoying the

2    orthopedic dog bed, right?  A smile of satisfaction,

3    you know.  Looking at the dog.

4            And then Morgan Freeman comes on, right?

5    And Morgan Freeman comes on and says something like

6    this:  It's more than just a dog bed, it's

7    companionship.  Right?  It's more than just a dog bed

8    -- or how about this:  Friends don't let friends sleep

9    on the floor.  Right?  Something like that, you know?

10   And so right in the height of that moment, right, it's

11   a narrative, it's a story line, it's the customer sees

12   themself in this position.  Right in the height of

13   that moment of satisfaction and emotional moment,

14   right there, boom, click here now for a 10 percent

15   discount, right?  And so that's the narrative.  You're

16   creating a story line behind it, right?

17           And so there's a lot of different elements

18   in there, right?  It's like, you know, friends don't

19   let friends sleep on the floor, or it's more than just

20   a dog bed, it's companionship.  So you're appealing to

21   the relationship, not just some impulse buy of the dog

22   bed.  So it also kind of says, hey, don't be a

23   schmuck, get your dog the dog bed, you know?  Don't be

24   a bad dog owner, you know?

25           And so you're like, now I have to get the

1    dog bed.  And so it's -- you're creating the

2    narrative, the story behind the product.  It can't

3    just be the product.  And that's how you start to

4    build brand awareness and a following, an engagement.

5    And so the rule of thumb is this -- write this down --

6    the rule of thumb is this:  For every solicitation,

7    post, click here, buy now, for every solicitation

8    post, we need to add ten content or value-add posts

9    that have nothing to do with it, that's just adding

10   content.

11        Did you know that one out of three dogs in

12   America end up with arthritis, blah, blah, blah, blah?

13   Fun fact, you know, if you're selling a dog bed, maybe

14   a funny dog videos, you know, or something like that.

15   You could do update posts.  You could do live videos,

16   you know, showing you and -- hey, blah, blah, blah,

17   whatever it is.  All kinds of just value-add posts,

18   but only one out of every ten needs to be a

19   solicitation.

20        UNIDENTIFIED MALE:  So repeat what you said.

21   For every solicitation?

22        NATHAN ROSSI:  There needs to be ten content

23   or value-add posts.

24        UNIDENTIFIED MALE:  (Inaudible).

25        NATHAN ROSSI:  Right, click here.

1    UNIDENTIFIED MALE:  (Inaudible).

2    NATHAN ROSSI:  Facebook, Instagram.

3    UNIDENTIFIED MALE:  (Inaudible).

4    NATHAN ROSSI:  Questions?

5    UNIDENTIFIED MALE:  Like your idea of that

6 -- (inaudible).

7    NATHAN ROSSI:  (Inaudible).

8    UNIDENTIFIED MALE:  (Inaudible).

9    UNIDENTIFIED MALE:  (Inaudible).

10    NATHAN ROSSI:  You do like motivational

11 stuff, product sequence shots, the dogs.  So -- there

12 he is.

13    (Background conversations.)

14    NATHAN ROSSI:  Yes.  So who's Gary

15 Vaynerchuk?  He's probably one of the top marketers on

16 Planet Earth right now.  And so he's just like, you

17 know, these are all short videos, little interview

18 clips.  Wait a minute, 646,000 plays, 2409 comments,

19 right?  And he's not soliciting.  He has all kinds of

20 courses, he has all types of events and speeches and

21 videos and books and everything, but it's like you

22 don't really see much click here, buy now, right?

23 It's just content, content, content, content, right?

24 So he's adding so much value.

25    It's kind of like the negotiation, right?

1    Add so much value to your audience that they just --

2    that they come and say, I want to buy something, I

3    want to -- you know, engage with you and to do

4    business with you.  Good.

5            All right.  I'm empty.  So, first of all,

6    give yourself a round of applause, you've completed

7    our basic training.

8            (Applause.)

9            NATHAN ROSSI:  So from here, what we're

10   going to do is, we're going to close down the

11   workshop.  If you've got any other questions, by all

12   means, ask me or one of the coaches, so -- when we get

13   down here.  For all new students, we're going to take

14   about a ten-minute break, and then we are going to be

15   right back in here for our orientation.  Orientation

16   shouldn't be any longer than about 15 or 20 minutes

17   max, but I'm going to give you your action plan and

18   contact info, all the good stuff.

19           If you have any questions on any of the

20   material, you obviously have your videos, your members

21   area that you got when you came here.  You have your

22   workbook and your notes, all that kind of good stuff.

23   So before we close out, yes?

24           UNIDENTIFIED MALE:  Yeah, (inaudible).

25           NATHAN ROSSI:  In your members area.  You

1  log into the members area, which you got when you came

2  here.  When you log in there, you will see a whole

3  list of suppliers and vendors that we have for you.

4  But it's in the members area.

5          UNIDENTIFIED MALE:  (Inaudible).

6          NATHAN ROSSI:  Just for when you came here,

7  when you enrolled here, you got a user name and a

8  password for the members area.  A lot of that stuff is

9  in there.  Yep.

10          UNIDENTIFIED WOMAN:  (Inaudible).

11          NATHAN ROSSI:  It would have been emailed to

12  you.

13          UNIDENTIFIED MALE:  (Inaudible).

14          NATHAN ROSSI:  If you didn't get your

15  members area or anything like that, let Eric know.

16  Before you go on, make sure you get that.  Other than

17  that, new students, congratulations.  If you, for

18  whatever reason, were not moving forward, best of

19  luck.  (Inaudible) Sun shine brightly upon your face,

20  I hope to see you down the road, and with that being

21  said, thank you very much.  We are class dismissed.

