Roberto Anguizola
Illinois Bar # 6270874
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3284
Email: ranguizola@ftc.gov

Miry Kim
Washington Bar # 31456
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3622
Email: mkim@ftc.gov

Gregory J. Evans
DC Bar # 1033184
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-8528
Washington, DC 20580

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AWS, LLC, a Nevada limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER; ADAM S. BOWSER; and JODY MARSHALL,<br><br>Defendants. | CASE NO. 2:18-cv-00442-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING THE DURATION OF THE TEMPORARY RESTRAINING ORDER AND POSTPONING PRELIMINARY INJUNCTION HEARING** |

This matter comes before the Court upon the stipulation of all the parties, including plaintiff Federal Trade Commission ("FTC"), and defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall (collectively "Defendants"), for: (i) extension of the Temporary Restraining Order ("TRO") issued against Defendants at 1:30 p.m. on March 14, 2018 [ECF No. 29]; and (ii) postponement of the evidentiary hearing on the FTC's motion for a preliminary injunction. The FTC and Defendants, each of which is represented by counsel for purposes of this stipulation,

**HEREBY STIPULATE TO THE FOLLOWING**:

1. The duration of the TRO is extended until the Court issues a ruling on the FTC's request for a preliminary injunction, or further order of the Court. Unless otherwise ordered, all provisions of the TRO shall remain in place during the extension, including the asset freeze and appointment of the receiver Robb Evans & Associates LLC. The requested extension is without prejudice to Defendants. The reason for the extension of the TRO is to allow the Defendants additional time to prepare for the preliminary injunction hearing, and to allow the FTC and the Defendants additional time to conduct compromise negotiations. Defendants specifically reserve all rights and nothing herein shall be construed as an admission of any kind or impair Defendants' right to assert any and all defenses they may have.

2. The preliminary injunction hearing, originally set for March 27, 2018, is vacated and re-set for **April, 18, 2018 at 10:00 a.m.,** at the **United States Courthouse, 333 S. Las Vegas Blvd., Las Vegas, NV 89101** in **Courtroom 6A**.

3. The deadlines for briefs and affidavits concerning preliminary injunction set forth in Section XXVI of the TRO are vacated and re-set as follows:

a. The FTC shall file a proposed preliminary injunction order no later than **March 30, 2018**.

b. Defendants shall file with the Court, and serve on FTC counsel, any pleadings concerning preliminary injunction, including responses or oppositions, affidavits, motions, expert reports or declarations, or legal memoranda no later than **April 6, 2018**.

c. The FTC may reply and file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court and serve the same on Defendants no later than **April 13, 2018**.

**IT IS SO ORDERED:**

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: March 23, 2018

**IT IS SO STIPULATED:**

| /s/ Ronald Green | /s/ Roberto Anguizola |
|---|---|
| Ronald D. Green (NV Bar No. 7360) | Roberto Anguizola |
| LaTeigra C. Cahill (NV Bar No. 14352) | Illinois Bar # 6270874 |
| Randazza Legal Group, PLLC | (Admitted pursuant to LR IA 11-3) |
| 4035 S. El Capitan Way | Tel. (202) 326-3284 |
| Las Vegas, NV 89147 | Email: ranguizola@ftc.gov |
| Tel. (702) 420 2001 | |
| Email: ecf@randazza.com | Miry Kim |
| | Washington Bar # 31456 |
| **Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction** | (Admitted pursuant to LR IA 11-3) Tel. (202) 326-3622 Email: mkim@ftc.gov |

1  **Learning Center, Inc. (Nev. Corp.),**   Gregory J. Evans
   **Christopher F. Bowser, Adam S. Bowser,**   DC Bar # 1033184
2  **and Jody Marshall**   (Admitted pursuant to LR IA 11-3)
   Tel. (202) 326-3425
3  Email: gevans2@ftc.gov

4  Federal Trade Commission
   600 Pennsylvania Avenue, N.W.
5  Mail Drop CC-8528
   Washington, D.C. 20580

6
   **Attorneys for Plaintiff**
7  **FEDERAL TRADE COMMISSION**

4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2018, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF electronic filing system.  Additionally, I served all of the counsel and parties listed on the attached Service List by the methods indicated therein.

/s/  Roberto Anguizola
Roberto Anguizola
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

## **SERVICE LIST**

| | |
|---|---|
| Suzette Michele M. Moore<br>Shumaker<br>Bank of America Plaza, Suite 2800<br>101 East Kennedy Boulevard<br>Tampa, FL 33602<br>Tel. (813) 227-2272<br>Email: smoore@slk-law.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Seeking admission Pro Hac Vice**<br><br>**Served via email** | Ronald D. Green (NV Bar No. 7360)<br>LaTeigra C. Cahill (NV Bar No. 14352)<br>Randazza Legal Group, PLLC<br>4035 S. El Capitan Way<br>Las Vegas, NV 89147<br>Tel. (702) 420 2001<br>Email: ecf@randazza.com,<br>rlglv@randazza.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Served via email** |
| Brick Kane<br>President<br>Robb Evans & Associates LLC<br>11450 Sheldon Street<br>Sun Valley, California 91352-1121<br>Tel: (818) 768-8100<br>Fax: (818) 768-8802<br>Email: bkane@robbevans.com<br><br>**Court Appointed Receiver**<br><br>**Served via email** | Gary Owen Caris<br>Barnes & Thornburg LLP<br>2029 Century Park E., Suite 300<br>Los Angeles, California 90067-2904<br>Tel. (424) 363-2920<br>Email: gcaris@btlaw.com<br><br>**Attorney for the Court Appointed Receiver Robb Evans & Associates LLC**<br><br>**Served via email** |