Roberto Anguizola
Illinois Bar # 6270874
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3284
Email: ranguizola@ftc.gov

Miry Kim
Washington Bar # 31456
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3622
Email: mkim@ftc.gov

Gregory J. Evans
DC Bar # 1033184
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-8528
Washington, DC 20580

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AWS, LLC, a Nevada limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER; ADAM S. BOWSER; and JODY MARSHALL, <br><br> Defendants. | CASE NO. 2:18-cv-00442-JCM-PAL <br><br> **STIPULATION WITHDRAWING DEFENDANTS' EMERGENCY MOTION FOR IMMEDIATE RELIEF FROM SECTION III OF THE TEMPORARY RESTRAINING ORDER FOR RELEASE OF FUNDS TO PURCHASE FOOD AND BASIC LIVING EXPENSES** |

This matter comes before the Court upon the stipulation of all the parties, including plaintiff Federal Trade Commission ("FTC"), and defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall (collectively "Defendants"), withdrawing, without prejudice, Defendants' Emergency Motion for Immediate Relief from Section III of the Temporary Restraining Order for Release of Funds to Purchase Food and Basic Living Expenses [ECF No. 44]. The FTC and Defendants, each of which is represented by counsel for purposes of this stipulation, **HEREBY STIPULATE TO THE FOLLOWING**:

1. Defendants' Emergency Motion for Immediate Relief from Section III of the Temporary Restraining Order for Release of Funds to Purchase Food and Basic Living Expenses [ECF No. 44] ("Emergency Motion) is withdrawn without prejudice to allow Defendants to explain why Defendant Jody Marshall has not used funds in unfrozen accounts to pay for living expenses.

2. Defendants may re-file their Emergency Motion after participation in the meet-and-confer process to attempt to resolve the dispute in accordance with LR 7-4.

**IT IS SO ORDERED:**

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: April 5, 2018

**IT IS SO STIPULATED:**

/s/ LaTeigra C. Cahill
Ronald D. Green (NV Bar No. 7360)
LaTeigra C. Cahill (NV Bar No. 14352)
Randazza Legal Group, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel. (702) 420 2001
Email: ecf@randazza.com

**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**

*Robert Anguizola*
Roberto Anguizola
Illinois Bar # 6270874
(Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3284
Email: ranguizola@ftc.gov

Miry Kim
Washington Bar # 31456
(Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3622
Email: mkim@ftc.gov

Gregory J. Evans
DC Bar # 1033184
(Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop CC-8528
Washington, D.C. 20580

**Attorneys for Plaintiff
FEDERAL TRADE COMMISSION**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2018, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF electronic filing system. Additionally, I served all of the counsel and parties listed on the attached Service List by the methods indicated therein.

/s/ Robert Anguizola
Roberto Anguizola
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

## SERVICE LIST

| | |
|---|---|
| Suzette Michele M. Moore<br>Shumaker<br>Bank of America Plaza, Suite 2800<br>101 East Kennedy Boulevard<br>Tampa, FL 33602<br>Tel. (813) 227-2272<br>Email: smoore@slk-law.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Seeking admission Pro Hac Vice**<br><br>**Served via email** | Ronald D. Green (NV Bar No. 7360)<br>LaTeigra C. Cahill (NV Bar No. 14352)<br>Randazza Legal Group, PLLC<br>4035 S. El Capitan Way<br>Las Vegas, NV 89147<br>Tel. (702) 420 2001<br>Email: ecf@randazza.com,<br>lcc@randazza.com, rdg@randazza.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Served via email** |
| Brick Kane<br>President<br>Robb Evans & Associates LLC<br>11450 Sheldon Street<br>Sun Valley, California 91352-1121<br>Tel: (818) 768-8100<br>Fax: (818) 768-8802<br>Email: bkane@robbevans.com<br><br>**Court Appointed Receiver**<br><br>**Served via email** | Gary Owen Caris<br>Barnes & Thornburg LLP<br>2029 Century Park E., Suite 300<br>Los Angeles, California 90067-2904<br>Tel. (424) 363-2920<br>Email: gcaris@btlaw.com<br><br>**Attorney for the Court Appointed Receiver Robb Evans & Associates LLC**<br><br>**Served via email** |