Roberto Anguizola
Illinois Bar # 6270874
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3284
Email: ranguizola@ftc.gov

Miry Kim
Washington Bar # 31456
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3622
Email: mkim@ftc.gov

Gregory J. Evans
DC Bar # 1033184
(Admitted in the D. Nev. pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-8528
Washington, DC 20580

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AWS, LLC, a Nevada limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER; ADAM S. BOWSER; and JODY MARSHALL,<br><br>Defendants. | CASE NO. 2:18-cv-00442-JCM-PAL<br><br>**SECOND STIPULATION AND ORDER EXTENDING THE DURATION OF THE TEMPORARY RESTRAINING ORDER AND POSTPONING PRELIMINARY INJUNCTION HEARING** |

1

1    This matter comes before the Court upon the stipulation of all the parties, including
2    plaintiff Federal Trade Commission ("FTC"), and defendants AWS, LLC, FBA Distributors,
3    LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.),
4    Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser,
5    and Jody Marshall (collectively "Defendants"), for: (i) further extension of the Temporary
6    Restraining Order ("TRO") issued against Defendants at 1:30 p.m. on March 14, 2018 [ECF No.
7    29]; and (ii) further postponement of the evidentiary hearing on the FTC's motion for a
8    preliminary injunction. The FTC and Defendants, each of which is represented by counsel for
9    purposes of this stipulation, **HEREBY STIPULATE TO THE FOLLOWING**:

10   1.    The duration of the TRO is extended until the Court issues a ruling on the FTC's
11   request for a preliminary injunction, or further order of the Court. Unless otherwise ordered, all
12   provisions of the TRO shall remain in place during the extension, including the asset freeze and
13   appointment of the receiver Robb Evans & Associates LLC. The requested extension is without
14   prejudice to Defendants. The reason for the extension of the TRO is to allow the Defendants
15   additional time to prepare for the preliminary injunction hearing, and to allow the FTC and the
16   Defendants additional time to conduct compromise negotiations. Defendants specifically reserve
17   all rights and nothing herein shall be construed as an admission of any kind or impair
18   Defendants' right to assert any and all defenses they may have.

19   2.    The evidentiary hearing on Plaintiff Federal Trade Commission's motion for
20   preliminary injunction set for April 18, 2018 [*see* ECF No. 37], is vacated and re-set for
21   May 3, 2018, at 11:00 am ` at the **United States Courthouse, 333 S. Las Vegas Blvd., Las**
22   **Vegas, NV 89101** in **Courtroom 6A**.
23

2

1 ...
2 ...
3 ...
4 ...
5 ...
6 ...

4. The FTC filed a proposed preliminary injunction order on March 29, 2018 [ECF No. 41-1]. All the other deadlines for briefs and affidavits concerning the FTC's motion for preliminary injunction set forth in the Stipulation and Order Extending the Duration of the Temporary Restraining and Postponing Preliminary Injunction Hearing [ECF No. 37] are vacated and re-set as follows:

    a. Defendants shall file with the Court, and serve on FTC counsel, any pleadings concerning preliminary injunction, including responses or oppositions, affidavits, motions, expert reports or declarations, or legal memoranda no later than **April 20, 2018**.

    b. The FTC may reply and file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court and serve the same on Defendants no later than **April 27, 2018**.

**IT IS SO ORDERED:**

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: April 9, 2018

1  **IT IS SO STIPULATED:**

2  /s/ Ronald D. Green                                /s/ Roberto Anguizola
   Ronald D. Green (NV Bar No. 7360)        Roberto Anguizola
3  LaTeigra C. Cahill (NV Bar No. 14352)    Illinois Bar # 6270874
   Randazza Legal Group, PLLC               (Admitted pursuant to LR IA 11-3)
4  4035 S. El Capitan Way                   Tel. (202) 326-3284
   Las Vegas, NV 89147                      Email: ranguizola@ftc.gov
5  Tel. (702) 420 2001
   Email: rdg@randazza.com                  Miry Kim
6                                            Washington Bar # 31456
   **Attorney for defendants AWS, LLC, FBA**    (Admitted pursuant to LR IA 11-3)
7  **Distributors, LLC, FBA Stores, LLC, Info**  Tel. (202) 326-3622
   **Pros, LLC, Online Auction Learning**       Email: mkim@ftc.gov
8  **Center, Inc. (Mass. Corp.), Online Auction**
   **Learning Center, Inc. (Nev. Corp.),**      Gregory J. Evans
9  **Christopher F. Bowser, Adam S. Bowser,**   DC Bar # 1033184
   **and Jody Marshall**                        (Admitted pursuant to LR IA 11-3)
10                                           Tel. (202) 326-3425
                                             Email: gevans2@ftc.gov
11
                                             Federal Trade Commission
12                                           600 Pennsylvania Avenue, N.W.
                                             Mail Drop CC-8528
13                                           Washington, D.C. 20580

14                                           **Attorneys for Plaintiff**
                                             **FEDERAL TRADE COMMISSION**

4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2018, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF electronic filing system.  Additionally, I served all of the counsel and parties listed on the attached Service List by the methods indicated therein.

    /s/ Roberto Anguizola
Roberto Anguizola
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

**SERVICE LIST**

| | |
|---|---|
| Suzette Michele M. Moore<br>Shumaker<br>Bank of America Plaza, Suite 2800<br>101 East Kennedy Boulevard<br>Tampa, FL 33602<br>Tel. (813) 227-2272<br>Email: smoore@slk-law.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Seeking admission Pro Hac Vice**<br><br>**Served via email** | Ronald D. Green (NV Bar No. 7360)<br>LaTeigra C. Cahill (NV Bar No. 14352)<br>Randazza Legal Group, PLLC<br>4035 S. El Capitan Way<br>Las Vegas, NV 89147<br>Tel. (702) 420 2001<br>Email: lcc@randazza.com,<br>rdg@randazza.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Served via email** |
| Brick Kane<br>President<br>Robb Evans & Associates LLC<br>11450 Sheldon Street<br>Sun Valley, California 91352-1121<br>Tel: (818) 768-8100<br>Fax: (818) 768-8802<br>Email: bkane@robbevans.com<br><br>**Court Appointed Receiver**<br><br>**Served via email** | Gary Owen Caris<br>Barnes & Thornburg LLP<br>2029 Century Park E., Suite 300<br>Los Angeles, California 90067-2904<br>Tel. (424) 363-2920<br>Email: gcaris@btlaw.com<br><br>**Attorney for the Court Appointed Receiver Robb Evans & Associates LLC**<br><br>**Served via email** |