UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>AWS, LLC, et al.,<br>　　　　　　　　　　　Defendants. | Case No. 2:18-cv-00442-JCM-PAL<br><br>ORDER |

Presently before the court is the matter of *Federal Trade Commission v. AWS LLC et al*, case no. 2:18-cv-00442-JCM-PAL.

On April 18, 2018, the court granted the parties' stipulated temporary restraining order. (ECF No. 57). The stipulation set a revised schedule for briefing in anticipation of a preliminary injunction hearing. *Id.* In light of the parties' revised briefing schedule, the court will re-schedule the hearing date for the preliminary injunction.

Accordingly,

IT IS HEREBY ORDERED that the preliminary injunction hearing currently scheduled for Thursday, May 3, 2018, be, and the same hereby is, rescheduled to **Thursday, May 17, 2018, at 11:00 am** in courtroom 6A.

DATED THIS 25th day of April, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE