Roberto Anguizola
Illinois Bar # 6270874 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3284
Email: ranguizola@ftc.gov

Miry Kim
Washington Bar # 31456 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3622
Email: mkim@ftc.gov

Gregory J. Evans
DC Bar # 1033184 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-8528
Washington, DC 20580

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; INFO SOLUTIONS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER; ADAM S. BOWSER; JODY L. MARSHALL; and JEFFREY A. GOMEZ,<br><br>    Defendants. | CASE NO. 2:18-cv-00442-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING THE DURATION OF THE TEMPORARY RESTRAINING ORDERS AND SETTING PRELIMINARY INJUNCTION HEARING AS TO DEFENDANTS ADAMS CONSULTING, LLC, GLOBAL MARKETING SERVICES L.L.C., AND JEFFREY A. GOMEZ** |

This matter comes before the Court upon the stipulation of all the parties, including plaintiff Federal Trade Commission ("FTC"), and defendants AWS, LLC, Adams Consulting, LLC, FBA Distributors, LLC, FBA Stores, LLC, Global Marketing Services L.L.C., Info Pros, LLC, Info Solutions, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, Jody Marshall, and Jeffrey A. Gomez (collectively "Defendants"), for: (i) further extension of the Temporary Restraining Order issued at 1:30 p.m. on March 14, 2018 [ECF No. 29] ("Original TRO") against defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Info Solutions, LLC,[1] Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall (collectively "Bowser Defendants"); (ii) extension of the Stipulated Temporary Restraining Order issued on April 18, 2018 [ECF No. 57] ("Gomez Stipulated TRO") against defendants Adams Consulting, LLC, Global Marketing Services L.L.C., and Jeffrey A. Gomez (collectively "Gomez Defendants"); (iii) vacating the evidentiary hearing on the FTC's motion for preliminary injunction as to the Bowser Defendants; and (iv) extending the briefing schedule and setting an evidentiary hearing on the FTC's motion for a preliminary injunction as to the Gomez Defendants. The FTC and Defendants, each of which is represented by counsel for purposes of this stipulation, **HEREBY STIPULATE TO THE FOLLOWING**:

1. The duration of the Original TRO [ECF No. 29] is extended and shall remain in place by consent of the Bowser Defendants until the Court issues a ruling on the FTC's request for a preliminary injunction, or further order of the Court. Unless otherwise ordered, all

---

[1] Info Solutions, LLC ("Info Solutions") was not named in the original Complaint and was not explicitly referenced in the Original TRO. However, the FTC contends that Info Solutions is covered by the Original TRO as a Corporate Defendant in that it was an affiliate of the corporate defendants named in the original Complaint. Additionally, the Receiver has designated Info Solutions a Receivership Entity under the Original TRO and, as such, its assets are frozen and form part of the receivership estate.

provisions of the Original TRO shall remain in place during the extension, including the asset freeze and appointment of the receiver Robb Evans & Associates LLC. Defendants specifically reserve all rights and nothing herein shall be construed as an admission of any kind or impair Defendants' right to assert any and all defenses they may have. The reason for the extension of the Original TRO is to allow the FTC to review and, if appropriate, approve a stipulated final order for permanent injunction and monetary relief as to the Bowser Defendants ("Bowser Stipulated Final Order"). FTC counsel are submitting the Bowser Stipulated Final Order to the FTC for review and approval, and are informed that the approval process could take up to eight weeks. If the FTC approves the Bowser Stipulated Final Order, it will be filed for approval by the Court. If approved by the FTC and the Court, the Bowser Stipulated Final Order will resolve all disputes between the FTC and the Bowser Defendants.

2. The evidentiary hearing on Plaintiff Federal Trade Commission's motion for preliminary injunction set for May 17, 2018 [ECF No. 60] is vacated and re-scheduled as set forth below only as to the Gomez Defendants. All deadlines for motions, memoranda, proposed orders, pleadings, responses or oppositions, and affidavits concerning the FTC's motion for preliminary injunction as to the Bowser Defendants set forth in the Second Stipulation and Order Extending the Duration of the Temporary Restraining and Postponing Preliminary Injunction Hearing [ECF No. 49] are vacated until further order of the Court.

3. The duration of the Gomez Stipulated TRO [ECF No. 57] is extended and shall remain in place by consent of the Gomez Defendants until the Court issues a ruling on the FTC's request for a preliminary injunction as to the Gomez Defendants, or further order of the Court. Unless otherwise ordered, all provisions of the Gomez Stipulated TRO shall remain in place during the extension, including the asset freeze and appointment of the receiver Robb Evans &

Associates LLC. The Gomez Defendants specifically reserve all rights and nothing herein shall be construed as an admission of any kind or impair Gomez Defendants' right to assert any and all defenses they may have. The reason for the extension of the Gomez Stipulated TRO is to allow the Gomez Defendants and the FTC additional time to conduct compromise negotiations, and, if necessary, additional time to prepare for the preliminary injunction hearing on the FTC's request for a preliminary injunction as to the Gomez Defendants.

