1    Roberto Anguizola
     Illinois Bar # 6270874 (Admitted pursuant to LR IA 11-3)
2    Tel. (202) 326-3284
     Email: ranguizola@ftc.gov
3
     Miry Kim
4    Washington Bar # 31456 (Admitted pursuant to LR IA 11-3)
     Tel. (202) 326-3622
5    Email: mkim@ftc.gov

6    Gregory J. Evans
     DC Bar # 1033184 (Admitted pursuant to LR IA 11-3)
     Tel. (202) 326-3425
7    Email: gevans2@ftc.gov

8    Federal Trade Commission
     600 Pennsylvania Avenue, NW
9    Mail Drop CC-8528
     Washington, DC 20580

10
     Attorneys for Plaintiff
11   FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
|      Plaintiff, | CASE NO. 2:18-cv-00442-JCM-PAL |
|      v. | |
| AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; INFO SOLUTIONS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER; ADAM S. BOWSER; JODY L. MARSHALL; and JEFFREY A. GOMEZ, | **STIPULATION AND ORDER EXTENDING THE DURATION OF THE TEMPORARY RESTRAINING ORDER AND SETTING PRELIMINARY INJUNCTION HEARING AS TO DEFENDANTS ADAMS CONSULTING, LLC, GLOBAL MARKETING SERVICES L.L.C., AND JEFFREY A. GOMEZ** |
|      Defendants. | |

1

1    This matter comes before the Court upon the stipulation of plaintiff Federal Trade

2    Commission ("FTC"), and defendants Adams Consulting, LLC, Global Marketing Services

3    L.L.C., and Jeffrey A. Gomez (collectively "Gomez Defendants"), for: (i) further extension of

4    the Stipulated Temporary Restraining Order issued on April 18, 2018 [ECF No. 57] ("Gomez

5    Stipulated TRO") against the Gomez Defendants; and (iii) extending the briefing schedule and

6    re-scheduling the evidentiary hearing on the FTC's motion for a preliminary injunction as to the

7    Gomez Defendants.  The FTC and the Gomez Defendants, each of which is represented by

8    counsel for purposes of this stipulation, **HEREBY STIPULATE TO THE FOLLOWING**:

9        1.    The duration of the Gomez Stipulated TRO [ECF No. 57] is extended and shall

10   remain in place by consent of the Gomez Defendants until the Court issues a ruling on the FTC's

11   request for a preliminary injunction as to the Gomez Defendants, or further order of the Court.

12   Unless otherwise ordered, all provisions of the Gomez Stipulated TRO shall remain in place

13   during the extension, including the asset freeze and appointment of the receiver Robb Evans &

14   Associates LLC.  The Gomez Defendants specifically reserve all rights and nothing herein shall

15   be construed as an admission of any kind or impair Gomez Defendants' right to assert any and

16   all defenses they may have.  The reason for the extension of the Gomez Stipulated TRO is to

17   allow the Gomez Defendants and the FTC additional time to conduct compromise negotiations,

18   and, if necessary, additional time to prepare for the preliminary injunction hearing on the FTC's

19   request for a preliminary injunction as to the Gomez Defendants.

20       2.    All the deadlines for motions, memoranda, proposed orders, pleadings, responses

21   or oppositions, and affidavits concerning the FTC's request for preliminary injunction as to the

22   Gomez Defendants set forth in the Stipulation and Order Extending the Duration of the

23   Temporary Restraining Orders and Setting Preliminary Injunction Hearing as to Defendants

1 | Adams Consulting, LLC, Global Marketing Services L.L.C., and Jeffrey A. Gomez entered on
2 | April 27, 2018 [ECF No. 63] are vacated and re-set as follows:

3 |       a.     The FTC shall file with the Court, and serve on counsel for the Gomez
4 | Defendants, its memorandum of law in support of its motion for preliminary injunction
5 | and a proposed preliminary injunction order as to the Gomez Defendants no later than
6 | **Friday, May 25, 2018**.

7 |       b.     The Gomez Defendants shall file with the Court, and serve on
8 | Commission counsel, any pleadings concerning preliminary injunction, including
9 | responses or oppositions, affidavits, motions, expert reports or declarations, or legal
10 | memoranda no later than **Friday, June 8, 2018**.

