Michael F. Lynch (NV SBN 8555)
Michael@LynchLawPractice.com
**LYNCH LAW PRACTICE, PLLC**
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Telephone: (702) 684-6000
Facsimile: (702) 543-3279

Gary Owen Caris (CA SBN 088918)
gcaris@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Temporary Receiver
**ROBB EVANS & ASSOCIATES LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER, individually and as an officer of FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; ADAM S. BOWSER, individually and as an officer of AWS, LLC, FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE | Case No. 2:18-cv-00442-JCM-PAL<br><br>**STIPULATION TO VACATE REAL PROPERTY AND REJECT REAL PROPERTY LEASES, AND TO AUTHORIZE TEMPORARY RECEIVER TO SELL OR ABANDON PERSONAL PROPERTY OF THE RECEIVERSHIP ENTITIES** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; JODY L. MARSHALL, individually and as an officer of INFO PROS, LLC and INFO SOLUTIONS, LLC; and JEFFERY A. GOMEZ, a/k/a JEFF ADAMS or JEFF ADAM, individually and as an officer of ADAMS CONSULTING, LLC and GLOBAL MARKETING SERVICES L.L.C.,<br><br>Defendants. |

Receivership Entities AWC, LLC, a Nevada limited liability company, FBA Distributors, LLC, a Massachusetts limited liability company, FBA Stores, LLC, a Nevada limited liability company, Info Pros, LLC, A Nevada limited liability company, Online Auction Learning Center, Inc., a Massachusetts corporation, Online Auction Learning Center, Inc., a Nevada corporation, Info Solutions, LLC, a Nevada limited liability company (collectively, the "Receivership Entities"), individual defendants Christopher F. Bowser, Adam S. Bowser and Jody Marshall (collectively, the "Individual Defendants," and together with the Receivership Entities, the "Stipulating Defendants"), by and through their attorneys of record, Randazza Legal Group, PLLC, by Ronald D. Green, Jr., and Temporary Receiver, Robb Evans & Associates LLC ("Temporary Receiver"), by and through its attorneys of record, Barnes & Thornburg LLP, by Gary Owen Caris, enter into this Stipulation to Vacate Real Property and Reject Real Property Leases, and to Authorize Temporary Receiver to Sell or Abandon Personal Property of the Receivership Entities ("Stipulation") in reference to and in consideration of the following:

## RECITALS

A. Robb Evans & Associates LLC became Temporary Receiver over all of the Receivership Entities pursuant to the Temporary Restraining Order ("TRO") entered March 14, 2018 (Doc.29). Pursuant to the TRO, the Temporary Receiver took possession and control of the Receivership Entities on March 16, 2018.

B. At the inception of the receivership, the Receivership Entities had various interests in

real property as tenants or lessees, as follows:

    1. Online Auction Learning Center entered into a commercial lease of the real property commonly known as 293 Libbey Industrial Parkway, Weymouth, Massachusetts ("Weymouth Property"). The lease is for a term of three years, commencing November 15, 2015. The current monthly rent is $11,893.00.

    2. FBA Stores, LLC, entered into a commercial lease of the real property commonly known as 3165 N. Moapa Valley Blvd., Logandale, Nevada ("Logandale Property") on June 1, 2017. The lease agreement is a month-to-month tenancy. The current monthly rent is $1,850.00.

    3. FBA Stores, LLC entered into a lease agreement of the real property commonly known as 350 South 400 West, Lindon, Utah ("Lindon Property"). The lease agreement is a month-to-month tenancy, commencing December 16, 2017. The current monthly rent is $8,594.63.

    4. Info Pros, LLC entered into a commercial lease agreement of the real property commonly known as 197 E. California Ave. #260, Las Vegas, Nevada ("Las Vegas Property"). The lease is for a term of five years, commencing January 1, 2018. The base monthly rent is $2,501.03.

