Roberto Anguizola
Illinois Bar # 6270874 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3284
Email: ranguizola@ftc.gov

Miry Kim
Washington Bar # 31456 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3622
Email: mkim@ftc.gov

Gregory J. Evans
DC Bar # 1033184 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-8528
Washington, DC 20580

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; INFO SOLUTIONS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER; ADAM S. BOWSER; JODY L. MARSHALL; and JEFFREY A. GOMEZ,<br><br>    Defendants. | CASE NO. 2:18-cv-00442-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING THE DURATION OF THE TEMPORARY RESTRAINING ORDER AND SETTING PRELIMINARY INJUNCTION HEARING AS TO DEFENDANTS ADAMS CONSULTING, LLC, GLOBAL MARKETING SERVICES L.L.C., AND JEFFREY A. GOMEZ** |

1

This matter comes before the Court upon the stipulation of plaintiff Federal Trade Commission ("FTC"), and defendants Adams Consulting, LLC, Global Marketing Services L.L.C., and Jeffrey A. Gomez (collectively "Gomez Defendants"), for: (i) further extension of the Stipulated Temporary Restraining Order issued on April 18, 2018 [ECF No. 57] ("Gomez Stipulated TRO") against the Gomez Defendants; and (iii) extending the briefing schedule and re-scheduling the evidentiary hearing on the FTC's motion for a preliminary injunction as to the Gomez Defendants.  The FTC and the Gomez Defendants, each of which is represented by counsel for purposes of this stipulation, **HEREBY STIPULATE TO THE FOLLOWING**:

1. The duration of the Gomez Stipulated TRO [ECF No. 57] is extended and shall remain in place by consent of the Gomez Defendants until the Court issues a ruling on the FTC's request for a preliminary injunction as to the Gomez Defendants, or further order of the Court. Unless otherwise ordered, all provisions of the Gomez Stipulated TRO shall remain in place during the extension, including the asset freeze and appointment of the receiver Robb Evans & Associates LLC.  The Gomez Defendants specifically reserve all rights and nothing herein shall be construed as an admission of any kind or impair Gomez Defendants' right to assert any and all defenses they may have.  The reason for the extension of the Gomez Stipulated TRO is to allow the Gomez Defendants and the FTC additional time to conduct further compromise negotiations, and, if necessary, additional time to prepare for the preliminary injunction hearing on the FTC's request for a preliminary injunction as to the Gomez Defendants.

2. All the deadlines for motions, memoranda, proposed orders, pleadings, responses or oppositions, and affidavits concerning the FTC's request for preliminary injunction as to the Gomez Defendants set forth in the Stipulation and Order Extending the Duration of the Temporary Restraining Order and Setting Preliminary Injunction Hearing as to Defendants

Adams Consulting, LLC, Global Marketing Services L.L.C., and Jeffrey A. Gomez entered on May 7, 2018 [ECF No. 66] are vacated and re-set as follows:

    a.    The FTC shall file with the Court, and serve on counsel for the Gomez Defendants, its memorandum of law in support of its motion for preliminary injunction and a proposed preliminary injunction order as to the Gomez Defendants no later than **Friday, June 8, 2018**.

    b.    The Gomez Defendants shall file with the Court, and serve on Commission counsel, any pleadings concerning preliminary injunction, including responses or oppositions, affidavits, motions, expert reports or declarations, or legal memoranda no later than **Friday, June 22, 2018**.

    c.    The FTC may file with the Court, and serve on counsel for the Gomez Defendants, its reply no later than **Friday, June 29, 2018**.

3. The evidentiary hearing on Plaintiff Federal Trade Commission's motion for preliminary injunction as to the Gomez Defendants currently scheduled for Thursday, June 21, 2018 is vacated and is rescheduled to **July 10, 2018 at 10:30 a.m.,** at the **United States Courthouse, 333 S. Las Vegas Blvd., Las Vegas, NV 89101** in **Courtroom 6A**.

          **IT IS SO ORDERED:**

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: May 23, 2018

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED:** | *[signature]* |
| 2 | *Robert Anguizola* | |
| | Roberto Anguizola | James C. Bastian, Jr. |
| 3 | Illinois Bar # 6270874 | Shulman Hodges & Bastian LLP |
| | (Admitted pursuant to LR IA 11-3) | 100 Spectrum Center Drive, Suite 600 |
| 4 | Tel. (202) 326-3284 | Irvine, CA 92618 |
| | Email: ranguizola@ftc.gov | Tel. (949) 340-3400 |
| 5 | | Email: jbastian@shbllp.com |
| | Miry Kim | |
| 6 | Washington Bar # 31456 | **Attorney for defendants Adams Consulting,** |
| | (Admitted pursuant to LR IA 11-3) | **LLC, Global Marketing Services L.L.C, and** |
| 7 | Tel. (202) 326-3622 | **Jeffery A. Gomez** |
| | Email: mkim@ftc.gov | |

Gregory J. Evans
DC Bar # 1033184
(Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop CC-8528
Washington, D.C. 20580

**Attorneys for Plaintiff**
**FEDERAL TRADE COMMISSION**

4

**CERTIFICATE OF SERVICE**

I hereby certify that on May  21 , 2018, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF electronic filing system.  Additionally, I served all of the counsel and parties listed on the attached Service List by the methods indicated therein.

*Roberto Anguizola*
Roberto Anguizola
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

## SERVICE LIST

| | |
|---|---|
| Suzette Michele M. Moore<br>S. Moore Law<br>4720 Cleveland Heights Blvd.<br>Suite 201<br>Lakeland, FL 33813<br>Tel. (863) 229-2140<br>Email: s.moore@smoorelaw.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Seeking admission Pro Hac Vice**<br><br>**Served via email** | Ronald D. Green (NV Bar No. 7360)<br>LaTeigra C. Cahill (NV Bar No. 14352)<br>Randazza Legal Group, PLLC<br>4035 S. El Capitan Way<br>Las Vegas, NV 89147<br>Tel. (702) 420 2001<br>Email: lcc@randazza.com,<br>rdg@randazza.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Served via email** |
| Brick Kane<br>President<br>Robb Evans & Associates LLC<br>11450 Sheldon Street<br>Sun Valley, California 91352-1121<br>Tel: (818) 768-8100<br>Fax: (818) 768-8802<br>Email: bkane@robbevans.com<br><br>**Court Appointed Receiver**<br><br>**Served via email** | Gary Owen Caris<br>Barnes & Thornburg LLP<br>2029 Century Park E., Suite 300<br>Los Angeles, California 90067-2904<br>Tel. (424) 363-2920<br>Email: gcaris@btlaw.com<br><br>**Attorney for the Court Appointed Receiver Robb Evans & Associates LLC**<br><br>**Served via email** |

James C. Bastian, Jr.
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Tel. (949) 340-3400
Email: jbastian@shbllp.com

**Attorney for defendants Adams Consulting, LLC, Global Marketing Services L.L.C, and Jeffery A. Gomez**

**Served via email**