1  Roberto Anguizola
   Illinois Bar # 6270874 (Admitted pursuant to LR IA 11-3)
2  Tel. (202) 326-3284
   Email: ranguizola@ftc.gov

3  Miry Kim
4  Washington Bar # 31456 (Admitted pursuant to LR IA 11-3)
   Tel. (202) 326-3622
5  Email: mkim@ftc.gov

6  Gregory J. Evans
   DC Bar # 1033184 (Admitted pursuant to LR IA 11-3)
7  Tel. (202) 326-3425
   Email: gevans2@ftc.gov

8  Federal Trade Commission
   600 Pennsylvania Avenue, NW
9  Mail Drop CC-8528
   Washington, DC 20580

10
   Attorneys for Plaintiff
11 FEDERAL TRADE COMMISSION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | CASE NO. 2:18-cv-00442-JCM-PAL |
| AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; INFO SOLUTIONS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER; ADAM S. BOWSER; JODY L. MARSHALL; and JEFFREY A. GOMEZ, | **STIPULATION AND ORDER EXTENDING THE DURATION OF THE TEMPORARY RESTRAINING ORDER AND VACATING PRELIMINARY INJUNCTION HEARING PENDING COMMISSION REVIEW OF PROPOSED STIPULATED FINAL ORDER FOR PERMANENT INJUNCTION AND MONETARY RELIEF AS TO DEFENDANTS ADAMS CONSULTING, LLC, GLOBAL MARKETING SERVICES L.L.C., AND JEFFREY A. GOMEZ** |
| Defendants. | |

1

1    This matter comes before the Court upon the stipulation of plaintiff Federal Trade

2  Commission ("FTC"), and defendants Adams Consulting, LLC, Global Marketing Services

3  L.L.C., and Jeffrey A. Gomez (collectively "Gomez Defendants"), for: (i) further extension of

4  the Stipulated Temporary Restraining Order issued on April 18, 2018 [ECF No. 57] ("Gomez

5  Stipulated TRO") against the Gomez Defendants; and (ii) vacating the evidentiary hearing on the

6  FTC's motion for a preliminary injunction as to the Gomez Defendants.  The FTC and the

7  Gomez Defendants, each of which is represented by counsel for purposes of this stipulation,

8  **HEREBY STIPULATE TO THE FOLLOWING**:

9    1.    The duration of the Gomez Stipulated TRO [ECF No. 57] is extended and shall

10  remain in place by consent of the Gomez Defendants until the Court issues a ruling on the FTC's

11  request for a preliminary injunction as to the Gomez Defendants, or further order of the Court.

12  Unless otherwise ordered, all provisions of the Gomez Stipulated TRO shall remain in place

13  during the extension, including the asset freeze and appointment of the receiver Robb Evans &

14  Associates LLC.  The Gomez Defendants specifically reserve all rights and nothing herein shall

15  be construed as an admission of any kind or impair Gomez Defendants' right to assert any and

16  all defenses they may have.  The reason for the extension of the Gomez Stipulated TRO is to

17  allow the FTC to review and, if appropriate, approve a stipulated final order for permanent

18  injunction and monetary relief as to the Gomez Defendants ("Gomez Stipulated Final Order").

19  FTC counsel are submitting the Gomez Stipulated Final Order to the FTC for review and

20  approval, and are informed that the approval process could take up to eight weeks.  If the FTC

21  approves the Gomez Stipulated Final Order, it will be filed for approval by the Court.  If

22  approved by the FTC and the Court, the Gomez Stipulated Final Order will resolve all disputes

23  between the FTC and the Gomez Defendants and obviate the need for a preliminary injunction

2

1  hearing.

2      2.      All the deadlines for motions, memoranda, proposed orders, pleadings, responses

3  or oppositions, and affidavits concerning the FTC's request for preliminary injunction as to the

4  Gomez Defendants set forth in the Stipulation and Order Extending the Duration of the

5  Temporary Restraining Order and Setting Preliminary Injunction Hearing as to Defendants

6  Adams Consulting, LLC, Global Marketing Services L.L.C., and Jeffrey A. Gomez entered on

7  May 23, 2018 [ECF No. 72] are vacated until further order of the Court.

8      3.      The evidentiary hearing on Plaintiff Federal Trade Commission's motion for

9  preliminary injunction as to the Gomez Defendants currently scheduled for July 10, 2018 is

10  vacated.

