Lars K. Evensen, Esq.
Nevada Bar No. 8061
Robert J. Cassity, Esq.
Nevada Bar No. 9779
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2500
Fax: (702) 669-4650
lkevensen@hollandhart.com
bcassity@hollandhart.com

Thomas E. Pontes, Esq. *(pro hac vice)*
John D. Bowen, Esq. *(pro hac vice)*
WYNN & WYNN, P.C.
90 New State Highway
Raynham, MA 02767
tpontes@wynnandwynn.com
jbowen@wynnandwynn.com

*Attorneys for Intervenor Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; INFO SOLUTIONS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER, individually and as an officer of FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; ADAM S. BOWSER, individually and | CASE NO.: 2:18-cv-00442-JCM-PAL<br><br>**STIPULATION AND ORDER ALLOWING BANK OF AMERICA, N.A. TO INTERVENE AND FILE COMPLAINT-IN-INTERVENTION** |

1

as an officer of AWS, LLC, FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; JODY L. MARSHALL, individually and as an officer of INFO PROS, LLC and INFO SOLUTIONS, LLC; and JEFFERY A. GOMEZ, a/k/a JEFF ADAMS or JEFF ADAM, individually and as an officer of ADAMS CONSULTING, LLC and GLOBAL MARKETING SERVICES L.L.C.,

Defendants.

Proposed Intervenor, Bank of America, N.A. (the "Bank"), and Plaintiff, Federal Trade Commission ("FTC"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On September 19, 2018, the Bank filed a Motion to Intervene (ECF No. 91) (the "Motion") in this action.

2. The Bank shall be granted leave to intervene in this matter as a matter of right under FRCP 24 and to file its proposed Complaint-In-Intervention (the "Complaint"), as set forth in Exhibit 1 to the Motion.

3. The FTC reserves its right to assert all defenses, objections and counterclaims it may have in response to the Bank's Complaint, including the FTC's claim against the proceeds and accounts that are the subject of the Complaint.

4. The Bank and the FTC stipulate and agree to waive service of process of the summons and Complaint in accordance with FRCP 4(d). Accordingly, the FTC shall have 60 days from the date the Court approves this Stipulation authorizing the filing of the Complaint to

///
///
///
///
///
///

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2

answer or otherwise plead, including making a motion under FRCP 12, in response to the Complaint.

IT IS SO STIPULATED:

DATED September 26, 2018

/s/ Robert J. Cassity
Lars K. Evensen, Esq. (NV Bar No. 8061)
Robert J. Cassity, Esq. (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Thomas E. Pontes, Esq. *(pro hac vice)*
John D. Bowen, Esq. *(pro hac vice)*
WYNN & WYNN, P.C.
90 New State Highway
Raynham, MA 02767

*Attorneys for Intervening Party, Bank of America, N.A.*

DATED September 26, 2018

/s/ Roberto Anguizola
Roberto Anguizola, Esq.
Gregory J. Evans, Esq.
Mary Kim, Esq.
Federal Trade Commission
600 Pennsylvania Ave. NW
Mail Drop CC-8528
Washington, DC 20580
ranguizola@ftc.gov
gevans2@ftc.gov
mkim@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: September 27, 2018

3