1  MICHAEL F. LYNCH (NV SBN 8555)
   Michael@LynchLawPractice.com
2  **LYNCH LAW PRACTICE, PLLC**
   3613 S. Eastern Ave.
3  Las Vegas, Nevada 89169
   Telephone: (702) 684-6000
4  Facsimile:  (702) 543-3279

5

   CHRISTOPHER D. SULLIVAN (CA SBN 148083)
6  csullivan@diamondmccarthy.com
   *Pro Hac Vice*
7  LESLEY ANNE HAWES (CA SBN 117101))
   lhawes@diamondmccarthy.com
8  *Pro Hac Vice*
   **DIAMOND MCCARTHY LLP**
9  150 California Street, Suite 2200
   San Francisco, California 94111
10 Telephone:   415.692-5200
   Facsimile:   415.263-9200
11
   Attorneys for Receiver
12 ROBB EVANS & ASSOCIATES LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:18-cv-00442-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR RECEIVER TO FILE RESPONSE TO COMPLAINT-IN-INTERVENTION** |
| AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER, individually and as an officer of FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE AUCTION LEARNING CENTER, INC. | |

and ONLINE AUCTION LEARNING CENTER, INC.; ADAM S. BOWSER, individually and as an officer of AWS, LLC, FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; JODY L. MARSHALL, individually and as an officer of INFO PROS, LLC and INFO SOLUTIONS, LLC; and JEFFERY A. GOMEZ, a/k/a JEFF ADAMS or JEFF ADAM, individually and as an officer of ADAMS CONSULTING, LLC and GLOBAL MARKETING SERVICES L.L.C.,

Defendants.

Intervening Party Bank of America ("Bank") and Robb Evans & Associates LLC as Receiver, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On September 27, 2018, the Court entered the order on the Stipulation and Order Allowing Bank of America to Intervene and File Complaint-in-Intervention, ECF No. 96 ("Intervention Order").

2. Pursuant to the Intervention Order, Bank of America filed its Complaint-in-Intervention, ECF No. 97.

3. Pursuant to the Intervention Order, the Bank and the Federal Trade Commission ("FTC") stipulated and agreed to waive service of process of the summons and Complaint-in-Intervention and agreed that the FTC shall have sixty days from the date of the Intervention Order to answer or otherwise plead, including making a motion under FRCP 12, in response to the Complaint-in-Intervention.

4. The Bank and the Receiver agree that the Receiver waives service of process of the summons and Complaint-in-Intervention, and that the Receiver shall also have sixty (60) days

//
//
//

2

from the date of the Intervention Order to answer or otherwise plead, including making a motion under FRCP 12, in response to the Complaint-in-Intervention.

IT IS SO STIPULATED.

DATED: October 4, 2018

DATED October 4, 2018

/s/ Robert J. Cassity
Lars K. Evensen, Esq. (NV Bar No. 8061)
Robert J. Cassity, Esq. (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Thomas E. Pontes, Esq. (*Pro Hac Vice*)
John D. Bowen, Esq. (*Pro Hac Vice*)
WYNN & WYNN, P.C.
90 New State Highway
Raynham, MA 02767

*Attorneys for Intervening Party, Bank of America, N.A.*

By: /s/ Michael F. Lynch
Michael F. Lynch (NV SBN 8555)
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169

Christopher D. Sullivan (*Pro Hac Vice*)
Lesley Anne Hawes (*Pro Hac Vice*)
DIAMOND MCCARTHY LLP
150 California Street, Suite 2200
San Francisco, California 94111

*Attorneys for Receiver Robb Evans & Associates LLC*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2018

3