Roberto Anguizola
Illinois Bar # 6270874 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3284
Email: ranguizola@ftc.gov

Miry Kim
Washington Bar # 31456 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3622
Email: mkim@ftc.gov

Gregory J. Evans
DC Bar # 1033184 (Admitted pursuant to LR IA 11-3)
Tel. (202) 326-3425
Email: gevans2@ftc.gov

Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-8528
Washington, DC 20580

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; INFO SOLUTIONS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER; ADAM S. BOWSER; JODY L. MARSHALL; and JEFFREY A. GOMEZ,<br><br>    Defendants. | CASE NO. 2:18-cv-00442-JCM-PAL<br><br>**STIPULATION AND ORDER EXTENDING THE DUE DATE OF THE SETTLEMENT PAYMENT REQUIRED BY THE STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AS TO DEFENDANTS ADAMS CONSULTING, LLC, GLOBAL MARKETING SERVICES L.L.C., AND JEFFREY A. GOMEZ** |

This matter comes before the Court upon the stipulation of the plaintiff Federal Trade Commission ("FTC") and defendants Adams Consulting, LLC, Global Marketing Services L.L.C., and Jeffrey A. Gomez (collectively "Gomez Defendants") for extension of the due date of the settlement payment required by the Stipulated Order for Permanent Injunction and Monetary Judgment entered on October 10, 2018 [ECF 107] ("Settlement Order"). The FTC and the Gomez Defendants, each of which is represented by counsel for purposes of this stipulation, **HEREBY STIPULATE TO THE FOLLOWING**:

1. On October 10, 2018, the Court entered the Settlement Order as to the Gomez Defendants.

2. The Settlement Order requires, among other things, that the Gomez Defendants pay the FTC One Million, Two-Hundred Fifty Thousand Dollars ($1,250,000) within 180 days of the entry of the Settlement Order, which is April 8, 2019.

3. The Settlement Order requires, among other things, that the Gomez Defendants provide the FTC liens on, and security interests in, real and personal property until full payment of the settlement amount.

4. On February 15, 2019, through counsel, the Gomez Defendants requested an extension of the due date for the payment required by the Settlement Order.

5. Through counsel, the Gomez Defendants informed the FTC that Defendant Jeffrey A. Gomez needs additional time to facilitate the sale of real property in Upland, CA, and that the Gomez Defendants will use the proceeds of that sale to pay in full the $1,250,000 they owe to the FTC under the Settlement Order.

6. The FTC and the Gomez Defendants stipulate and agree to extend the due date of the payment required by the Settlement Order to **July 31, 2019**.

7. In addition to the security specified in Section III C. of the Settlement Order, the Gomez Defendants, individually and on behalf of their respective successors, assigns, and all other related persons and entities reflected on the title of, or otherwise asserting a lien, mortgage, deed of trust, assignment, pledge, security interest, or other interest in the real property located at 271 Ashbury Lane in Upland, California, hereby grant to the FTC liens on, and security interests in, the real property located at 271 Ashbury Lane in Upland, California, described in Attachment A to this Stipulation, together with all dwelling houses, other structures, improvements, appurtenances, hereditaments, and other rights appertaining or belonging thereto, or which hereafter may be added or attached thereto, and all replacements, substitutions therefor or thereto, and proceeds thereof, whether presently existing or hereafter arising.

8. All other parts of the Settlement Order shall remain unchanged and in full effect, including all liens and security interests required by the Order.

9. The FTC and the Gomez Defendants reserve all rights related to the Settlement Order.

**IT IS SO ORDERED:**

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: April 4, 2019

**IT IS SO STIPULATED:**

_____
James C. Bastian, Jr.

_____
Roberto Anguizola

| | | |
|---|---|---|
| 1 | Shulman Hodges & Bastian LLP<br>100 Spectrum Center Drive, Suite 600 | Illinois Bar # 6270874<br>(Admitted pursuant to LR IA 11-3) |
| 2 | Irvine, CA 92618<br>Tel. (949) 340-3400 | Tel. (202) 326-3284<br>Email: ranguizola@ftc.gov |
| 3 | Email: jbastian@shbllp.com | |
| 4 | **Attorney for defendants Adams Consulting,** | Miry Kim<br>Washington Bar # 31456 |
|   | **LLC, Global Marketing Services L.L.C, and** | (Admitted pursuant to LR IA 11-3) |
| 5 | **Jeffrey A. Gomez** | Tel. (202) 326-3622<br>Email: mkim@ftc.gov |
| 6 | | |
| 7 | | Gregory J. Evans<br>DC Bar # 1033184 |
|   | | (Admitted pursuant to LR IA 11-3) |
| 8 | | Tel. (202) 326-3425<br>Email: gevans2@ftc.gov |
| 9 | | |
| 10 | | Federal Trade Commission<br>600 Pennsylvania Avenue, N.W. |
|   | | Mail Drop CC-8528 |
| 11 | | Washington, D.C. 20580 |
| 12 | | **Attorneys for Plaintiff**<br>**FEDERAL TRADE COMMISSION** |

