| | |
|---|---|
| 1 | MICHAEL F. LYNCH (NV SBN 8555) |
|   | Michael@LynchLawPractice.com |
| 2 | **LYNCH LAW PRACTICE, PLLC** |
|   | 3613 S. Eastern Ave. |
| 3 | Las Vegas, Nevada 89169 |
|   | Telephone: (702) 684-6000 |
| 4 | Facsimile: (702) 543-3279 |
| 5 | CHRISTOPHER D. SULLIVAN (*Pro Hac Vice*) |
|   | csullivan@diamondmccarthy.com |
| 6 | LESLEY ANNE HAWES (*Pro Hac Vice*) |
|   | lhawes@diamondmccarthy.com |
| 7 | **DIAMOND MCCARTHY LLP** |
|   | 150 California Street, Suite 2200 |
| 8 | San Francisco, California 94111 |
|   | Telephone: 415.692-5200 |
| 9 | Facsimile: 415.263-9200 |
| 10 | Attorneys for Receiver |
|   | ROBB EVANS & ASSOCIATES LLC |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:18-cv-00442-JCM-BNW |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF BANK OF AMERICA, N.A.'S COMPLAINT-IN-INTERVENTION PURSUANT TO SETTLEMENT** |
| AWS, LLC, a Nevada limited liability company; ADAMS CONSULTING, LLC, a California limited liability company; FBA DISTRIBUTORS, LLC, a Massachusetts limited liability company; FBA STORES, LLC, a Nevada limited liability company; GLOBAL MARKETING SERVICES L.L.C., a Nevada limited liability company; INFO PROS, LLC, a Nevada limited liability company; ONLINE AUCTION LEARNING CENTER, INC., a Massachusetts corporation; ONLINE AUCTION LEARNING CENTER, INC., a Nevada corporation; CHRISTOPHER F. BOWSER, individually and as an officer of FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; ADAM S. BOWSER, individually and as an officer of AWS, LLC, FBA DISTRIBUTORS, LLC, FBA STORES, LLC, INFO SOLUTIONS, LLC, ONLINE | [F.R. CIV. P. 41(a)(1)(A)(ii)] |

AUCTION LEARNING CENTER, INC. and ONLINE AUCTION LEARNING CENTER, INC.; JODY L. MARSHALL, individually and as an officer of INFO PROS, LLC and INFO SOLUTIONS, LLC; and JEFFERY A. GOMEZ, a/k/a JEFF ADAMS or JEFF ADAM, individually and as an officer of ADAMS CONSULTING, LLC and GLOBAL MARKETING SERVICES L.L.C.,

Defendants.

This Stipulation for Dismissal of Bank of America's Complaint-in-Intervention with Prejudice Pursuant to Settlement ("Stipulation") is made by and among the Federal Trade Commission ("FTC"), plaintiff in the underlying action, Bank of America, N.A. ("Bank"), the party filing the Complaint-in-Intervention, and Robb Evans & Associates LLC as Receiver ("Receiver") in reference to the following:

## RECITALS

A. In September 2018, plaintiff Federal Trade Commission ("FTC") filed a Stipulation and Order Allowing Bank of America, N.A. to Intervene and File Complaint-in-Intervention ("Intervention Stipulation").

B. On September 27, 2018, the Court entered an order approving the Intervention Stipulation and ordering the Bank's Complaint-in-Intervention filed (Doc. No. 96).

C. On September 28, 2018, the Bank filed its Complaint-in-Intervention (Doc. No. 97).

D. On October 5, 2018, the Receiver and the Bank entered into a stipulation extending the deadline for the Receiver to respond to the Complaint-in-Intervention which was approved by the Court by Order entered October 11, 2018 (Doc. No. 108).

E. On November 5, 2018, the FTC filed an answer to the Bank's Complaint-in-Intervention (Doc. No. 109).

F. On November 20, 2018, the Receiver filed an answer to the Bank's Complaint-in-Intervention (Doc. No. 110).

2

G. The parties have informally exchanged information and authorities related to their respective positions on the issues raised in the complaint-in-intervention and the Bank's right to recover funds turned over to the estate totaling over $1.7 million based on, among other things, outstanding amounts owed to the Bank by certain receivership defendants as alleged in the Bank's Complaint-in-Intervention.

