# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                            Plaintiff(s),<br><br>    v.<br><br>AWS, LLC, et al.,<br><br>                            Defendant(s). | Case No. 2:18-CV-442 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *Federal Trade Commission v. AWS, LLC et al.*, case number 2:18-cv-00442-JCM-BNW.

On November 15, 2019, this court granted the parties' motion for order approving final report and accounting. (ECF No. 140). No further activity has occurred this year. The court now gives notice to the parties that it intends to close this matter.

The clerk shall close this case on October 30, 2020, unless either party files a written objection by 5:00 p.m. on Thursday, October 29, 2020.

Accordingly,

IT IS SO ORDERED.

DATED October 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**