22  (Applause.)

23          NATHAN ROSSI:  All right, new students, ten

24  minutes, back in your seats here.

25          (Music playing.)

```
 1                  (Background conversations.)

 2                  MR. TYNDALL:  Oh, hi.  So, my mom told me to

 3       think about it.

 4                  UNIDENTIFIED MALE:  Okay.

 5                  MR. TYNDALL:  She wants to meet with me this

 6       evening.

 7                  UNIDENTIFIED MALE:  Sure.

 8                  MR. TYNDALL:  Is there any way I can,

 9       like --

10                  UNIDENTIFIED MALE:  You can.  You can just

11       call that number.  The prices are going to be

12       different, since this kind of price is only for up

13       'til now.

14                  MR. TYNDALL:  Okay.

15                  UNIDENTIFIED MALE:  Another thing is that I

16       was thinking is instead of getting that gold for

17       $10,000.

18                  MR. TYNDALL:  Yeah.

19                  UNIDENTIFIED MALE:  I think it would be more

20       beneficial maybe for you.

21                  MR. TYNDALL:  Okay.

22                  UNIDENTIFIED MALE:  Instead is buying that

23       software.

24                  MR. TYNDALL:  Okay.

25                  UNIDENTIFIED MALE:  The software is only
```

1    $5,000.

2            MR. TYNDALL:  Okay.

3            UNIDENTIFIED MALE:  But in that kind of

4    sense, in case that it's something that creates some

5    kind of cash flow for you.

6            MR. TYNDALL:  Okay.

7            UNIDENTIFIED MALE:  Right now.

8            MR. TYNDALL:  Okay.  But I mean, it's the --

9            UNIDENTIFIED MALE:  The software is

10   available only now.

11           MR. TYNDALL:  Oh, yeah?  Well so what --

12   what does it -- what do I get with that?

13           UNIDENTIFIED MALE:  Remember that software,

14   that arbitrage, that online arbitrage software where

15   you can pull up the website?

16           MR. TYNDALL:  Yeah.

17           UNIDENTIFIED MALE:  And then you get the

18   spreadsheet that gives you all the, you know, what

19   discounts there is, and, you know, how much it would

20   cost to ship it and then whether you would make a

21   profit and stuff like that.

22           MR. TYNDALL:  Okay.  And you think I could

23   start making a little bit of money with that?

24           UNIDENTIFIED MALE:  Well, yeah, I mean,

25   that's the easiest way for you to start it.

```
1              MR. TYNDALL:  Okay.

2              UNIDENTIFIED MALE:  It's not going to build

3    you six figures a year.

4              MR. TYNDALL:  Okay.

5              UNIDENTIFIED MALE:  It could if you work it.

6    You can create pretty good cash flow, for sure.

7              MR. TYNDALL:  Oh, yeah?  Okay.  So that's

8    $5,000?  Okay.  And then I could have that either --

9              UNIDENTIFIED MALE:  Okay.

10             MR. TYNDALL:  I mean, can I get back to you

11   like tonight, or --

12             UNIDENTIFIED MALE:  Sure.  Yeah, I can give

13   you my phone number, yeah.

14             MR. TYNDALL:  Yeah, yeah.

15             UNIDENTIFIED MALE:  And then you can just

16   text me, whatever.

17             MR. TYNDALL:  Okay.  What's your --

18             UNIDENTIFIED MALE:  It's 813 --

19             MR. TYNDALL:  813 --

20             UNIDENTIFIED MALE:  400 --

21             MR. TYNDALL:  400 --

22             UNIDENTIFIED MALE:  34 --

23             MR. TYNDALL:  34 --

24             UNIDENTIFIED MALE:  30.

25             MR. TYNDALL:  30.
```

1              UNIDENTIFIED MALE:  Eddie.

2              MR. TYNDALL:  Eddie.  Is that two Ds?  Like

3     that?

4              UNIDENTIFIED MALE:  Um-hmm.  E D D I E.

5              MR. TYNDALL:  Okay.

6              UNIDENTIFIED MALE:  Yeah, sure.

7              MR. TYNDALL:  Okay.

8              UNIDENTIFIED MALE:  So see how it goes.  If

9     not, that's fine.

10             MR. TYNDALL:  Okay.

11             UNIDENTIFIED MALE:  All the best to you.

12             MR. TYNDALL:  Okay.  I'll give you a call.

13             UNIDENTIFIED MALE:  Sure.

14             MR. TYNDALL:  I'm going to meet with my mom.

15             UNIDENTIFIED MALE:  Sure, yeah, yeah,

16    absolutely.

17             MR. TYNDALL:  Okay.  Okay.  Thank you.

18             (The recording was concluded.)

19

20

21

22

23

24

25

208

1        <u>CERTIFICATE OF TRANSCRIPTIONIST</u>

2

3            I, Sally Jo Quade, do hereby certify that

4    the foregoing proceedings and/or conversations were

5    transcribed by me via CD, videotape, audiotape or

6    digital recording, and reduced to typewriting under my

7    supervision; that I had no role in the recording of

8    this material; and that it has been transcribed to the

9    best of my ability given the quality and clarity of

10   the recording media.

11           I further certify that I am neither counsel

12   for, related to, nor employed by any of the parties to

13   the action in which these proceedings were

14   transcribed; and further, that I am not a relative or

15   employee of any attorney or counsel employed by the

16   parties hereto, nor financially or otherwise

17   interested in the outcome of the action.

18

19

20   DATE:  1/10/2018

21                              SALLY JO QUADE, CERT

22

23

24

25

**For The Record, Inc.**
**(301) 870-8025 - www.ftrinc.net - (800) 921-5555**