4. All the deadlines for motions, memoranda, proposed orders, pleadings, responses or oppositions, and affidavits concerning the FTC's request for preliminary injunction as to the Gomez Defendants set forth in Gomez Stipulated TRO issued on April 18, 2018 [ECF No. 57] are vacated and re-set as follows:

    a. The FTC shall file with the Court, and serve on counsel for the Gomez Defendants, its memorandum of law in support of its motion for preliminary injunction and a proposed preliminary injunction order as to the Gomez Defendants no later than **Friday, May 11, 2018**.

    b. The Gomez Defendants shall file with the Court, and serve on Commission counsel, any pleadings concerning preliminary injunction, including responses or oppositions, affidavits, motions, expert reports or declarations, or legal memoranda no later than **Friday, May 25, 2018**.

    c. The FTC may file with the Court, and serve on counsel for the Gomez Defendants, its reply no later than **Friday, June 1, 2018**.

5. The evidentiary hearing on Plaintiff Federal Trade Commission's motion for preliminary injunction as to the Gomez Defendants is set for **June 5, 2018 at 10:00 a.m.,** at the **United States Courthouse, 333 S. Las Vegas Blvd., Las Vegas, NV 89101** in **Courtroom 6A.**

IT IS SO ORDERED:

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: April 27, 2018

IT IS SO STIPULATED:

/s/ Ronald D. Green
_____
Ronald D. Green (NV Bar No. 7360)
LaTeigra C. Cahill (NV Bar No. 14352)
Randazza Legal Group, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel. (702) 420 2001
Email: rdg@randazza.com

**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Info Solutions, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**

/s/ Roberto Anguizola
_____
Roberto Anguizola
Illinois Bar # 6270874
(Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3284
Email: ranguizola@ftc.gov

_____
James C. Bastian, Jr.
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Tel. (949) 340-3400
Email: jbastian@shbllp.com

**Attorney for defendants Adams Consulting, LLC, Global Marketing Services L.L.C, and Jeffery A. Gomez**

5

Miry Kim
Washington Bar # 31456
(Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3622
Email: mkim@ftc.gov

Gregory J. Evans
DC Bar # 1033184
(Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop CC-8528
Washington, D.C. 20580

**Attorneys for Plaintiff**
**FEDERAL TRADE COMMISSION**

**CERTIFICATE OF SERVICE**

I hereby certify that on April  26, 2018, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF electronic filing system. Additionally, I served all of the counsel and parties listed on the attached Service List by the methods indicated therein.

/s/ Roberto Anguizola

Roberto Anguizola
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

# SERVICE LIST

| | |
|---|---|
| Suzette Michele M. Moore<br>Shumaker<br>Bank of America Plaza, Suite 2800<br>101 East Kennedy Boulevard<br>Tampa, FL 33602<br>Tel. (813) 227-2272<br>Email: smoore@slk-law.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Seeking admission Pro Hac Vice**<br><br>**Served via email** | Ronald D. Green (NV Bar No. 7360)<br>LaTeigra C. Cahill (NV Bar No. 14352)<br>Randazza Legal Group, PLLC<br>4035 S. El Capitan Way<br>Las Vegas, NV 89147<br>Tel. (702) 420 2001<br>Email: lcc@randazza.com,<br>rdg@randazza.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Served via email** |
| Brick Kane<br>President<br>Robb Evans & Associates LLC<br>11450 Sheldon Street<br>Sun Valley, California 91352-1121<br>Tel: (818) 768-8100<br>Fax: (818) 768-8802<br>Email: bkane@robbevans.com<br><br>**Court Appointed Receiver**<br><br>**Served via email** | Gary Owen Caris<br>Barnes & Thornburg LLP<br>2029 Century Park E., Suite 300<br>Los Angeles, California 90067-2904<br>Tel. (424) 363-2920<br>Email: gcaris@btlaw.com<br><br>**Attorney for the Court Appointed Receiver Robb Evans & Associates LLC**<br><br>**Served via email** |

| | |
|---|---|
| 1 | James C. Bastian, Jr. |
| | Shulman Hodges & Bastian LLP |
| 2 | 100 Spectrum Center Drive, Suite 600 |
| | Irvine, CA 92618 |
| 3 | Tel. (949) 340-3400 |
| | Email: jbastian@shbllp.com |
| 4 | |
| | **Attorney for defendants Adams** |
| 5 | **Consulting, LLC, Global Marketing** |
| | **Services L.L.C, and Jeffery A. Gomez** |
| 6 | |
| | **Served via email** |
| 7 | |