11 |       c.     The FTC may file with the Court, and serve on counsel for the Gomez
12 | Defendants, its reply no later than **Friday, June 15, 2018**.

13 | 3.     The evidentiary hearing on Plaintiff Federal Trade Commission's motion for
14 | preliminary injunction as to the Gomez Defendants currently scheduled for Tuesday, June 5,
15 | 2018 is vacated and is rescheduled to **June 21**, **2018**, at **10:30 am PST** at the **United States**
16 | **Courthouse, 333 S. Las Vegas Blvd., Las Vegas, NV 89101** in **Courtroom 6A**.

17 | **IT IS SO ORDERED:**

18 |
19 | *[signature]*
20 | HONORABLE JAMES C. MAHAN
    UNITED STATES DISTRICT JUDGE

21 | DATED: May 7, 2018.
22 |
23 |

3

1   **IT IS SO STIPULATED:**

2   *Robert Anguizola*

3   Roberto Anguizola
    Illinois Bar # 6270874
    (Admitted pursuant to LR IA 11-3)
4   Tel. (202) 326-3284
    Email: ranguizola@ftc.gov
5
    Miry Kim
6   Washington Bar # 31456
    (Admitted pursuant to LR IA 11-3)
7   Tel. (202) 326-3622
    Email: mkim@ftc.gov
8
    Gregory J. Evans
9   DC Bar # 1033184
    (Admitted pursuant to LR IA 11-3)
10  Tel. (202) 326-3425
    Email: gevans2@ftc.gov
11
    Federal Trade Commission
12  600 Pennsylvania Avenue, N.W.
    Mail Drop CC-8528
13  Washington, D.C. 20580

14  **Attorneys for Plaintiff**
    **FEDERAL TRADE COMMISSION**
15

16

17

18

19

20

21

22

23

James C. Bastian, Jr.
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Tel. (949) 340-3400
Email: jbastian@shbllp.com

**Attorney for defendants Adams Consulting,**
**LLC, Global Marketing Services L.L.C, and**
**Jeffery A. Gomez**

4

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on May  7  , 2018, I caused the foregoing document to be filed with

3 the Clerk of the Court via the Court's CM/ECF electronic filing system.  Additionally, I served

4 all of the counsel and parties listed on the attached Service List by the methods indicated therein.

5

6                          Roberto Anguizola
Attorney for Plaintiff
7                          FEDERAL TRADE COMMISSION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

5

1

SERVICE LIST

2 | Suzette Michele M. Moore
S. Moore Law
3 | 4720 Cleveland Heights Blvd.
Suite 201
4 | Lakeland, FL 33813
Tel. (863) 229-2140
5 | Email: s.moore@smoorelaw.com

6 | **Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC,**
7 | **Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online**
8 | **Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S.**
9 | **Bowser, and Jody Marshall**

10 | **Seeking admission Pro Hac Vice**

11 | **Served via email**

12 | Brick Kane
President
13 | Robb Evans & Associates LLC
11450 Sheldon Street
14 | Sun Valley, California 91352-1121
Tel: (818) 768-8100
15 | Fax: (818) 768-8802
Email: bkane@robbevans.com
16 |
**Court Appointed Receiver**
17 |
**Served via email**
18

Ronald D. Green (NV Bar No. 7360)
LaTeigra C. Cahill (NV Bar No. 14352)
Randazza Legal Group, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel. (702) 420 2001
Email: lcc@randazza.com, rdg@randazza.com

**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**

**Served via email**

Gary Owen Caris
Barnes & Thornburg LLP
2029 Century Park E., Suite 300
Los Angeles, California 90067-2904
Tel. (424) 363-2920
Email: gcaris@btlaw.com

**Attorney for the Court Appointed Receiver Robb Evans & Associates LLC**

**Served via email**

19
20
21
22
23

6

James C. Bastian, Jr.
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Tel. (949) 340-3400
Email: jbastian@shbllp.com

**Attorney for defendants Adams
Consulting, LLC, Global Marketing
Services L.L.C, and Jeffery A. Gomez**

**Served via email**