    5. FBA Stores, LLC entered into an office building lease of the real property commonly known as 440 N. Mountain Ave., Suite 212, Upland, California ("Upland Property"). The lease is for a term of 38 months, commencing June 1, 2017. The base monthly rent is $3,960.60. (The Weymouth Property, Logandale Property, Lindon Property, Las Vegas Property and Upland Property are collectively referred to as the "Leased Premises." The agreements referred to in subparagraphs B.1 through B.5 are collectively referred to as the "Lease Agreements.")

C. The assets of the Receivership Entities include various items of personal property located at the Leased Premises, although little or no personal property of the Receivership Entities is located at the Las Vegas Property and the Upland Property. The personal property is of limited value and primarily consists of office furniture, office equipment and warehouse

equipment ("Receivership Entities Personal Property").

D. The Stipulating Defendants have entered into a settlement with the plaintiff, Federal Trade Commission ("FTC"), subject to approval of the FTC. Pursuant to the settlement, the Stipulating Defendants do not intend to operate businesses or otherwise have need for any of the Leased Premises. In order to reduce the ongoing administrative expenses of the receivership estate, the Stipulating Defendants and the Temporary Receiver agree that it is beneficial for the Temporary Receiver to vacate the Leased Premises as soon as practical and to reject the Lease Agreements, as may be necessary or appropriate. Furthermore, in light of the tentative settlement with the FTC, the diminishing value of the Receivership Entities Personal Property over time, and in connection with vacating the Leased Premises, the Stipulating Defendants and the Temporary Receiver agree that it is beneficial for the Temporary Receiver to take steps to liquidate or abandon the Receivership Entities Personal Property as soon as practicable.

NOW THEREFORE, in consideration of the foregoing, the Stipulating Defendants and the Temporary Receiver, by and through their counsel, do stipulate and agree as follows:

**AGREEMENT**

1. The Temporary Receiver shall liquidate the Receivership Entities Personal Property as soon as reasonably practical following entry of an order approving this Stipulation, and without further Court order or hearing, in such a manner as the Temporary Receiver determines to be most cost-effective so as to maximize the recovery to the estate, in the Temporary Receiver's discretion and business judgment, in one or more public auctions and/or private sales, or any combination thereof, as the Temporary Receiver may determine will maximize value, minimize expense and expedite the sale of the Receivership Entities Personal Property, and all such sales shall be deemed to be authorized under 28 U.S.C. § 2004.

2. Any of the Receivership Entities Personal Property that the Temporary Receiver determines in its discretion and business judgment cannot be liquidated for the benefit of the receivership estate may be abandoned by the Temporary Receiver without further notice, hearing or additional court order.

3. The Temporary Receiver shall vacate the Leased Premises as soon as practical

following entry of an order approving this Stipulation, and to reject the Lease Agreements in such manner as the Temporary Receiver deems necessary or appropriate following entry of an order approving this Stipulation.

4. The parties hereto approve the form and content of the proposed order attached hereto as Exhibit 1.

Dated: May 2, 2018

RONALD D. GREEN, JR.
RANDAZZA LEGAL GROUP, PLLC

By: *Ronald D. Green Jr.*
RONALD D. GREEN, JR.

Attorneys for Defendants AWC, LLC, a Nevada limited liability company, FBA Distributors, LLC, a Massachusetts limited liability company, FBA Stores, LLC, a Nevada limited liability company, Info Pros, LLC, A Nevada limited liability company, Online Auction Learning Center, Inc., a Massachusetts corporation, Online Auction Learning Center, Inc., a Nevada corporation, Info Solutions, LLC, a Nevada limited liability, Christopher F. Bowser, Adam S. Bowser and Jody Marshall