11                              **IT IS SO ORDERED:**

12

13                              _Jems C. Mahan_

14                              HONORABLE JAMES C. MAHAN
                                UNITED STATES DISTRICT JUDGE

15                              DATED:   June 14, 2018

16

17  **IT IS SO STIPULATED:**

18  _Robert Anguizola_                              _M M_

19  Roberto Anguizola                              James C. Bastian, Jr.
    Illinois Bar # 6270874                         Shulman Hodges & Bastian LLP
    (Admitted pursuant to LR IA 11-3)              100 Spectrum Center Drive, Suite 600

20  Tel. (202) 326-3284                            Irvine, CA 92618
    Email: ranguizola@ftc.gov                      Tel. (949) 340-3400

21                                                  Email: jbastian@shbllp.com
    Miry Kim

22  Washington Bar # 31456                         **Attorney for defendants Adams Consulting,**
    (Admitted pursuant to LR IA 11-3)              **LLC, Global Marketing Services L.L.C, and**

23  Tel. (202) 326-3622                            **Jeffery A. Gomez**
    Email: mkim@ftc.gov

                                        3

Gregory J. Evans
DC Bar # 1033184
(Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop CC-8528
Washington, D.C. 20580

**Attorneys for Plaintiff**
**FEDERAL TRADE COMMISSION**

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 7, 2018, I caused the foregoing document to be filed with the Clerk of the Court via the Court's CM/ECF electronic filing system.  Additionally, I served all of the counsel and parties listed on the attached Service List by the methods indicated therein.

*Robert Anguizola*
_____
Roberto Anguizola
Attorney for Plaintiff
FEDERAL TRADE COMMISSION

5

1

## SERVICE LIST

2

Suzette Michele M. Moore
S. Moore Law

3

4720 Cleveland Heights Blvd.
Suite 201

4

Lakeland, FL 33813
Tel. (863) 229-2140

5

Email: s.moore@smoorelaw.com

6

**Attorney for defendants AWS, LLC, FBA**

7

**Distributors, LLC, FBA Stores, LLC,**
**Info Pros, LLC, Online Auction Learning**
**Center, Inc. (Mass. Corp.), Online**

8

**Auction Learning Center, Inc. (Nev.**
**Corp.), Christopher F. Bowser, Adam S.**

9

**Bowser, and Jody Marshall**

10

**Seeking admission Pro Hac Vice**

11

**Served via email**

12

Brick Kane
President

13

Robb Evans & Associates LLC
11450 Sheldon Street

14

Sun Valley, California 91352-1121
Tel: (818) 768-8100

15

Fax: (818) 768-8802
Email: bkane@robbevans.com

16

**Court Appointed Receiver**

17

**Served via email**

18

19

20

21

22

23

Ronald D. Green (NV Bar No. 7360)
LaTeigra C. Cahill (NV Bar No. 14352)
Randazza Legal Group, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel. (702) 420 2001
Email: lcc@randazza.com,
rdg@randazza.com

**Attorney for defendants AWS, LLC,**
**FBA Distributors, LLC, FBA Stores,**
**LLC, Info Pros, LLC, Online Auction**
**Learning Center, Inc. (Mass. Corp.),**
**Online Auction Learning Center, Inc.**
**(Nev. Corp.), Christopher F. Bowser,**
**Adam S. Bowser, and Jody Marshall**

**Served via email**

Gary Owen Caris
Barnes & Thornburg LLP
2029 Century Park E., Suite 300
Los Angeles, California 90067-2904
Tel. (424) 363-2920
Email: gcaris@btlaw.com

**Attorney for the Court Appointed**
**Receiver Robb Evans & Associates**
**LLC**

**Served via email**

James C. Bastian, Jr.
Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Tel. (949) 340-3400
Email: jbastian@shbllp.com

**Attorney for defendants Adams
Consulting, LLC, Global Marketing
Services L.L.C, and Jeffery A. Gomez**

**Served via email**

7