# Attachment A
Federal Trade Commission v. AWS, LLC, *et al.*, 2:18-cv-00442-JCM-PAL (D. Nev.)

| Property | Address | Legal Description | Acreage | Estimated Value | Owner | Encumbrances |
|---|---|---|---|---|---|---|
| APN: 1043-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<br>San Bernardino County, CA<br>271 Ashbury Lane, Upland, California 91784 | 271 Ashbury Lane Upland, California 91784 | Real property in the City of Upland, County of San Bernardino, State of California, described as follows:<br>LOT 38 OF TRACT NUMBER 13870, IN THE CITY OF UPLAND, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 213 OF MAPS, PAGE(S) 51 TO 55, INCLUSIVE, RECORDS OF SAID COUNTY. | Lot Size: 20,099 SF Square Feet: 3,868 Zillow: 0.46 acres | Assessed Value (01-01-18): 1,168,665 Zillow (03-28-19): $1,356,424 | 213 40TH STREET TRUST, DATED JUNE 1ST 2003 | None |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on April 4, 2019, I caused the foregoing document to be filed with |
| 3 | the Clerk of the Court via the Court's CM/ECF electronic filing system.  Additionally, I served |
| 4 | all of the counsel and parties listed on the attached Service List by the methods indicated therein. |
| 5 | |
| 6 | /s/ Gregory J. Evans<br>Gregory J. Evans<br>Attorney for Plaintiff |
| 7 | FEDERAL TRADE COMMISSION |

# SERVICE LIST

| | |
|---|---|
| Suzette Marteny Moore, Esq.<br>S. Moore Law PLLC<br>4720 Cleveland Heights Blvd., Suite 201<br>Lakeland, FL 33813<br>Tel. (863) 229-2140<br>Email: s.moore@smoorelaw.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Served via email** | Ronald D. Green (NV Bar No. 7360)<br>LaTeigra C. Cahill (NV Bar No. 14352)<br>Randazza Legal Group, PLLC<br>4035 S. El Capitan Way<br>Las Vegas, NV 89147<br>Tel. (702) 420 2001<br>Email: lcc@randazza.com,<br>rdg@randazza.com<br><br>**Attorney for defendants AWS, LLC, FBA Distributors, LLC, FBA Stores, LLC, Info Pros, LLC, Online Auction Learning Center, Inc. (Mass. Corp.), Online Auction Learning Center, Inc. (Nev. Corp.), Christopher F. Bowser, Adam S. Bowser, and Jody Marshall**<br><br>**Served via email** |
| Brick Kane<br>President<br>Robb Evans & Associates LLC<br>11450 Sheldon Street<br>Sun Valley, California 91352-1121<br>Tel: (818) 768-8100<br>Fax: (818) 768-8802<br>Email: bkane@robbevans.com<br><br>**Court Appointed Receiver**<br><br>**Served via email** | Gary Owen Caris<br>Barnes & Thornburg LLP<br>2029 Century Park E., Suite 300<br>Los Angeles, California 90067-2904<br>Tel. (424) 363-2920<br>Email: gcaris@btlaw.com<br><br>**Attorney for the Court Appointed Receiver Robb Evans & Associates LLC**<br><br>**Served via email**<br><br>Michael F. Lynch, Esq.<br>Lynch Law Practice, PLLC<br>3613 S. Eastern Ave.<br>Las Vegas, NV 89169<br>Email: Michael@LynchLawPractice.com<br><br>**Attorney for the Court Appointed Receiver Robb Evans & Associates LLC**<br><br>**Served via email** |

| | | |
|---|---|---|
| 1 | J James C. Bastian, Jr.<br>Shulman Hodges & Bastian LLP | Lars K. Evensen, Esq.<br>Nevada Bar No. 8061 |
| 2 | 100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618 | Robert J. Cassity, Esq.<br>Nevada Bar No. 9779 |
| 3 | Tel. (949) 340-3400<br>Email: jbastian@shbllp.com | HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor |
| 4 | | Las Vegas, NV 89134<br>Phone: (702) 222-2500 |
| 5 | **Attorney for defendants Adams Consulting, LLC, Global Marketing Services L.L.C, and Jeffrey A. Gomez** | Fax: (702) 669-4650<br>lkevensen@hollandhart.com |
| 6 | | bcassity@hollandhart.com |
| | **Served via email** | |
| 7 | | Thomas E. Pontes, Esq.<br>*(Admitted Pro Hac Vice)* |
| 8 | | John D. Bowen, Esq.<br>*(Admitted Pro Hac Vice)* |
| 9 | | WYNN & WYNN, P.C.<br>90 New State Highway |
| 10 | | Raynham, MA 02767<br>tpontes@wynnandwynn.com |
| 11 | | jbowen@wynnandwynn.com |
| 12 | | **Attorneys for Intervenor Bank of America, N.A.** |
| 13 | | **Served via email** |