H. The Receiver has entered into a Settlement Agreement and Release ("Settlement") with the Bank which the FTC has reviewed. The FTC has advised the parties that it has no objection to the Receiver's Settlement with the Bank.

I. The Settlement provides for the Bank's Complaint-in-Intervention to be dismissed with prejudice.

## AGREEMENT

NOW, THEREFORE, the FTC, the Bank and the Receiver, as all of the parties to the Bank's Complaint-in-Intervention, hereby stipulate and agree that the Bank's Complaint-in-Intervention shall be and is hereby dismissed with prejudice, with each party to bear its own costs, including attorneys' fees, pursuant to F.R. Civ. P. 41(a)(1)(A)(ii).

Dated: June 21, 2019

FEDERAL TRADE COMMISSION
Claire Wack
Miry Kim
Gregory J. Evans

By: _/s/ Claire Wack_
Claire Wack
Maryland Attorney # 1312190275
(Admitted in the D. Nev. pursuant To LR IA 11-3)
Miry Kim
Washington Bar # 31456
(Admitted in the D. Nev. pursuant To LR IA 11-3)
Gregory J. Evans
DC Bar # 1033184
(Admitted in the D. Nev. pursuant To LR IA 11-3)
FEDERAL TRADE COMMISSION

Attorneys for Federal Trade Commission

[SIGNATURES CONTINUED ON NEXT PAGE]

3

Dated:  June 21, 2019                    HOLLAND & HART LLP


By: */s/ Lars K. Evensen*
    Lars K. Evensen, Esq.
    Nevada Bar No. 8061
    Robert J. Cassity, Esq.
    Nevada Bar No. 9779
    HOLLAND & HART LLP


WYNN & WYNN, P.C.
Thomas E. Pontes
(Admitted *Pro Hac Vice*)
John D. Bowen
(Admitted *Pro Hac Vice*)

Attorneys for Bank of America, N.A.


Dated:  June 21, 2019                    LYNCH LAW PRACTICE, PLLC
  MICHAEL F. LYNCH

  DIAMOND MCCARTHY LLP
  CHRISTOPHER D. SULLIVAN
  LESLEY ANNE HAWES


By:   /s/ *Lesley Anne Hawes*
    Lesley Anne Hawes
    Admitted *Pro Hac Vice*
    Attorneys for Receiver
    Robb Evans & Associates, LLC


IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED:  June 25, 2019

4

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I caused the foregoing document to be served by the following means to the persons listed below:

☒ **CM/ECF electronic filing system:**

Claire Wack    cwack@ftc.gov

Gary Owen Caris    gcaris@btlaw.com, slmoore@btlaw.com

Gregory J Evans    gevans2@ftc.gov

John David Bowen    j76bowen@gmail.com

LaTeigra C. Cahill    lcc@randazza.com

Lars K. Evensen    lkevensen@hollandhart.com, IntakeTeam@hollandhart.com, sthompson@hollandhart.com

Michael F Lynch    Michael@LynchLawPractice.com, lynchonline@gmail.com

Miry Kim    mkim@ftc.gov

Robert J Cassity    bcassity@hollandhart.com, Intaketeam@hollandhart.com, vlarsen@hollandhart.com

Ronald D Green , Jr    rdg@randazza.com, ecf@randazza.com

Suzette Marteny Moore    smoore@smoorelaw.com

☒ **Served via United States mail, postage fully prepaid:**
Thomas E. Pontes
90 New State Highway
Raynham, MA 02767

J James C. Bastian, Jr.
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618

☒ **By direct email (as opposed to through the ECF System)**

Thomas E. Pontes, Esq.   tpontes@wynnandwynn.com

J James C Bastian Jr.   jbastian@shbllp.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2019.

/s/  Catherine Burrow