Dated: May 2, 2018

MICHAEL F. LYNCH
LYNCH LAW PRACTICE, PLLC

GARY OWEN CARIS
BARNES & THORNBURG LLP

By: *Gary Owen Caris*
GARY OWEN CARIS

Attorneys for Temporary Receiver
**ROBB EVANS & ASSOCIATES LLC**

**NO OBJECTION:**

ROBERTO ANGUIZOLA, ESQ.
MIRY KIM, ESQ.
GREGORY J. EVANS, ESQ.
FEDERAL TRADE COMMISSION

By: *Roberto Anguizola*
ROBERTO ANGUIZOLA

Attorneys for
**FEDERAL TRADE COMMISSION**

12304191

- 5 -

# EXHIBIT 1

Michael F. Lynch (NV SBN 8555)
Michael@LynchLawPractice.com
**LYNCH LAW PRACTICE, PLLC**
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Telephone: (702) 684-6000
Facsimile: (702) 543-3279

Gary Owen Caris (CA SBN 088918)
gcaris@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Temporary Receiver
**ROBB EVANS & ASSOCIATES LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER, individually and as an officer of FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; ADAM S. BOWSER, individually and as an officer of AWS, LLC, FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE | Case No. 2:18-cv-00442-JCM-PAL<br><br>**ORDER APPROVING STIPULATION TO VACATE REAL PROPERTY AND REJECT REAL PROPERTY LEASES, AND TO AUTHORIZE TEMPORARY RECEIVER TO SELL OR ABANDON PERSONAL PROPERTY OF THE RECEIVERSHIP ENTITIES** |

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; JODY L. MARSHALL, individually and as an officer of INFO PROS, LLC and INFO SOLUTIONS, LLC; and JEFFERY A. GOMEZ, a/k/a JEFF ADAMS or JEFF ADAM, individually and as an officer of ADAMS CONSULTING, LLC and GLOBAL MARKETING SERVICES L.L.C.,<br><br>Defendants. |

   The Court, having read and reviewed the Stipulation to Vacate Real Property and Reject Real Property Leases, and to Authorize Temporary Receiver to Sell or Abandon Personal Property of the Receivership Entities ("Stipulation") entered into by AWC, LLC, a Nevada limited liability company, FBA Distributors, LLC, a Massachusetts limited liability company, FBA Stores, LLC, a Nevada limited liability company, Info Pros, LLC, A Nevada limited liability company, Online Auction Learning Center, Inc., a Massachusetts corporation, Online Auction Learning Center, Inc., a Nevada corporation, Info Solutions, LLC, a Nevada limited liability company (collectively the "Receivership Entities"), Christopher F. Bowser, Adam S. Bowser and Jody Marshall , by and through their attorneys of record, Randazza Legal Group, PLLC, by Ronald D. Green, Jr., and Temporary Receiver, Robb Evans & Associates LLC ("Temporary Receiver"), by and through its attorneys of record, Barnes & Thornburg LLP, by Gary Owen Caris, the plaintiff Federal Trade Commission having no objection to the Stipulation, and good cause being shown therefore, it is

   **ORDERED** that the Stipulation shall be and is hereby approved in its entirety; and it is further

   **ORDERED** that the Temporary Receiver shall liquidate the Receivership Entities Personal Property, as defined in the Stipulation, as soon as reasonably practical following entry of this Order approving this Stipulation, and without further Court order or hearing, in such a manner as the Temporary Receiver determines to be most cost-effective so as to maximize the

recovery to the estate, in the Temporary Receiver's discretion and business judgment, in one or more public auctions and/or private sales, or any combination thereof, as the Temporary Receiver may determine will maximize value, minimize expense and expedite the sale of the Receivership Entities Personal Property, and all such sales shall be deemed to be authorized under 28 U.S.C. § 2004; and it is further

**ORDERED** that any of the Receivership Entities Personal Property that the Temporary Receiver determines in its discretion and business judgment cannot be liquidated for the benefit of the receivership estate may be abandoned by the Temporary Receiver without further notice, hearing or additional court order; and it is further

**ORDERED** that the Temporary Receiver shall vacate the Leased Premises, as defined in the Stipulation, as soon as practical following entry of this Order and to reject the Lease Agreements, as defined in the Stipulation, in such manner as the Temporary Receiver deems necessary or appropriate following entry of this Order.

Dated: May 7, 2018.

_____
JAMES C. MAHAN
United States District Judge

12304192v1

- 3 -